AO-440 (Rev. 7/98 DC) Summons in a Civil Action (Return of Service)

**Barham, et al.**
        **vs.**
**Ramsey, et al.**

Case No. 02-CV-2283 (RMU)

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me[1] || DATE: February 7, 2003 |
| NAME OF SERVER (print) Joseph Kelly || TITLE process server |
| Check one box below to indicate appropriate method of service |||
| ☐ Served personally upon the defendant. Place where served: _____ |||
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____ |||
| ☐ Returned unexecuted: _____ |||
| ☑ Other (specify): __ personally served agent for Defendant, Gerald S. Young, who stated he was authorized to accept service of process for Defendant, at 950 Pennsylvania Avenue, NW. Additionally served with notice of case reassignment, First Amended Complaint, Motion for Class Certification and Notice, and Memorandum in Support of Motion for Class Certification and Notice. |||
| STATEMENT OF SERVICE FEES |||
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER |||
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. Executed on 07 FEB 03    Signature of Server     1415 Rhode Island Ave., NW   Washington, DC 20005   Address of Server |||

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____
DISTRICT OF COLUMBIA

JEFFREY BARHAM, et al.
V.
CHIEF CHARLES H. RAMSEY, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 02-CV-2283 (GK)

TO: (Name and address of Defendant)

John Ashcroft, in his official capacity as
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carl Messineo, Esq.
Partnership for Civil Justice, Inc.
1901 Pennsylvania Avenue, NW
Suite 607
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    NOV 20 2002
CLERK                                       DATE

_(signature)_
By DEPUTY CLERK