UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY BARHAM, ET AL.  :
   Plaintiffs  :
  :
v.  :  Civil Action No. 02-CV-2283 (EGS)
  :
CHIEF CHARLES H. RAMSEY, ET AL.  :
   Defendants  :

## PRAECIPE

Counsel for the District of Columbia Defendants contacted undersigned counsel today to advise that they consent to the relief requested in Plaintiffs' Motion for One Day Enlargement of Time, which was filed on April 22, 2003.

Respectfully submitted,

_____
Carl Messineo (#450033)
Mara Verheyden-Hilliard (#430031)
Zachary Wolfe (#463548)
PARTNERSHIP FOR CIVIL JUSTICE, INC.
NATIONAL LAWYERS GUILD
   MASS DEFENSE COMMITTEE
1901 Pennsylvania Avenue, NW
Suite 607
Washington, DC 20006
(202) 530-5630
(202) 530-5634 - facsimile

*Counsel for Plaintiffs*