UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMING CHANG, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES, *et al.*,<br><br>      Defendants. | Civ. Action No. 02-2010 (EGS) |
| JEFFREY BARHAM, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>CHARLES H. RAMSEY, et al.,<br><br>      Defendants. | Civ. Action No. 02-2283 (EGS) |
| FRANKLIN JONES, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>      Defendants. | Civ. Action No. 02-2310 (EGS) |

```
_____
                                   )
JULIE ABBATE, et al.,              )
                                   )
        Plaintiffs,                )
                                   )
    v.                             )   Civ. Action No. 03-767 (EGS)
                                   )
CHARLES H. RAMSEY, et al.,         )
                                   )
        Defendants.                )
_____)
```

**ORDER**

Pursuant to Court Order, on September 12, 2003 the District of Columbia submitted the following unredacted documents for the Court's review:

> Undated *Final Report Relative to Complaints of Alleged Misconduct Made at the October 24, 2002, Hearing of the Committee on the Judiciary of the Council of the District of Columbia, Concerning the IMF/World Bank Protests*. This document includes the attachments upon which the report is based;
>
> *Report Relative to Complaints of Alleged Misconduct Made a the October 24, 2002, Hearing of the Committee on the Judiciary of the Council of the District of Columbia, Concerning the IMF/World Bank Protests*, January 25, 2003; and
>
> March 13, 2003 Memorandum from Chief Charles H. Ramsey to Mayor Anthony A. Williams regarding "Final Decisions on Recommendations Following Review of Actions Taken by Members of the Metropolitan Police Department During the Fall 2002 IMF/World Bank Protests.

In light of the fact that the District of Columbia does not

seek a protective order regarding these documents, it is by the Court hereby

**ORDERED** that the Clerk of the Court shall post these documents on the public docket in the above-captioned cases.

**Signed:** **EMMET G. SULLIVAN**
**UNITED STATES DISTRICT JUDGE**
**September 12, 2003**

Notice to:

Jonathan Turley, Esquire
2000 H St. N.W.
Washington, D.C. 20052

Brian Charles Malone, Esquire
Mooers & Associates
1730 M Street, N.W. Suite 905
Washington, DC 20036

Jarrett A. Williams, Esquire
Joseph Edward Topmiller, Esquire
Schuyler William Livingston, Jr., Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, MD 20004

Arthur Spitzer, Esquire
ACLU National Capital Area
1400 20th St. N.W., Suite 119
Washington, D.C.  20036

Mara E. Verheyden-Hilliard, Esquire
Carl L. Messineo, Esquire
Zachary J. Wolfe, Esquire
Partnership for Civil Justice
1901 Pennsylvania Avenue N.W.
Washington, DC 20006

Daniel C. Schwartz, Esquire
Vanessa Y. Chandler, Esquire
Scott M. Badami, Esquire
Bryan Cave, LLP
700 13th St., N.W.
Washington, D.C. 20005

Laurie Weinstein, Esquire
Marina Utgoff Braswell, Esquire
Assistant United States Attorney
555 4th ST. N.W., 10th fl.
Washington, D.C.  20530

Thomas L. Koger, Esquire
Jacques P. Lerner, Esquire
Office of the Corporation Counsel
441 4th Street, N.W., Sixth Floor
Washington, DC 20001