The New York Times

NEW YORK, WEDNESDAY, DECEMBER 1, 1999

# National Guard Is Called to Quell Trade-Talk Protests

The police used tear gas, pepper spray and rubber pellets against protesters of the world trade talks. Traffic was halted at some intersections.

## Seattle Is Under Curfew After Disruptions

By SAM HOWE VERHOVEK and STEVEN GREENHOUSE

SEATTLE, Nov. 30 — Downtown Seattle was placed under curfew and the National Guard was called in tonight, after the city was engulfed in demonstrations that threw the opening of global trade talks into turmoil.

The protesters surrounded the convention hall, pinned trade dignitaries in their hotels and stopped traffic at several intersections. By late afternoon, clouds of tear gas set off by the police wafted through downtown streets populated by Nordstrom, Nike and Starbucks, and Mayor Paul Schell declared a state of emergency and a curfew that he said would last until sunrise on Wednesday.

The protests forced the postponement of opening ceremonies for a meeting of the World Trade Organization that President Clinton, who is scheduled to arrive here early Wednesday, had hoped would showcase American leadership on free trade.

The global organization is meant to resolve trade disputes and promote free trade, and the Seattle meeting is intended to open a new round of negotiations.

But the protesters have descended on Seattle with an eclectic array of grievances, most centered around the sentiment that the trade organization is a handmaiden of corporate interests whose rulings undermine health, labor and environmental protections around the world.

In Seattle the police used tear gas, pepper spray and rubber pellets at some intersections to break up the groups of demonstrators.

A small group of men, dressed in black clothing and masks and ignoring cries of "Shame on you!" from other protesters, smashed windows and spray-painted graffiti at downtown stores like Nordstrom, Niketown, Starbucks and the Gap. Both were jarring sights in a city that prides itself on its laid-back image.

Secretary of State Madeleine K. Albright and other scheduled speakers for opening ceremonies this morning were unable to get through the crowd, which in many cases blocked intersections by linking hands or lying down in the street.

With thousands of protesters already gathered downtown and about 20,000 additional marchers in a union-backed rally headed that way, the trade body's director general,

Continued on Page A14

EXHIBIT
02-cv-2010
1

A14 THE NEW YORK TIMES INTERNATIONAL, WEDNESDAY, DECEMBER 1, 1999

# 'Thousands of Protesters Disrupt Seattle Trade Talks

Continued From Page A1

Mike Moore, a former prime minister of New Zealand, announced early this afternoon that the opening ceremonies would be put off. But he vowed that the trade talks would go on. In fact, he held meetings today with a few trade ministers who managed to leave their hotels.

"Negotiating groups are in full swing," Mr. Moore said. "This conference will be a success."

Outside, protesters chanted: "Whose world? Our world! Whose streets? Our streets!"

Reaction of the trade delegates here seemed to run the gamut, from bewilderment to bemusement to, in some cases, anger. As demonstrators shouted "Go home! Go home!" a German delegate, Arnold Schwer, made his way back inside the Sheraton Hotel after he could not get through the crowd.

"These people don't understand the benefits of free trade to the developing nations," Mr. Schwer said.

Early tonight, as Christmas lights and displays came on in parts of downtown streets, demonstrators continued to hold their positions, and a few fires, most set in trash cans, burned in the street.

The governor of Washington State, Gary Locke, in announcing that he was calling in at least 200 troops from the state National Guard, said the troops were "trained in crowd control" and would be unarmed.

Mr. Moore told reporters: "This is a sad day. To those who argue that we should stop our work, I say: tell that to the poor, to the marginalized around the world who are looking to us to help them."

A spokesman for the Seattle police, Clem Benton, said tonight that he could confirm at least 18 arrests of protesters, several of whom were charged with assault, and that number appeared likely to rise.

The police continued to move through parts of downtown with armored personnel carriers. As white clouds of tear gas passed down the streets, protesters coughed, cried and asked for water. Further back, groups of demonstrators chanted, "The whole world is watching!"

In at least a few instances, uniformed officers fired rubber-coated capsules at protesters who the police believed were charging police lines. The pellets, which the police said contained chemical irritants, hit some of the protesters in the leg or the arm, causing visible welts.

"We are here peacefully; we just want our message to be heard," said

TRADE LEADER ON HOT SEAT

*Mike Moore, the director general of the World Trade Organization, is confronting the biggest challenge of his career. Business Day, Page C4.*

Gloria Haselwander, a 21-year-old clerk in a Seattle music store who said she believes that the world trade group's rulings contributed to environmental destruction and ever-greater gaps between the world's richest people and its poorest. "We kept saying, 'No violence, no violence,'" she added, "but there was just this mass of gas. My throat hurts, my lungs still hurt."

Bill Simpich, a lawyer from San Francisco, said most protesters were intent on being nonviolent, but were also intent on continuing their demonstrations until the trade body's procedures were reformed to take account of health and environmental issues.

"We will keep marching until the process is open and until they let the people in the door when the decisions are made," said Mr. Simpich, who started his day in the rainy, pre-dawn darkness by gathering with other protesters in a park near the Pike Place Market and then marching toward the convention hall. Rain continued intermittently through the morning, but then stopped for most of the rest of the day.

For Mayor Schell and other city leaders, who had once eagerly sought the meeting to showcase Seattle's role as a major exporter in one of the most trade-dependent regions of the country, the immediate focus tonight was simply on restoring order. But they were bound to face questions in the days ahead about their preparations for protests and, perhaps, to face conflicting criticism that the police moved too harshly on the protesters or did not act aggressively enough to head off the chaos.

Most of the demonstrators were clearly opposed to the window-smashing and other destructive acts by a small knot of protesters, most of whom were young men wearing masks and declining to give their names when asked by reporters.

"Anarchy rules!" said one, carrying a trash can down the street and then using it to smash a window of a Starbucks coffee shop.

At a news conference tonight, both the mayor and the police chief said they respected the right of protesters to gather here, and they blamed a small percentage of them for the violence. "We have demonstrators who are continuing to express their point of view," Chief Stamper said. "Most are doing it nonviolently; some are doing it violently."

The United Nations secretary general, Kofi Annan, was unable to deliver his speech to delegates. In his prepared text, he said: "Unless we convince developing countries that globalization really does benefit them, the backlash against it will become irresistible. That would be a tragedy for the developing world."

This morning, close to 20,000 union members and their allies packed Memorial Stadium, next to the Space Needle, to hear speeches by opponents of the trade organization. The speakers ranged from James P. Hoffa, the Teamsters union president, to Carl Pope, the executive director of the Sierra Club, and Wei Jingsheng, a Chinese dissident.

Speaker after speaker voiced anger that, in their depiction, the trade organization favored corporations and overturned national laws that protected the environment, endangered species and consumers.

Several union leaders also belittled the organization's push for free trade, saying it has encouraged American companies to move operations overseas where workers are paid far less and have few rights.

To thunderous applause, Jay Mazur, president of the Union of Needletrades, Industrial and Textile Employees, said, "The rules of this new global economy have been rigged against workers, and we're not going to play by them anymore."

A few union leaders took a protectionist tone, condemning the flood of imports, which they said had wiped out hundreds of thousands of well-paying American manufacturing jobs. But most union leaders focused on pressing the trade organization to protect workers' rights as a way to lift living standards around the world and to close the growing gap between rich and poor in many developing countries.

John Sweeney, the A.F.L.-C.I.O. president, said, "Until the W.T.O. addresses these issues, we should not and must not permit our country to participate in a new round of trade negotiations."

After the rally, the union members, joined by environmentalists and other protesters, began a two-mile-long march that skirted the area of the sit-ins and the tear gas. Protesters carried signs that included, "Labor Rights Not Trade Wrongs" and "End Corporate Rule."

As the marchers snaked through downtown, most of the best-known department stores, including Nordstrom and Bon Marché, were closed. Even many Starbucks were shut, with a protester painting "We Want Fair Wages" on the door of one.

The protesters marched past the Westin Hotel, where the American delegation is staying. The hotel was ringed by city buses that were purposely parked bumper to bumper to prevent the organization's critics from approaching the hotel.

The sit-ins brought traffic in many parts of the city to a standstill and angered many motorists. A sit-in at the corner of Sixth Avenue and Seneca Street prevented cars from leaving a freeway exit during the morning rush.

Stephanie Dernoin, a customer service worker for Amazon.com who was trapped for half an hour after taking the Seneca exit, said: "I sympathize with them, but I wish they didn't put me out like this. But if I didn't have a job, I'd probably be out there protesting with them."

## Behind the Hubbub in Seattle

| WHO'S PROTESTING AND WHAT THEY OBJECT TO | WHAT THEY WANT |
|---|---|
| United Steelworkers of America, A.F.L.-C.I.O. and the Teamsters. **STEEL** Several steel unions are out in force in Seattle, protesting the dumping of imported low-cost steel that eliminates jobs in the U.S. The W.T.O. may consider doing away with U.S. anti-dumping laws. | The United Steelworkers want to prevent foreign [illegible] from being dumped in the United States at below market prices. The A.F.L.-C.I.O. and the Teamsters have different concerns, calling for the W.T.O. to set international labor standards that would prevent poor countries from using child labor, or lax labor laws, to lure jobs away from wealthy countries. |
| The Sierra Club, the National Wildlife Federation and Friends of the Earth are among the many environmental groups protesting the W.T.O. **SEA TURTLES**, an endangered species, have become the leading symbol for environmental groups that accuse the W.T.O. of ignoring the environmental impact of its decision to force the United States to amend an import ban on shrimp. The rule said shrimpers must use nets that allow sea turtles to escape. The W.T.O. said the rule was unfairly applied. | Many environmental groups have called for the trade group to weigh environmental impact more carefully when making trade decisions, but some more radical groups have pushed for the W.T.O. to be eliminated. |
| The Center for Science in the Public Interest, the Consumer Federation of America, and Public Citizen are among the Seattle protest groups. **BEEF** The groups are protesting the W.T.O.'s support of the American desire to export hormone-treated beef. | The W.T.O. ruled that the European Union did not have a sufficient scientific basis for banning imports of American hormone-treated beef. Both American and European consumer groups have vigorously protested the decision. The groups argue that governments should put concerns about food safety on above free trade. |
| Some of the diverse groups include the Corporation for Enterprise Development, the Ruckus Society, the International Forum on Globalization and Pat Buchanan, the presidential candidate. **POWER** The W.T.O.'s secretive, Geneva-based bureaucracy has become the target of think tanks and political action groups that oppose large international corporations. | They object, in part, to the closed-door nature of the W.T.O.'s decision making, as well as what they see as its tendency to ride roughshod over the legislative process of local and national governments. Many also see the W.T.O. as having too much power to impose financial penalties on countries that violate its decisions. The International Forum on Globalization says that the W.T.O. represents "the most fundamental redesign and centralization of the world's political and economic arrangements since the industrial revolution." |

Animal rights activists

# A Chaotic Intersection of Tear Gas and Trade Talks

By DAVID E. SANGER and JOSEPH KAHN

SEATTLE, Nov. 30 — Four members of President Clinton's cabinet and hundreds of other American officials came to Seattle this week to push America's agenda on free trade.

Instead, they spent the day trying to negotiate their own free passage.

With demonstrators and tear gas mingling on the streets below, the United States trade representative, Charlene Barshefsky, was unable to leave her hotel to start the four-day, 135-nation negotiation that was supposed to begin in an aging downtown theater: The Secret Service would not let her into the streets.

Secretary of State Madeleine K. Albright and Secretary General Kofi Annan of the United Nations did not fare any better.

And by midafternoon the "Millennium Round" of trade negotiations that were supposed to start here this week were reduced to a series of frantic telephone calls between hotels. Europeans, Asians, Africans and Americans who cannot see eye-to-eye on trade could not even meet face-to-face.

Many of the midlevel American officials ended up in the lobby of the Westin Hotel, sipping lattes and waiting for security officials to signal that it was clear for them to venture outdoors. But even then, there was no assurance that they could get to various meeting sites, because hotels were ringed by protesters.

Mr. Clinton's aides here were clearly angered that the authorities in Seattle, after a year to prepare, were unable to prepare a secure corridor that would have enabled the negotiators to get to their meetings. But in public they refused to directly criticize the Seattle police. "They faced a difficult situation, and difficult choices," said Gene Sperling, the President's chief economic adviser. "At this point, none of us have enough facts to criticize how they handled it."

It was an embarrassing beginning to negotiations that the administration had once been reluctant to hold at all. But, in a move many American officials clearly regretted today, the White House reversed position and President Clinton volunteered to play host to the session here, in hope that opening the talks at home would give Washington bigger sway on the agenda.

So far the focus has been on the streets instead of on the talks. And it was not only downtown Seattle that was suffering from gridlock: So were the negotiations. Europe and the United States dug in their heels on one of the most contentious issues, an end to Europe's subsidies for farmers.

Similarly, there was no real progress on one of the big questions that the protesters were shouting about: getting the World Trade Organization to regulate working conditions around the world.

India has so far blocked any real discussion, and American officials were scrambling, cell phones permanently attached to their ears, to drum up allies in their struggle to get a "working group" within the organization that for the first time in the history of trade talks would make labor conditions an explicit topic.

Naturally, all sides were trying to use the protests for political advantage.

The French were delighted to see protesters echo their longtime complaint that free trade in agriculture hurts local farmers and forces them to market foods of suspect origin.

"What's happening outside is having an effect on the negotiations," the European Union trade commissioner, Pascal Lamy, said today. The American desire to wipe out government subsidies in Europe that make it difficult for American farmers to export their goods "is even less possible," given the tenor of the protests, he said.

Police officers in Seattle used tear gas to disperse protests against the World Trade Organization yesterday.

**Gridlock in talks, and in Seattle's downtown.**

The American delegation, milling in the lobby and conference rooms of the Westin Hotel, insisted that the protests underscored the importance of moving labor rights to the top of the agenda.

"The clear expression of concern by ordinary workers has to be taken into consideration," said Sue Esserman, one of Ms. Barshefsky's top deputies, who recently traveled to India in an attempt to persuade its leaders that a discussion of labor rights would be in their national interests. "And that's exactly what we have done," she said.

American officials went to some lengths to argue that the protesters had not really disrupted their work. The real give and take goes on in back rooms and over the phone anyway, they noted, as countries try to protect their most powerful constituencies and search for trade-offs.

"We are using all the time available," Ms. Esserman said, though she acknowledged that "the lines are jammed" because hotel switchboards were overloaded.

Mike Moore, a former boxer and prime minister of New Zealand who is director general of the organization, announced that the confusion "has not stopped our work."

But without two of the world's biggest economic powerhouses in attendance, it was a bit like beginning an opera with the soprano and the tenor stuck in traffic.

While most of the thousands of officials here saw the cacophony of democracy on the streets, a few suspected there was a conspiracy at work. One ambassador of a developing nation said he was certain the Clinton administration had orchestrated the protests in hopes of shortening the time for real negotiation. That, in turn would put pressure on smaller nations to give in, he said.

The New York Times

NEW YORK, THURSDAY, DECEMBER 2, 1999

President Clinton urged safeguards for workers' rights at the World Trade Organization meeting yesterday.

# Black Masks Lead to Pointed Fingers in Seattle

By TIMOTHY EGAN

SEATTLE, Dec. 1 — It took only a few minutes for the people in the monarch butterfly costumes and union jackets to realize that what was planned as the biggest American demonstration yet against global trade here had turned into a burst of window-breaking and looting late Tuesday afternoon.

A surge of violence that ended in a civil emergency began when a knot of people dressed in black broke away from the main demonstration and started overturning trash containers, stoking fires and smashing windows of stores and restaurants. It died out with the image of a grinning young man in a Gap sweatshirt trying to cart off a satellite dish from a Radio Shack store.

CITY IS STUNG, AND ANGERED

*As police officers and National Guard troops imposed a tense order in downtown Seattle, many people were questioning why city officials had agreed to be host of the international trade talks. Page A15.*

How the thin line was crossed from nonviolent protest to urban disorder was being dissected here today as the World Trade Organization got down to business. The conclusion: the anarchists were organized.

One person in black, who refused to identify himself, said anarchists had planned all along to incite the crowd.

Some blamed the police for mounting a show of force with rubber pellets and tear gas against largely nonviolent protesters, and then backing off to leave a lawless zone within the city's most gilded retail corridors. At first, the protesters tried to police themselves — something they said they were incapable of doing once the more militant elements took hold.

Veteran demonstrators, who have logged years of protest against corporate retail chains like Nike and Starbucks, suddenly found themselves trying to defend them.

"We turned at one point to protect Niketown, of all places, from these people who were trying to smash the storefront glass with metal newspaper boxes," said Ken Butigan, a professor of theology from Berkeley, Calif. "They turned on us and called us counterrevolutionaries."

Mr. Butigan teaches protest tactics at Berkeley, he said. He and other demonstrators had expected — and prepared for — the police to make about 1,000 arrests. But the police made only a handful of arrests, relying on the stinging vapor of tear gas to disperse people who refused to allow delegates into the trade group's opening session.

Young people in black masks, some of them speaking by two-way radios, used the police reaction as a cue to go on a rampage. They sprayed a symbol for anarchy — a circled A — on store walls, then quickly expanded to window breaking and some looting. Some identified

Continued on Page A16

THE VIOLENCE

## Clenching Of Fists, Pointing Of Fingers

Continued From Page A1

themselves as members of Black Clad Messengers, a self-proclaimed anarchist group.

For merchants in a downtown known as one of the nation's most prosperous and vibrant — as the eyes of the world were looking this way and holiday shoppers were expected to crowd the aisles — it was a pure terror.

"We called 911 from inside our store, asking for help, telling them that people were rampaging in the streets, but they said they were too busy," said Maryann Swissa, who runs a jewelry store with her husband, Monty. "We ended up getting an ex-National Football League player to stand guard at the door."

At the peak of the disorder, even protesters who had planned to be arrested were calling for help.

"Here we are protecting Nike, McDonald's, the Gap and all the while I'm thinking, 'Where are the police? These anarchists should have been arrested,'" said Medea Benjamin, a leader with Global Exchange, a San Francisco-based protest group. Ms. Benjamin was arrested later inside the trade meeting on trespassing charges.

The Seattle police said today that their primary goal was to protect trade delegates and allow them to enter the meeting. When violence began, they did not have enough force to go into the unruly crowds, Police Chief Norm Stamper said. Today, the police made about 400 arrests of mostly nonviolent protesters.

"What we did today was utterly impossible yesterday," Mr. Stamper said. "We would have had to have double and triple the number of officers on hand. And the mayor did not want to send a message that Seattle is a police state."

The major demonstrations — one organized by labor unions, the other by environmentalists — attracted up

*Bitter disagreements over tactics of both police and protesters.*

to 20,000 people, Mayor Paul Sch[...] said. They passed through the city [in] a festive mood, their banners ref[er]ring to efforts by Europeans to pr[o]tect cheese and Americans to prote[ct] jobs. One banner read: "Hormon[e] beef — no. Roquefort Cheese — yes[.]"

But minutes after the union an[d] environmental groups passe[d] through downtown, the moo[d] changed. Shouts of "Anarchy!" "Property is theft!" and "Close down!" went up, as up to 50 peop[le] unveiled hammers, spray paint a[nd] large firecrackers known as M-80[s] from backpacks. They smashed win[]dows of branches of virtually ever[y] major retail chain, including F. A. O. Schwarz, Old Navy, Planet Holl[y]wood and McDonald's.

A security officer who tried to d[e]fend a city bus was attacked. T[he] authorities later said that sever[al] bus drivers were assaulted and th[at] two police officers suffered min[or] injuries. They said there were [no] major injuries to demonstrators, a[l]though hundreds of people com[]plained about stinging tear gas.

The violence's peak lasted abo[ut] an hour, in late afternoon, with vir[tu]ally no police response. Some demo[n]strators shouted at the vandals [to] stop the violence. At Niketown, thr[ee] men climbed atop of the store's ou[t]side entrance and began twisti[ng] away the metal letters spelling o[ut] the store name. As this went o[n,] others shouted "Shame, sham[e,] shame" at the vandals.

Prompted by desperate com[]plaints from merchants and telev[i]sion images of a near riot, the Seat[tle] police changed tactics early in t[he] evening, after Mayor Schell aske[d] for the National Guard troops an[d] declared a 7 p.m. curfew and civ[il] emergency. From then until about [] p.m., the police gradually moved th[e] thinning crowds out of downtown.

The police said today that they ha[d] arrested several people who the[y] said were part of the Tuesday vi[o]lence, though they offered few detai[ls] on where they were from or th[e] extent of their plan. Mr. Stamp[er] defended the police tactics, thou[gh] he was criticized for refusing an ea[r]lier offer of National Guard he[lp.] Today, about 200 National Gua[rd] troops helped to patrol the city.

By this morning, the groups th[at] had planned to be arrested all a[]sent out a call for a "massive clea[n]up" of the damage done by peop[le] they labeled as vandals. Dozens [of] the protesters took brooms to t[he] fresh scars of the city's retail cor[]

TALKS AND TURMOIL: Disbelief in the City of Coffee Bars

THE HOSTS

# Seattle Is Stung, Angry and Chagrined as Opportunity Turns to Chaos

By SAM HOWE VERHOVEK

SEATTLE, Dec. 1 — Police officers and unarmed National Guard troops imposed a tense version of order to downtown Seattle today. About 40 blocks were sealed off from any demonstrations, more than 400 protesters were under arrest, and the windows of some of the city's most fashionable stores and coffee shops were smashed or boarded up. Parts of the city's center remained under a nighttime curfew.

This evening, as tear gas wafted in the streets near the city's venerable Pike Place Market, a simple question was on the lips of many people, especially angry merchants: why, exactly, did we decide to be the host of these global trade talks?

Seattle's political and business leaders exulted when the city was chosen early this year as the venue for the meeting of the World Trade Organization. They cast it as a fantastic opportunity for one of the country's most trade-dependent regions, home to huge exporters like Boeing and Microsoft, to show itself off as a friend to global trade.

And even when environmental and labor groups started announcing that they would descend on Seattle en masse to demonstrate their opposition to the trade organization, city leaders presented that as an opportunity. Mayor Paul Schell, noting that the city had a strong union history and a tolerance for diverse views, said Seattle would offer itself as "a model for creative debate" over trade issues.

But the mayor — a genial lawyer, former director of community development and dean of the University of Washington's school of architecture and urban planning — today seemed as shell-shocked as anyone.

"This administration has people who marched in the 1960's. The last thing I wanted was to be mayor of a city that called in the National Guard," he said as reporters demanded to know why the city wasn't better prepared to head off the violence that hit downtown.

The destruction was carried out Tuesday with near-impunity by a relatively small gang of self-proclaimed anarchists while the police were using tear gas nearby to contain what had been a largely peaceful protest near the convention hall where the world trade group delegates were to meet.

Many Seattle residents were simply befuddled by it all. "I mean, here we are, in what is supposed to be the happiest, mellowest city on the planet, and look what's happening," said Charles Rowin, a 40-year-old technical support worker for a computer company, who came to watch protests Tuesday and wound up with welts on his leg, elbow and buttocks from rubber pellets the police used to disperse the crowd. "I'm a lifelong native of this city, and I simply can't believe what I'm seeing."

The Seattle police declined to identify just how much tear gas had been used, or to say how extensively officers had used rubber pellets, which a police spokesman, David Ellithorpe, said officers were authorized to use "in order to encourage people to disperse."

Several protesters were hit by the pellets, and have bruises on their hands or legs to show for it. Mr. Ellithorpe said the round, marble-sized pellets "leave a welt or a stinging sensation" but he insisted that they cause less extensive damage than rubber-coated bullets used elsewhere in the world.

Five demonstrators among the more than 400 who were arrested yesterday in Seattle during protests against the World Trade Organization.

Merchants, just beginning the most important period of their year, were clearly enraged.

"It seems like the police were everywhere except where the real looting was going on, and I just don't understand that," said Phil Pickens, the manager of a Planet Hollywood store on 5th Avenue. "They were containing the peaceful people while the anarchists were going crazy."

Mr. Pickens said he thought it was "ridiculous" that Seattle had so eagerly sought the trade meeting, and many other merchants in the downtown area seemed to agree.

The city's deputy police chief, Ed Joiner, said today that the city had made intensive preparations to handle the expected thousands of protesters, but had not anticipated that vandals would get out of hand.

"We had a plan in place to accommodate a large protest and to help trade delegates get to their meetings," he said at a news conference. "Obviously," he added, "it didn't work."

Mayor Schell, who on Tuesday had described Seattle as a "gentle city, open to ideas," was somewhat more defensive of the city's overall approach in handling the protesters, whom he numbered at 35,000 and of whom, he said, the "vast majority" were peaceful.

"We had a difficult choice," he said in an interview. "We considered creating perimeter areas that would have kept all demonstrators out and created martial law" — a phrase that led one of his aides to quickly interrupt him and suggest there was a better term. "And it would have required thousands of troops and made the demonstrators even angrier," the mayor continued. "Instead, it's a triumph of free speech. The issues are on the agenda, and today the talks are going on. Sometimes democracy is a little messy."

Sources: World Trade Organization; Seattle Post-Intelligencer — The New York Times

Many of the protesters turned out today with brooms and rags to try to clean up the damage, which they condemned.

"It was a tiny group that did this, but I think we all have to take responsibility for it and try to clean up the city," said Ethan Hughes, a 29-year-old biology teacher from Gloucester, Mass. He was dressed in a large gray squirrel suit, the same costume he chose for the mass protest on Tuesday, and today he was down on his hands and knees near the Bon Marche department store, picking up tiny shards of glass and scrubbing away graffiti. "I'm telling you, for each person doing any looting, there were a bunch of superheroes trying to stop it," said Mr. Hughes. "This is a movement for the common man, and no one who really cares about that would ever want it to get out of hand the way it did."

Still, others remained angry that the police did not find a way to separate the criminals from the lawful protesters. "I really thought I had a right to free speech," said Cindy Long, a high-school Spanish teacher from Federal Way, Wash. "Instead I feel like I'm being treated like a criminal down here."

Publicly, Clinton administration officials and those in the American trade delegation declined to criticize the Seattle police. "We're in no position to try to second-guess what was done," said Joe Lockhart, a White House spokesman. But privately, officials said they were angry that assurances from Seattle that the city could handle protests proved futile.

Despite predictions from city officials that the conference would be a shot in the arm for Seattle's economy, many merchants said they just wanted it to end. And many said they were trying to figure out ways to lure customers back downtown.

"We did have a few customers in our store at the zenith of the chaos," said Vada O. Manager, a spokesman for Niketown, a block from the convention center, where the windows were boarded up and the facade spray-painted with anti-W.T.O. slogans. "They were pretty nervous because we believe in people first, we gave them gift certificates for the inconvenience."