

BY GERALD MARTINEAU—THE WASHINGTON POST

D.C. police and other law enforcement officers march in formation in Lorton while training for demonstrations expected April 16 and 17 in Washington.

# After Seattle, Protest Reborn

## *Demonstrators and Police Prepare for World Bank, IMF Meetings Here*

By David Montgomery and Arthur Santana
*Washington Post Staff Writers*

The last time opponents of global capitalism confronted the ranks of domestic law enforcement—in Seattle, Nov. 30 to Dec. 3—the results were clouds of tear gas, volleys of rubber bullets and the makings of a mass protest movement whose energy and appeal have surprised even some of its organizers.

Round 2 is scheduled for April 16 and 17 in Washington, but protesters will begin arriving from across the country Saturday. Both sides are immersed in preparations. The region is about to take a ringside seat for a turn-of-the-century spectacle: Arcane economic institutions now spark as much outrage in some people as the Vietnam War, civil rights and nuclear weapons did during the storied demonstrations of yore.

The protesters—activists of all ages concerned about an array of issues from the environment to worker rights—are drilling in nonviolence and street blockades. They plan a communal kitchen to feed thousands, medical clinics to care for anyone who is injured and bicycle couriers to ferry food, supplies and intelligence. They are also scouting the streets, making maps and trying to figure out what the police are up to.



BY BILL O'LEARY—THE WASHINGTON POST

Organizer Adam Eidinger, left, and Matt Thompson paste demonstration posters to an electrical box.

Law enforcement agencies also are busy. Some were in Seattle to observe the demonstrations and have been gathering intelligence since. Now, 60 D.C. police officers a day take a course at a Lorton training center to build a force of 1,500 for the demonstrations. They are watching videos of how Seattle police lost control, and practicing scenarios such as how to handle 5,000 protesters trying to block Pennsylvania Avenue NW. Hundreds of officers from local and federal agencies also will be standing by.

"We anticipate this to be very peaceful," said Executive Assistant Chief Terrance W. Gainer. "We think we can manage this so the protesters can strut their stuff, pound their chests and we can also keep a city running."

For Gainer and Chief Charles H. Ramsey, the stakes are high. The Seattle police chief and his deputy, under bitter criticism for their operations, have

See PROTEST, A14, Col. 1



# Round 2 for Protesters, Police

PROTEST, From A1

decided to retire.

The protesters' target in Seattle was a summit of the World Trade Organization, which was disrupted by more than 30,000 demonstrators. In Washington, the World Bank and the International Monetary Fund are being cast as the villains. Their meetings April 16 and 17 are routine, but protest organizers decided to use them to sustain the Seattle momentum. They launched a plan to block delegates from entering the buildings.

How have these institutions become so notorious? Their opponents charge that loan policies of the bank and the fund impose harsh conditions on poor countries and favor Western creditors and U.S. corporations. The allure of the movement also lies in connections protesters draw to many other concerns. In their view, a pipeline through the rain forest in Chad, sweatshops in Singapore, the high price of AIDS drugs in Kenya, flat wages in Washington and the ubiquity of Starbucks and the Gap are facets of the same problem.

"This mobilization is part of a much larger movement globally that is raising a question: Who governs? Is it money, or is it people?" said Kevin Danaher, a San Francisco-based organizer of the D.C. campaign.

It's a battle cry that resonates with people such as 16-year-old Sam Junge, hanging protest posters at Wilson High School in the District. "This struggle seems more like good versus evil than any other struggle I know," he said. "I could have easily been born some other kid in some other part of the world and be suffering and starving because these corporations want to have a pile of money."

And the struggle attracted Peter Kent, 50, a retired federal worker from Silver Spring, who was in Seattle and will rally April 16—his first big demonstration since the Vietnam War. "In terms of the environmental crisis and the whole growth in the power of big corporations, we're moving down the wrong road," he said.

## Protests in D.C.

*On April 16 and 17, protesters will attempt to prevent officials from attending the spring meetings of the International Monetary Fund and the World Bank. A rally is scheduled for 11 a.m. April 16 on the Ellipse.*




THE WASHINGTON POST

Police and protesters say they hope to avoid tear gas and a trashed downtown, the way Seattle fell victim to a small faction of vandals and looters among the more peaceful demonstrators. The protesters pledge nonviolence and no vandalism, but they acknowledge that they can't control everyone, and they refuse to condemn vandalism outright.

"We're saying, 'You're not welcome at our demonstration if that's the tactic you choose,' " said Nadine Bloch, a local organizer of the Mobilization for Global Justice, as the campaign is called. "I'm not saying whether it's right or wrong."

In Web site postings, self-styled "autonomists" and "anarchists" assert the right to use unspecified tactics of their own choosing.

Gainer said one of his concerns is small factions of violent protesters running amok. Fanned in part by police preparations and media fascination, the possibility of violence has raised alarm in the region.

"The thing I'm concerned with is what happened out there in Seattle," said Fred Barnes, business manager of the local Iron Workers Union. "Here's an excellent chance for a troublemaker who doesn't even know what global fairness is, who is just down there for a riot."

Citing safety concerns, the March of Dimes canceled its WalkAmerica fund-raiser scheduled for April 15 downtown.

The "tens of thousands" predicted by organizers to participate in the protest are to begin arriving Saturday for a week of teach-ins and rallies. They will join a strikingly organized community of radicals, ruled by consensus and lacking charismatic leaders.

As in Seattle, interlocking committees with rotating spokesmen make key decisions. There are guidelines for everything, from facing down the police to avoiding gender stereotypes in committee debates. "You could call the guidelines ground rules, but that sounds too authoritarian," said Elliott Caldwell, facilitating a meeting on how to facilitate meetings.

Some go so far as to call it a new kind of revolu-



BY GERALD MARTINEAU—THE WASHINGTON POST

Officer Joseph Williams instructs police in Lorton. "We anticipate this to be very peaceful," says one police official.



BY RICH LIPSKI—THE WASHINGTON POST

People planning to demonstrate raise their hands and close their eyes during a violin solo at Shiloh Baptist Church.

D.C. police, supported by federal and local law enforcement agencies, plan to ensure that the world doesn't change too dramatically on the streets of Washington.

One recent Thursday morning at the Lorton training facility, police officers and some U.S. Secret Service agents assembled for classroom training and field drills. The officers wore riot helmets and carried batons while they practiced marching in formation.

cause both locations have been declared temporary diplomatic missions for the protests.

While everyone is talking nice, everyone is dressing for trouble.

D.C. police purchased $1 million worth of riot gear for the event, including helmets with neck protectors and arm, chest and shin guards. In addition to service weapons, officers will carry gas masks, and some will bear arms that shoot rubber bullets or can deliver tear gas. No one may deploy tear gas without orders from Ramsey or Gainer, who will roam the area

Some go so far as to call it a new kind of revolution—prizing both radical democracy and conservative accounting. Another guideline: The budget ($105,000, so far) shall be balanced.

"You had the last century, we get this one," said Matthew Smucker, 22, a local organizer and rain forest advocate. "It's a structure where instead of preplanning a demonstration and advertising for bodies to come join it, we are putting out a call for minds to participate in creating an event."

Yet the revolution is struggling to live up to its ideal of diversity. Nearly all participants in planning meetings are white. Most live in the District. They are aware they are inviting thousands of visitors to break the laws of the predominantly African American city.

So they are trying to organize in black and Latino neighborhoods. "It's always a struggle to make bridges of this type, particularly when the issue appears to be a little removed from your daily life," said the Rev. Graylan Ellis-Hagler, pastor of Plymouth Congregational United Church of Christ, a protest supporter who is black.

In their quest to turn out crowds April 16 and 17, the organizers may get a boost from unions and religious groups coming to Washington for other rallies April 9 and 12 to cancel Third World debt and to block trade relations with China.

To extend the appeal to those who want to avoid civil disobedience and arrest, they have arranged a separate "permitted" rally—with approval from the National Park Service—for April 16 on the Ellipse. Michael Moore, the satirical corporate critic, will be the master of ceremonies. This overture to the mainstream may be succeeding. After hesitating for weeks, the AFL-CIO just endorsed the permitted rally.

The protesters are promising plenty of street theater, music, prayer and giant allegorical puppets. The police are promising arrests if they block traffic.

"It's not just a party in the streets, although it's going to be that," said Robert Weissman, an organizer with Washington-based Essential Action. "It's a real chance to change the world."

batons while they practiced marching in formation.

"If [protesters] exercise peaceful demonstrations in areas that don't block vehicle or pedestrian traffic, then everything's fine," Gainer said. "But if they block thoroughfares that are critical to keeping the city moving, then we are prepared to . . . make arrests if they fail to move."

Failing to move is what protesters were practicing the night before the police training.

It was a clinic on nonviolence in a renovated factory building on Florida Avenue NW. After a couple of hours talking about nonviolence, 16 protesters acted out a scenario in which they blocked the entrance to a Metro station. They played all the roles—police, blockaders, reporters, bystanders.

Such a scene may or may not be part of the real demonstrations. The point was to try to empathize with all the characters they'll meet on the big day. One by one, the "police" were able to carry away the blockaders, except for bike courier Luke Kuhn, who explained his technique: "I think I came up with something new, namely, locking down directly to an officer's leg."

Across the city, in nooks and crannies donated by Greenpeace and other nonprofit organizations, such preparations are underway. Newcomers are taught the "consensus process," a kinder, gentler Robert's Rules of Order.

On Saturday, mobilization headquarters are to open in an alley warehouse off Florida Avenue, where thousands of protesters are expected to check in. Training will run from 9 a.m. to 11 p.m. daily. Members of the Ruckus Society from Berkeley, Calif., and the Direct Action Network from Seattle will teach civil disobedience skills, including something called "Climbing for Activists."

The activists will not set details of their strategy until next week, so that supporters from out of town can participate in the planning. Early on the morning of the 16th, they will gather not far from the World Bank and the IMF. Secret Service agents will have jurisdiction inside and just outside the buildings, be-

Ramsey or Gainer, who will roam the area.

Protesters have vowed to carry no weapons. On the advice of their medical team, they will bring bandannas soaked in vinegar for tear gas, shatterproof goggles for rubber bullets, and a change of clothes in case the first set is contaminated with gas or pepper spray.

"Do not wear contact lenses!" warned an e-mail sent to the protesters' listserv. "Trapped chemicals may cause eye damage."

Last year, as every year, a demonstration was called during the IMF and World Bank spring meetings in Washington. Twenty-five people showed up.

"Something has changed," said Njoki Njoroge Njehu, director of the Washington-based 50 Years Is Enough Network, a leading critic of the World Bank and IMF. "We may fancy ourselves good organizers, but I don't think we could have planned for this."

Global justice is now fashionable. At universities, classes on globalization are oversubscribed.

Having served in the battle for Seattle can be a mark of status. One activist in Washington shows off a souvenir rubber bullet. At meetings, everyone hushes while those who were there tell war stories.

But it's not a passing fad, organizers insist. Njehu says that a decade of grass-roots educating, including the failed campaign against the North American Free Trade Agreement in the early 1990s, led to this moment in history.

Every meeting of the revolution ends with a different closing ceremony. One Sunday afternoon, a couple dozen tired and wired people took turns offering a few words to sum up their expectations for D-Day April 16.

This time, there was no consensus.

"Logistical nightmare."

"Happiness."

"Rockin'."

"Jail time."

"Empowerment."

"Peaceful anarchy."



The Washington Post

TUESDAY, APRIL 18, 2000

Inside: Health
Today's Contents on Page A2

25¢

BY JAMES A. PARCELL—THE WASHINGTON POST

Motorists get stuck on 14th Street NW as protesters march through the traffic after leaving the prescribed protest zone.

# Protests End With Voluntary Arrests

## *Police, Demonstrators Say They Met Goals*

*By* DAVID MONTGOMERY
*Washington Post Staff Writer*

After three months of furious preparations by police and protesters for what many in Washington had feared might be a Seattle-style, tear gas-drenched battle over global capitalism, demonstrations wound down in relative peace yesterday with a negotiated climax involving voluntary arrests.

Police officials and protest organizers both declared victory. The demonstrators succeeded in bringing a good chunk of the city to a standstill for two days and disrupting a workday as police largely stood back and let them march and chant. A few thousand participated yesterday, far fewer than occupied the deserted city streets Sunday.

By the end of the days of protest against the International Monetary Fund and the World Bank, police had arrested nearly 1,300 protesters, had raided their headquarters and confiscated some supplies and had resorted to pepper spray and baton blows in several confrontations.

Police took credit for maintaining order and protecting the right to protest, while demonstrators celebrated raising awareness about a rainbow of issues connected directly or indirectly to the World Bank and the IMF.

A moment that seemed to sum up a chaotic, quixotic and sometimes scary week came early yesterday afternoon, during a driving rain at a barricade separating police and National Guard troops from thousands of taunting demonstrators. Over a steel, bicycle-rack-like barricade at Pennsylvania Avenue and 20th Street NW, the final stand-down was hammered out by D.C. Executive Assistant Police Chief Terrance W. Gainer and a woman dressed as a tree.

"I'm so proud of the men and women of my department and all the law enforcement in this region," said Chief

See PROTEST, A17, Col. 1

**Analysis**

# A Debate Enriched By Talk of Poverty

*By* JOHN BURGESS
*Washington Post Staff Writer*

Through two days of meetings that ended here yesterday, officials at the World Bank and the International Monetary Fund said many times that it was business as usual—the noisy rallies beyond the police lines outside did not affect the talks. But without the people on the street, it's unlikely that the word "poverty" would have cropped up quite so often.

Ministers talked about the Poverty Reduction Strategy, the Poverty Reduction and Growth Facility (a type of IMF loan), and the Poverty Reduction and Growth Papers (economic plans by poor countries hoping to lift themselves up). In statements addressed to one another, they made calls to combat, alleviate or abolish poverty.

Blocked by riot police, the demonstrators failed in their effort to shut down the meetings. But they and many other people who fault the two institutions—legislators, church leaders, economists—have at least succeeded in recent years in changing important terms of the debate. The World Bank and IMF now go to great lengths to stress their devotion to attacking global poverty.

See IMF, A18, Col. 1



BY MICHAEL LUTZKY—THE WASHINGTON POST

D.C. Police Chief Charles H. Ramsey holds a flower given to him by protesters as he tells his officers to remove their gas masks after arranging an organized arrest.

THE IMF PROTESTS

# Arranged Arrests End Protests

PROTEST, From A1

same way. I make no apologies for anything that anybody did during this time." Mayor Anthony A. Williams (D) also praised the police performance.

Ramsey said the demonstrators were skilled at what they do. "You have to experience it to fully appreciate just how well organized they are, how many different ways they can come at you," he said.

At a news conference late in the afternoon, protest organizers gave themselves high marks and condemned the police for overreacting to generally nonviolent civil disobedience. "I don't know how low the scale goes, but I think the police are kind of below the scale here," said Patrick Reinsborough, an activist with the Rainforest Action Network.

The organizers graded their own effort "A-plus" for bringing the World Bank and the International Monetary Fund and their policies to the attention of the general public. They said it did not matter that they failed in their specific goal of shutting down the organizations' spring meetings.

The organizers said they had continued the momentum of a movement that first revealed itself during last year's World Trade Organization protests in Seattle. The next round in the struggle, organizers have said, will take place at the Democratic National Convention in Los Angeles.

The police spent $5 million in overtime, plus $1 million in new riot protection gear, and began preparing shortly after the disruptions in Seattle. Preparations for the Mobilization for Global Justice, as the D.C. campaign was called, began about the same time. The protesters' budget was about $120,000, plus donations of food, supplies, offices and personnel.

The protesters' message is that the loan polices of the bank and the fund have a range of unintended consequences that may harm the environment, displace native people and lead to cuts in health and education spending in poor nations. Defined by many left-leaning passions, the protesters are united by a shared mistrust of the influence of corporate America.

Washington could not help but pay attention, sometimes with reluctance or irritation. Police cleared 60 blocks of traffic yesterday, after closing 90 blocks during larger demonstrations Sunday.

Asked if he thought the disruption of the city was worth it, Ramsey said, "We didn't lose the city, so as far as I'm concerned, it was worth it."

For many demonstrators, the day began at 4 a.m., when they were supposed to assemble at Dupont Circle for unspecified maneuvers. Police apparently had learned of the rendezvous, because about 10 marked and unmarked cars had the circle staked out. Dispirited, the demonstrators dispersed.

Later in the morning, the seemingly aimless wanderings of protest groups led to meeting up with their peers, and there were scattered confrontations with police.

In one, near K and 18th streets NW, Rob Fish, 21, of Stanhope, N.J., said he was taking pictures of police activity. He said an under-



A group calling itself the Radical Cheerleaders performs at 20th and I streets NW as part of the march against the International Monetary Fund and World Bank.

**Commuter Notice**

All federal offices in Washington will be open today. But 19th Street NW between Pennsylvania Avenue and G Street will be open only to authorized vehicles and pedestrians until further notice, said Police Chief Charles H. Ramsey.

Metro plans to reopen the Judiciary Square and Farragut West stations, which had been closed since Sunday at the request of the police department.

cover officer hit him with a billy club, knocking him down. "I got thrown to the ground and hit over the head," Fish said.

Fish was left with a stream of blood running down his face, staining his jeans and green shirt. Several friends tended to his wound.

In another incident, Ramsey and Gainer were momentarily in a tight spot.

They heard a call that officers needed assistance at 18th and I streets NW, and "we went down the street," Ramsey said. "When we turned the corner, there had to be about 200 protesters . . . coming at us, and we attempted to back out, but there was another car coming in behind us—one of ours, fortunately—and so we couldn't. And as we got out of the car, they literally just came right on us, and we had to struggle in order to regain control."

Two students from James Madison University said that police used pepper spray on them while they demonstrated at 20th and I streets NW about 7 a.m. Matt Strugar, 21, said a group was trying to block some delegates and were chanting "nonviolence, nonviolence" when a van full of police pulled up. The officers sprayed him and his friend, Strugar reported.

One man hit by pepper spray, Jonah Zern, of the Student Alliance to Reform Corporations, said: "I was walking in a non-threatening way up to the barricade as a delegate of the planet and a delegate of the ecosystem. I was attacked by the system of power. It makes me aware of how important is the change we are trying to make. I just hope I can get my vision back soon and join people back in the streets."

Ramsey said an officer had mistakenly released a canister of tear gas instead of a smoke grenade after protesters surrounded a police car escorting a bus carrying bank delegates.

Meanwhile, demonstrators began to mass on the Ellipse. The question lingering in the drizzle: What do we do now?

About 700 people divided themselves and formed two huge circles on the grass—one for those who would risk arrest, and one for those who preferred to parade. While Loren Finkelstein, 25, an environmentalist from the District, facilitated a quick meeting in the soggy field, Karen Miller, 29, a labor activist from Detroit, proposed that the arrest group find an intersection in which to confront police and get arrested. There was a brief squabble before consensus was reached.

"I have a problem with getting arrested just to get arrested," said Rae Kramer, 53, of Syracuse.

"Blocking traffic and getting arrested can make a point," someone responded.

With that decided, the groups merged, the arrest-hungry in front, followed by puppets, followed by non-arrest supporters. More joined as they marched to Pennsylvania Avenue and 20th Street NW for the last major act of the campaign. The police barricade there was symbolically important to the demonstrators, who wanted to go on record as crossing it to give their message to the bank two blocks away.

They filled the intersection and the surrounding blocks. Those willing to risk arrest massed up front, as police backed by National Guard troops waited on the other side of the barricade.

Demonstrators tried to climb over the barricade, and police reacted by poking them sharply with batons. Long squirts of pepper spray forced the demonstrators back, coughing and crying and rubbing their eyes.

That was when Gainer and the Tree Lady—Mary Bull, from San Francisco—started talking.

Bull, dressed in a foam get-up with a brown trunk and green boughs, represented a small group that represented the larger group in front. During the negotiations, she had to keep going back to check with her group, while Gainer could make instant decisions—the difference between a consensus organization and a hierarchical one.

The protesters were angry that many officers were not displaying their badges. Gainer said he'd have them put on their badges if demonstrators would stand back two feet.

Bull and Gainer called back and forth across the barricade for about an hour, haggling over the details of an arranged arrest. Bull wanted six gates open. Ultimately, Gainer allowed three barricade sections to be removed, and 11 young protesters linked arms.

Like a wedding coordinator orchestrating the bridal party's march down the aisle, Gainer waved the demonstrators through.

Moments later, a member of a to-be-arrested group handed a disposable camera to Gainer and asked him to take a picture.

Mary Bull was one of the last.

"Okay, folks, that's it," Gainer said.

After those arrested were taken away, many in school buses, about 3 p.m., the crowd moved east on I Street toward McPherson Square. It swelled to more than 1,000.

St. Regis guests took photos. A bike courier whose business was ruined for the day grumbled: "What do these kids have to be angry about? When my family marched for civil rights, we had something to march for."

Police accommodated the demonstrators, stopping traffic wherever they decided to go, all the way to a park at 14th and K streets NW.

A group of about 200 broke off to head up 14th Street, escorted by three police cars. They drummed and shouted, eventually behind a squad car with flashing lights that kept a steady pace for them.

They passed more stores and waved at crowds.

The waves were fewer as working-class commuters were thwarted.

At one apartment building, residents opened the window and yelled "Get out of our neighborhood!" and "Get your [bottoms] back home!"

The march quieted; the drumbeats slowed.

Hours later, arrested protesters were led, one by one, before Judge Ronna Beck in D.C. Superior Court to choose their fate. Protest organizers had suggested that those arrested consider withholding their names to force the court to negotiate a settlement for everyone.

Some refused to give a name other than John Doe. Many wanted to be released and pay a $50 bond. Danner Bradshaw, 20, of Mobile, Ala., said he chose to pay the bond because it would be too inconvenient to come back for a court trial.

One young man asked the judge whether he could phone his parents before filing paperwork for release. He needed to ask them his Social Security number.

After being released, the protesters faced another problem: They would have to go to the police training academy in the Blue Plains area of Southwest Washington to get their belongings.

"Let's not walk out here alone, okay?" one young man said as protesters looked onto the dark streets.

"Oh, dude," Bradshaw said, "why do they have to make our lives so hard?"

The following staff writers contributed to coverage of the protests surrounding the IMF and World Bank meetings: Justin Blum, Patricia Davis, Petula Dvorak, Darryl Fears, Patrice Gaines, Steven Ginsberg, Cindy Loose, Phuong Ly, Sylvia Moreno, Arthur Santana, Alan Sipress, Neely Tucker, Steve Vogel, Emily Wax, Martin Weil and Linda Wheeler.

## Arrests Made in Protest Zone

*Police made about 600 arrests yesterday after protesters were allowed to pass through the barricade at 20th Street and Pennsylvania Avenue NW, near the World Bank and IMF buildings. In an effort to defuse the standoff there, police allowed protesters to cross the barricade five people at a time; they were immediately arrested.*

March route
Protest zone
Police barricade
10:52 a.m. Standoff begins. 2:45 p.m. Arrests begin.
3:30 p.m. Remaining group goes to McPherson Square for closing ceremonies.
Protesters go beyond protest zone.
9:50 a.m. March begins
International Monetary Fund
World Bank main building
White House
The Ellipse
Reflecting Pool



Protesters give themselves up for arrest at 20th Street and Pennsylvania Avenue NW after their demonstration. They were handcuffed and hauled off in school buses. Police made nearly 1,300 arrests over several days of protests.

THE WASHINGTON POST
4/17/00

THE IMF PROTESTS | *The Participants*

# For the Men in Black, Anarchy Makes Sense

## *Group Takes the Lead For Confrontations With District Police*

By Darryl Fears
[Wash]ington Post Staff Writer

[Wh]erever they went, things got interesting. That's why at least one noisy police helicopter relentlessly shadowed the anarchy-minded demonstrators who call themselves the Black Bloc.

This is the Marine Corps of the baby-faced, anti-World Bank movement—always first on the scene when there was trouble yesterday. Its members were dressed in black, down to their flimsy handkerchief masks. They owned the defiant chant, "Whose streets? Our streets!"

At times, they sought to prove it. Black Bloc protesters ripped steel rods and fencing from a construction site at 14th Street and New York Avenue NW to create a barrier against police vehicles. And during a tense confrontation at 14th and I streets, they so annoyed a phalanx of police that the officers suddenly charged, billy clubs swinging.

"At first they clubbed they hell out of us," said a Black Bloc protester who would only give his first name, Ryan. "When we were re[treati]ng, they gassed us." As he awaited a[id] from the protesters' first aid team, [he] showed his red and swollen right hand to the staring troops. "I've been sprayed with pepper spray before," he said, "and it's never burned this bad."

They can be hard core. This was the group that burst into the newspapers of the country in black ski masks at Seattle. They call themselves the Black Bloc, but their official name is the Revolutionary Anti-Capitalist Bloc.



BY MICHAEL WILLIAMSON—THE WASHINGTON POST

**A Black Bloc anarchist objects to having his picture taken. Members of the black-clad group were involved in many of yesterday's confrontations with police and some property damage.**

Its members didn't back down yesterday. From the time of the clash with police, the Black Bloc wanted the police to know they were hardly afraid. Anything they could get their hands on—newspaper boxes, chain-link fencing, steel equipment—was thrown into the street. On New York Avenue between 14th and 15th streets, they swarmed around a Nissan Pathfinder like black ants smothering a crumb. They lifted the vehicle and dragged it into the street.

On the George Washington University campus, they marched with their red-and-black banners and their black garbage pail lid shields chanting, "Whose streets? Our streets!" At first, riot police didn't budge. Then, suddenly, officers on foot and in a luxury bus rolled back.

But in that quick movement, a few officers were stranded. So police poured from the bus to protect. One or two Black Bloc members responded by smashing the rear passenger window of a parked Hyundai Tiburon and leaping on the roof, nearly caving it in.

Who are these guys?

Every pack has its lead dog, and the man who called himself Emil Zap took charge of one of the more active cells of the Black Bloc, about 10 men and women out of about a total of 200 who came from all over.

"Our strength," Zap said of the Black Bloc, "is that we can move however we want. We can freelance.

"There are people in the Third World who are moved to tears today because we are finally speaking out," Zap said. "We're building an interracial movement, a movement of the people, for all people."

But why all the vandalism? "What we're trying to show is that anarchy is the essence of community," he said. "Communities are being destroyed all over the world, and we're showing them what an empowered community looks like: that it's strong, that it acts for the good of the people."

Did Black Bloc members put their freedom on the line more than others because they believe more in the cause? "There are lots of people here who put it on the line," Zap said. "I know tons of people on the line. I walk by. I give them a kiss. I'm not any more radical than they are."

Soon after Zap said that, he was on the sun. A mini-tractor had rolled across 14th Street and threatened to remove some of the scrap metal Black Bloc members had thrown into the street to make a barricade.

"Whose streets? Our streets!"

Zap first tried frantically to wave the driver off, but it didn't work. So he upped the ante by stepping in front of the tractor and standing rod straight. The machine jerked forward. Its steel shovel grazed Zap's stomach.

Several District police officers rushed into the fray. They motioned the driver to pull back. By then, hundreds of demonstrators were shouting.

Zap was the man. Up until then, no one had put it on the line like that. A woman in black held a hand to her face as she watched it all go down. "Wow," she said. "Did you see that?"

M2 TUESDAY, APRIL 4, 2000 B7

## FEDERAL DIARY

*Mike Causey*

# Uncle Sam's Not Rattled By Seattle—Not Yet

Downtown federal agencies—anxious to be prudent, not panicky—are still deciding what, if anything, to do about Monday, April 17. That is scheduled to be the second day of what could be massive and messy demonstrations aimed at international organizations close to the White House.

Brass from agencies in the White House-Foggy Bottom area are holding a series of meetings to monitor the situation.

Environmentalists, trade unionists and other activists will start arriving Saturday, then hold demonstrations April 16 and 17 around the World Bank and International Monetary Fund, which have meetings scheduled for those two days. The two agencies face each other across 19th Street NW, between G and H streets. That area is often gridlocked on a good day.

Many agencies that aren't targets of the demonstrators are within walking—and traffic jam—range. Demonstrators hope to shut down stretches of Pennsylvania Avenue NW.

Their goals include blocking administration plans to give China normal trade status, and they are demanding that the debt of Third World nations be forgiven and more money spent on the AIDS epidemic in Africa.

You can track the demonstrators' official plans on the Web site *www.a16.org*.

Security experts don't want a repeat of the Nov. 30-Dec. 3 riots in Seattle. That city's image as a misty, laid-back city of coffee bars and "Frasier" was shattered by demonstrations that shut down a World Trade Organization conference there. TV news was filled with scenes of tear gas, looting and sometimes bloody battles between anti-WTO demonstrators and police. Younger TV viewers got a glimpse of what their parents went through during anti-war demonstrations in the 1960s and 1970s.

Parts of Seattle were overwhelmed and trashed. Many businesses were shut down, and many office workers—including thousands of Seattle-based federal employees—couldn't get to work or were told to stay home. Many of the same demonstrators are expected in Washington this month.

The official line on the April protests is that this will be just another demonstration, of the kind Washington is very good at handling and surviving. The idea is that we've seen bigger and worse.

But law enforcement personnel are taking extraordinary precautions and receiving crowd control training. There has been nothing like it since the recent NATO summit meeting here. That involved a few thousand visiting VIPs whose safety—not the visitors themselves—was the issue.

When the NATO meeting was first announced, federal officials said they wouldn't let the summit disrupt the city. But as the time for the meeting drew closer, concerns about security and traffic grew. Finally, federal agencies that had scoffed at the idea of a shutdown decided to close, even though some were miles from the NATO meetings in the Federal Triangle area.

So what about April 17?

"If you are asking me if there is any kind of panic or if there are plans to shut down federal agencies on April 17, the answer is no," a federal official who is involved in planning said yesterday. He said he knew of no plans to close any federal buildings, including those that are neighbors of the IMF and World Bank, or to encourage employees to take annual leave.

That is the official line. And there is no reason to believe it isn't true. For now.

But as April 17 gets closer, officials will be monitoring the situation—looking at both the size of the estimated crowd and its goals, and at least some agencies in the immediate area might rethink their position.

WPost 4/11/00 B1

# Protesters, Authorities Move Into Next Stage

## *Demonstrations, Arrests Open 'Action Phase'*

*By* DAVID MONTGOMERY
*and* ARTHUR SANTANA
*Washington Post Staff Writers*



BY ROBERT A. REEDER—THE WASHINGTON POST

**Janet Murdock uses her cell phone outside the World Bank, where she had an appointment. Nonemployees with business at the bank were required to call ahead for permission to enter.**

Arrests and street closings yesterday launched a week in which thousands of demonstrators are expected in town to protest global capitalism.

The culmination will be an announced attempt to blockade the Sunday and Monday meetings of the World Bank and the International Monetary Fund, but neither the protesters nor those taking precautions against them wasted any time getting started.

Police and Secret Service agents arrested seven people outside the World Bank building, George Washington University banned guests in dormitories and officials closed streets and removed mailboxes in Foggy Bottom.

In a morning skirmish at the World Bank, activists were arrested after some blocked two lanes of Pennsylvania Avenue NW for nearly an hour at rush hour, while others were prevented from hanging a banner from the bank building. The episode served as a sort of rehearsal for what protesters and police can expect from each other, said Executive Assistant Chief Terrance W. Gainer.

"The protesters, frankly, were able to make a tiny statement, and we were able to quickly restore order," Gainer said. "We wanted to know how protesters were going to approach this, and I think they gave us some indication of what they were going to do."

Protesters said there's much more to come.

"We are moving out of the planning phase and into the action phase," said Adam Eidinger, an organizer of the Mobilization for Global Justice, as the campaign is called. "This is the beginning of a week in which there's going to be an immense amount of

*See* PROTEST, *B5, Col. 1*

# Protesters, Authorities Launch 'Action Phase'

PROTEST, *From B1*

education, action and protest."

The effort was inspired by the street demonstrations that delayed the opening of the World Trade Organization meetings Nov. 30 in Seattle. There, police were criticized for overreacting and for using too much tear gas and rubber bullets, while some demonstrators broke windows and looted stores. The Washington protesters have pledged nonviolence, but yesterday's preparations suggested authorities are bracing for any kind of trouble.

By afternoon, in response to the morning demonstration, D.C. police ordered several blocks closed for the duration of the protests. Vehicles are prohibited from 19th Street NW, between G Street and Pennsylvania Avenue, and from H Street NW between 18th and 20th streets NW. Pedestrians also are barred from some portions of those streets. On other streets, one lane is reserved for police cars.

Dozens of D.C. police officers patrolled the sidewalks adjacent to the World Bank and the IMF. Yellow police tape blocked pedestrians, and security officers allowed only employees with identification to pass. Nonemployees with appointments in bank headquarters had to go to a nearby building, call ahead and wait for permission to enter.

"It's actually a little bit embarrassing," said World Bank consultant Ron Meyers after crossing the police line on his way out of the building. "I guess we're not used to all the attention."

He called the police presence "kind of a pain, but I can understand why they're having all the security after Seattle."

For the first time, World Bank employees and their bags must now pass through metal detectors—a procedure reserved for visitors in the past.

And in a step that apparently foiled the demonstrators' plans in the morning, the bank recently installed razor wire on the first 15 feet or so of two cables suspended from near the top of the building. The cables hold up the awning over the main entrance on H Street NW, but in past years demonstrators have scaled the cables to hang banners from the facade of the building.

U.S. Secret Service agents—deployed at the bank and the IMF until after the protests—arrested two activists on the awning as they were trying to cut the razor wire about 8:30 a.m., according to spokesmen for the activists and the Secret Service. One woman accidentally cut her arm and was taken to D.C. General Hospital for treatment. They were charged with unlawful entry, said D.C. police spokesman Sgt. Joe Gentile.

They had hoped to unfurl a banner that said, in part, "World Bank Plunders the Planet," said Andrea Durbin, director of international programs for Friends of the Earth, which led the escapade along with another environmental group called Ozone Action. They are calling for the bank to stop supporting oil, gas and mining projects.

While the climbers grappled with the razor wire, 40 to 60 supporters with a large rental truck blocked morning traffic on two lanes of Pennsylvania Avenue. D.C. police arrested three people who had clambered to the top of the truck to lead a rally with megaphones.

They included John Passacantando, executive director of Ozone Action, and Brent Blackwelder, president of Friends of the Earth. Two others were arrested after they chained themselves to the axle of the truck. The chain had to be broken before police could remove them from the street, where they were sitting, said Jim Mackin, spokesman for the Secret Service. The five at the truck are accused of failure to obey police, Mackin said.

"The protesters felt it was worth getting arrested to get their message out," said Chris Ball, deputy director of Ozone Action. "We feel that the number one funder of global warming in the world is the World Bank."

The crowd outside the bank at rush hour was typical of the protest coalition, which is made up of activists of all ages interested in a range of issues such as the environment, Third World poverty and worker rights. They claim the loan policies of the bank and the IMF do more harm than good.

But they are dogged by images of Seattle. D.C. police have visited merchants downtown, shown video clips of some of the worst disruptions and urged them to take precautions. Some have told their employees not to come to work Sunday and Monday.

The World Bank and the IMF have urged their employees to stay away unless they are directly involved in the spring meetings.

George Washington University, adjacent to the World Bank and IMF, announced that the campus will be closed and classes canceled from 10 p.m. Friday until 8 a.m. April 18. This week students may not have overnight guests. Organizers had relied on students at local universities to help house activists.

"We simply didn't feel we could be responsible for all those nonstudents in our residence halls," said Barbara Porter, a university spokeswoman. She said the steps were taken after consultation with D.C. police.

## Security Measures Increase

*A number of streets around the World Bank building have been shut down until further notice in response to this week's protests of the bank and the International Monetary Fund. In addition, the Postal Service has removed 69 mailboxes from the surrounding area until April 18, to prevent anyone from planting a bomb within blocks of the two buildings.*






BY GERALD MARTINEAU—THE WASHINGTON POST

**George Washington University students Nneka Mokwunye, left, and Beth Nauman discuss the university's increased security stemming from the week of demonstrations.**

The move outraged student protesters. "It's a total violation [of] freedom of movement, freedom to assemble," said Lauren Lastrapes, a junior. "It just shows GW is very supportive of the World Bank."

Bank chief James D. Wolfensohn is being awarded an honorary doctorate at commencement ceremonies next month. Porter said the university was taking no sides in the protests.

Some students applauded the administration's precautions, and the student newspaper published an editorial yesterday supportive of the no-guest policy and the campus shutdown during the protests.

Other universities are imposing no such restrictions. Activists at American University won permission from the administration for up to 170 out-of-town protesters to sleep in lounges on campus.

Other agencies were taking precautions. To head off the possibility of a bomb in a postal box within a few blocks of the IMF or bank buildings, the Postal Service removed 69 mailboxes from the area. Court officers at D.C. Superior Court are prepared to work until 2 a.m. each day, and all day Sunday, if waves of arrests overburden the system this week.

It will all cost money. At a meeting on Capitol Hill yesterday, members of the D.C. Council asked Del. Eleanor Holmes Norton (D-D.C.) and Rep. Thomas M. Davis III (R-Va.) for reimbursement for the cost of police protection at the rallies.

Norton has introduced legislation that would reimburse the District for police services at national rallies in the capital.

*Staff writers Patricia Davis, Stephen C. Fehr, Linda Wheeler and Neely Tucker contributed to this report.*




PHOTOS BY SUSAN BIDDLE—THE WASHINGTON POST

**Demonstrators march to the Capitol in an event sponsored by Jubilee 2000/USA, a coalition that urges debt forgiveness for poor countries.**

# Joining Hands for Debt Relief

## *Activists Rally at Capitol, Seeking to Ease Burden of Poor Countries*

*By* Caryle Murphy
*Washington Post Staff Writer*

Encouraged by shofar blasts and a trumpet fanfare, several thousand people formed a human chain around the U.S. Capitol yesterday to demand that wealthy nations show biblical forgiveness by canceling billions of dollars in debt owed by the world's most impoverished countries.

Buffeted by cold, blustery winds and singing, "This land is your land, this land is my land," the demonstrators included Franciscan friars in brown robes, workers in union jackets and jeans-clad college students, all of them voicing concern about the financial burden on poor countries because of debt obligations.

The crowd, which drew people from across the country, was smaller than organizers had expected. They had hoped to attract enough participants to stretch a human chain from the Capitol to the Ellipse and a few blocks beyond. As it was, there were enough to more or less surround the Capitol. One older woman carried a sign in the shape of a toilet that read, "Flush the debt." Others stood arm in arm around the Capitol chanting, "Save the children, kill the debt."

The event and a preceding rally on the Mall were sponsored by Jubilee 2000/USA, a national coalition of religious, labor and social justice groups that urges international debt relief as a millennial gift to poor countries, allowing them to pour more money into social services.



**Andrew Laurence came to the rally as a Washington Monument with a message.**

**■ On the hot seat, the police liaison plays it cool.** *Page B4*




**■ Starbucks agrees to sell "fair trade" coffee.** *Page B4*

"In Ethiopia, more than 100,000 children die every year from diarrhea" while its government spends "four times as much on debt payments as on its public budget for health care," AFL-CIO President John J. Sweeney told the rally participants. "That's why we are . . . committed to the goal of debt relief now."

Backed by a huge red-and-white sign that read, "Cancel the Debt, Now!" other speakers included Roman Catholic Archbishop Oscar Rodriguez of Honduras and White House economic adviser Gene Sperling, who read a letter from President Clinton.

Clinton praised "this extraordinary grass-roots effort to reduce the debt of the world's most impoverished countries" and noted that most heavily indebted countries spend more on debt service than on health or education. "This is wrong," he wrote. "Let us say today that no nation on this Earth should be forced to choose between feeding and educating children or paying interest on excessive debt."

That sentiment resonated with many, particularly those who have visited de-

*See* JUBILEE, *B4, Col. 1*

# Lending a Hand to End Debt of Poor Countries

JUBILEE, From B1

veloping countries.

"It just seems to me we need to forgive their debt so they can have something for life," said Bonnie Rochelle, of Phelps, N.Y., who worked in Nicaragua. "People can't even feed their families."

Jubilee 2000 estimated the crowd at 5,000 to 7,000; organizers had anticipated 8,000 to 10,000.

The idea of debt forgiveness during 2000 is inspired by the Old Testament book of Leviticus. It describes a Year of Jubilee every 50 years during which people make a fresh start toward social justice by freeing slaves and canceling debts.

Some participants in Jubilee 2000 wanted to make clear that it was not linked to the more militant demonstrations expected next weekend to protest "global capitalism." Organizers hope to shut down meetings of the World Bank and the International Monetary Fund.

"This is a joyful proclamation of a biblical principle. It's not violent at all," said George Aros, of Sonora, Ky., who traveled to Washington with about 50 other church activists who call themselves Kentucky Jubilarians.

But some who plan to take part in the protests next Sunday and Monday joined yesterday's demonstration. One group carried large props of papier-mache and parachute silk made to look like birds. One carried the message "Revolution."

"Birds are symbols of life and liberty and freedom," said Marianne Ross, 65, of Glen Echo. "We're going to make flocks and flocks of them for next weekend."

Also looking ahead to next weekend was Ben Fletcher, 20, dressed in fatigues, jackboots and dreadlocks. He was checking out the police presence and reported its movements over his walkie-talkie. "This is Comfive reporting four police horses approaching," he relayed as mounted police officers passed.

Fletcher called yesterday's monitoring a "dry run" for next weekend's protests.

Andrew Laurence, 42, spent the day walking around with a replica of the Washington Monument as his costume. Written on it was "Bury the Debt." He said police checked it three times. He said he is looking forward

make the protests noticed. "We are going to inconvenience you," he said.

Labor organizers estimated that about 1,500 union workers were at the debt-relief rally.

Recalling the unusual but effective labor-environment-human rights coalition that shut down Seattle streets last fall during a meeting of the World Trade Organization, labor leader Sweeney made clear that Third World debt relief has been embraced by the labor movement.

"High debt levels force developing countries to lower labor standards and wages in order to attract corporate investment," Sweeney told the crowd. As a result, U.S. workers compete for jobs against low-wage earners.

John Keiser, a steelworker who came to the rally with 22 others from Levittown, Pa., understood the link. "If you do away with debt, you'll do away with child labor. You'll educate children so they'll have a better life. Then we'll have fair competition," he said. "Right now, the only ones making out . . . are the big corporations."

Some of the most enthusiastic participants were 200 college students who marched to the Mall from Howard University, loudly chanting, "No debt relief, no peace."

They came from Washington area universities as well as from Brown University in Rhode Island, the University of Chicago, St. Bonaventure University in Upstate New York and Bethel College in Kansas.

"I've been increasingly angry at a world where there's a growing disparity between rich and poor," said Chris Clement, 31, a political science doctoral candidate and instructor at Howard. He said austere debt policies imposed by the IMF on his native Jamaica had hurt his mother's small business.

"I believe Jesus calls on us to proclaim Jubilee and to help the poor," said Jason Schmidt, 19, a student at Hesston College in Kansas, a Mennonite school.

The students, who wore red armbands, said they were buoyed by the experience of meeting so many activists from so many campuses united on an issue.

"We've been waiting for a movement that would bring student activists together," said Lauren Lastrapes, a junior at George Washington Uni-

has found common ground on this."

The students did not have a parade permit, so they had to stay on the sidewalk. But as they approached downtown, a police escort of motorcycles and a patrol car appeared to clear Seventh Street for them to march. The students thanked the officers, who smiled back.

Many out-of-town demonstrators spent the morning in worship and fellowship at several local churches before going to the rally.

At New York Avenue Presbyterian Church in Northwest, about 250 people attended an 11 a.m. service, where the Rev. Marian McClure, director of the Presbyterian Church's Worldwide Ministries Division, delivered a sermon that was also a pre-rally pep talk.

the Year of Jubilee, McClure said the Christian faith is marked by "grace that forgives sins and debts, a grace which is about letting go and not holding it over someone when you have the power to."

Among those listening were Ron and Esther Pfeifer, co-pastors of First Presbyterian Church in Palestine, Ill., who had come to protest what they feel is a "crushing" debt owed by poor countries.

"There's not much we can do about it," said Ron Pfeifer. "But we can sure stand on the Mall for a couple of hours."

*Staff writers Michael Laris, David Montgomery, Arthur Santana and Brigid Schulte contributed to this report.*

## Calendar of Events

*With demonstrations planned for Sunday and April 17 against the World Bank and the International Monetary Fund, organizers have planned a week of events, including these:*

**Tomorrow**

**Economic Way of the Cross,** noon. The Religious Working Group on the World Bank and the IMF marks the "stations of the cross" by dramatizing economic oppression around Washington. West Steps of the Capitol.

**Rally for Human Rights in Colombia,** noon. Protest proposed U.S. military aid package supported by some corporations. This is aimed at saving the indigenous U'wa people and supporting peace in Colombia. Q and 20th Streets NW.

**Wednesday**

**Lobby Day.** Starts at 9 a.m. Visits with members of Congress and Clinton administration.

**Rally to stop World Trade Organization expansion.** Noon. Capitol Hill.

**Thursday**

**Resettlement Vigil.** 5:30 p.m. to 7 p.m. For those displaced by World Bank projects. In park in front of the World Bank, 18th and H Streets NW.

**Steelworkers Candlelight Vigil.** 7 to 9 p.m. With union president George Becker, against normal trade relations with China. Lafayette Square.

**Friday**

**World Bank Boycott Benefit Concert,** 9:30 p.m. D.C.-based funk/rock band Blue Miracle and local hip-hop artists, and poetry by South African anti-apartheid activist Dennis Brutus. Wilson Center, 15th and Irving Streets NW.

**Keep Space for Peace,** noon. Demonstration against tax dollars spent on "Star Wars" development. Treasury Department.

**National Student Day of Action to Lift the Economic Sanctions on Iraq,** 11:30 a.m. Students and local activists protest Iraq sanctions. National Capitol Post Office, 2 Massachusetts Ave. NE.

**Sunday**

**Rally Against the IMF/WB.** 11 a.m. to 5 p.m., at the Ellipse. Emcee Michael Moore (of "Roger & Me").

**Direct Action Against IMF/WB.** Starting at 6 a.m. Protesters and supporters gather at Rock Creek Park, between Pennsylvania Avenue, 26th Street and M Street NW, and Farragut Square, K and 17th Streets NW. They will attempt to block meetings from taking place.

**Monday, April 17**

**Direct Action Against IMF/WB.** Place, time to be announced.

THE WASHINGTON POST

# Activists Score Preemptive Win On Coffee Sales

## *Starbucks Stores to Carry Farmer-Friendly Product*

By Sarah Schafer
Washington Post Staff Writer

The scores of people who plan to descend on a Dupont Circle Starbucks on Thursday to protest unfair treatment of coffee growers might instead want to order up a cappuccino and relax.

Preempting the scheduled protest—one of many planned for this week in advance of the Sunday meetings of the World Bank and International Monetary Fund—the coffee giant plans to announce today that it will begin selling "fair trade" coffee.

Fair trade certified coffee, which is stamped with a special seal by the nonprofit organization TransFair USA, signifies that the coffee is grown under safe working conditions and sold directly to retailers, not through middlemen, thereby guaranteeing a fair price for the farmer.

"It's a victory," said Jason Mark, a spokesman for Global Exchange, the group that had organized the protests, "and more importantly, it's a victory for the literally thousands of families in the developing world who are going to see their incomes effectively triple with this."

The idea behind TransFair is to organize farmers into co-ops and sell directly to retailers and roasters, cutting out the middlemen, who typically get up to 80 percent of the going price per pound, according to activists.

"Starbucks is certainly not the worst company out there in terms of paying farmers a fair price. . . . The problem is the way the system is structured," said TransFair founder Paul Rice.

Rice spent seven years working with coffee growers in Nicaragua. He spent the last four working with a co-op of 3,000 small farmers, from whom Starbucks purchased coffee on "fair trade" terms last month.

Starbucks representatives said that they have long been working on ways to bring more money to small farmers and that fair trade coffee is only one example of that.

"This is one of several actions we've taken for the benefit of small farmers," said Dave Olsen, senior vice president for corporate social responsibility.

Starbucks plans to start offering the coffee alongside other brands in virtually all its retail outlets and online in the fall. Olsen said that he is not sure yet what the price of the new specialty blend will be but that it should fall in the range of the company's other offerings.

Of course, the ultimate decision belongs to consumers, who are already faced with a sometimes paralyzing array of choices in the store, where tall means small and orders run the length of haiku. (Venti vanilla no-foam skinny decaf latte, anyone?)

Starbucks executives say that they are not sure whether consumers will warm to the politically correct blend and that they plan to reevaluate the move after a year.

"This is a new enough market in the United States that it's really hard for us to know exactly what will happen," Olsen said.



BY BILL O'LEARY — THE WASHINGTON POST

Protesters Ann Pettifor, center, and Jack Moynihan, right, argue their point with a D.C. officer. Officers formed a line to bar protesters' entry into the World Bank building.

# The Business of Demonstrators

## *As Protests Begin, Some Batten Down, While Others See Customers Coming*

*By* David Montgomery
*and* Linda Wheeler
*Washington Post Staff Writers*

A scattering of small, peaceful protests popped up across the city yesterday, while the impact of planned demonstrations against the World Bank and the International Monetary Fund was being felt downtown.

Some offices announced plans to close, and some building owners began boarding up windows while Metro rerouted bus lines in Foggy Bottom to skirt streets closed by police. Other establishments figured the demonstrations might be good for business and planned to stay open.

Standing just inside Kinkead's restaurant, at 2000 Pennsylvania Ave., assistant general manager George Ronetz pointed to his left, then his right, saying, "The World Bank is there, the IMF is over there, and we're right in the middle of the battleground." The restaurant plans to close Sunday and Monday.

But Freddi Szilagi, general manager of Tower Records, said: "We're kind of treating it like snow. . . . We're going to see what happens. Barring molotov cocktails thrown at us or windows being smashed, it might be a good business opportunity."

He said the protesters may have a point about global capitalism, but "we're just hoping they don't see us as another corporate leeching organization."



BY ROBERT A. REEDER — THE WASHINGTON POST

An officer and his dog inspect the flower beds around the World Bank building.

The quiet and sometimes prayerful gatherings at the Capitol, Dupont Circle and outside the World Bank all focused on aspects of the global economy, which protesters say is rigged against poor families and workers. The protesters' busy daily schedule—published on the Internet—also included a noon rally at One Judiciary

See PROTEST, B9, Col. 1

# Downtown Businesses Prepare for Protesters

PROTEST, *From B1*

Square in support of poor D.C. renters facing eviction.

The longest rally wound from the Capitol to the World Bank building. "The message has to be heard," said Sharon Delgado, 51, a United Methodist pastor from Santa Cruz, Calif., who helped lead a group carrying white crosses bearing the names of impoverished countries and the amount of debt they owe Western creditors. "I am prepared to do whatever it takes peacefully."

Acting on advice from police, some Foggy Bottom establishments were battening down as if for a storm.

Workers bolted hard plastic shields outside the windows of George Washington University's law school, across the street from the IMF. The windows of another campus building were plastered with large X's made of silver duct tape to prevent any shattered glass from flying.

The decision by Kinkead's to close Sunday and Monday will cost about $45,000 in sales. But Ronetz said he didn't fear violence by the protesters. Rather, he said, police are strongly urging people to stay away and customers will be deterred.

"I think the demonstrators have a good cause," Ronetz added, though he also praised police precautions. "It's just too bad businesses have to suffer."

Police also have asked businesses to consider shutting down, and thousands of office workers were being told not to come to work Monday. Some will have Friday off as well.

Potomac Electric Power Co. will close its headquarters at Pennsylvania Avenue and 20th Street NW Friday through Monday, idling more than 1,100 employees, except for an undetermined number of essential personnel who will work out of other locations.

Kaiser Permanente will close its eight-story West End clinic in the 2100 block of Pennsylvania Avenue Saturday through Monday. Employees will be reassigned to other clinics. Patients with appointments or those needing urgent care should call the medical appointment desk to be rescheduled or referred to another clinic, said spokeswoman Susan Simon.

"It probably isn't the place you want sick people coming anyway," she said.

Thousands more employees will have days off, including the staff of one of the city's largest private employers, George Washington University, which will be closed Saturday through Monday, as well as employees at the World Bank and IMF not involved in the spring meetings that are the objects of protest.

Then there are numerous small offices, such as that of Howard Osterman, a podiatrist, in the 1700 block of I Street NW, who is closing Monday, a day that he had 30 appointments scheduled. "I love working in D.C., and this goes with the territory: demonstrations and free speech," he said. "It is part of the charm of working in the District."

To encourage caution, if not closure, police and landlords are showing merchants video clips of some of the unruly action during the protests against the World Trade Organization in Seattle in the fall, which inspired the Washington demonstrations. A small faction of Seattle demonstrators resorted to vandalism.



Debbie Panek, of Rome, N.Y., holds a cross, and Arthur Lerner holds a placard on the west steps of the Capitol.



Security forces climb on the portico on the front of the World Bank during a final security sweep in preparation for the demonstrations.

## Security Measures Increase

*A number of streets around the World Bank building have been shut down until further notice in response to this week's protests of the bank and the International Monetary Fund. In addition, the Postal Service has removed 69 mailboxes from the surrounding area until April 18, to prevent anyone from planting a bomb within blocks of the two buildings.*




John Faison, general manager of T.G.I. Friday's, said his landlord showed him scenes of demonstrators throwing patio furniture through plate-glass windows. He's planning to bring all his furniture inside by the weekend.

But he isn't closing the restaurant. He pointed to the 50 or 60 police officers having a lunch break yesterday afternoon. He expects a lot of police business for the duration of the protests. "When 50 leave, 60 more come in," he said. "So we feel very secure."

Nearby streets that were closed Monday by police, though, forced Metrobus to reroute six bus lines, including the 80 and S1. Potomac and Rappahannock Transit Commission routes C, D, L and M also were rerouted. The detours are expected to remain in effect at least through Monday, or until the roads are reopened.

Metro plans to keep all subway stations open and is preparing for crowds at the four stations closest to the IMF headquarters: Foggy Bottom, Farragut West, Farragut North and McPherson Square. Transit officials will enforce rules against carrying large items, such as coolers or signs affixed to sticks.

Sunday poses a tricky problem for the Rev. H. Donald Smith, senior pastor of the United Church at 1920 G St. NW, close to the IMF.

Even though it is Palm Sunday, the church will be closed. Services will be held instead at a church on River Road NW.

"It's a little bit inconvenient," he said. "But these are the kinds of issues we like to see surfaced and talked about."

Members of religious groups took part in one of the largest displays yesterday, with the white crosses. About 100 people gathered on the steps of the Capitol at noon and took up the crosses. The group called for the cancellation of debt owed by poor countries to the bank and the IMF.

Leaving the Capitol, the group made 14 stops, fashioned after traditional Roman Catholic stations of the cross, at federal agencies. At each stop, prayers were read referring to the role of the particular agencies.

The procession ended at the bank and the IMF, where some demonstrators had hoped to be able to trespass and be arrested, but they could not draw near because police had blocked surrounding streets.

They also were not allowed to take a statement inside to bank President James D. Wolfensohn, but his assistant came outside and offered to schedule an appointment.

Marie Dennis, a leader of the group, had told those gathered at the Capitol, "We can taste the unending drudgery, and we know that its institutional roots are painfully close to home."

Washington resident Chris Girardi was out for a run yesterday when he ran into protesters walking and praying their way up Pennsylvania Avenue. After pausing to read a handout, he dumped the exercise plan, picked up a 50-pound white cross that was offered him and led the line of marchers for the rest of the day.

Girardi, 21, was on a day off from his clerking job at a Georgetown clothing store. He didn't know there would be a protest yesterday, he said, and when he picked up the cross he was brand-new to protesting.

"I read the Bible, and the Bible talks about righteousness," he said. "This day was the right day for me to do the right thing."

*Staff writers Lyndsey Layton, Sylvia Moreno and Arthur Santana contributed to this report.*

WTimes 4/7/00

# Web sites see violent protests of finance meetings in D.C.

By John Drake
THE WASHINGTON TIMES

Postings on Web sites indicate that protests against international financial groups meeting here next week will turn violent, even as protest organizers and police call for peaceful demonstrations.

Protest events begin this weekend and will culminate April 16 and 17, when as many as 10,000 activists will use "large-scale, nonviolent direct action" to shut down meetings of the World Bank and International Monetary Fund (IMF).

The activists' so-called "Days of Action" kick off tomorrow with a march from a warehouse in the 1300 block of Florida Street NW to Malcolm X Park, where a free concert will be held from noon to 5 p.m.

Sunday afternoon, two groups on the National Mall will call for the cancellation of debt for poor countries and form a human chain around the U.S. Capitol but will not disrupt traffic, organizers said.

The scheduled events are billed as peaceful, and organizers have sworn off violence. But their goal

see PROTEST, page A12

# PROTEST

From page A1

to stop the World Bank and IMF meetings sets the stage for clashes with police.

"It's no secret we want to shut this down with civil disobedience," said Soren Ambrose, policy analyst with the 50 Years Is Enough Network, a coalition of groups critical of IMF/World Bank policies for Third World nations.

Activists will use civil disobedience tactics like human barricades and sit-ins to prevent delegates from reaching the meetings, much like the protests last year in Seattle during meetings of the World Trade Organization. Those protests erupted into violence; more than 580 people were arrested and more than $10 million worth of property was destroyed.

Mobilization for Global Justice, a collection of protest groups, has a posting on its Web site (www.a16.org) that reads: "All this talk about non-violence in the face of the corporate violence threatening the people of the planet Earth is a wast (sic) of time."

"We MUST bring down the castles of capitalism by any and all means," reads the posting, which is signed by "JUDAH."

Another posting by "tobespierre" said property destruction is "inevitable," given the thousands of people who will protest.

Groups opposing the World Bank and IMF represent a variety of causes: the environment, labor, human rights, peace, anti-global capitalism and debt reduction for poor nations. Even patriot groups worried about losing national sovereignty and homosexual activists have joined the chorus of World Bank/IMF critics.

Protest targets in Washington include the World Bank and IMF buildings, the White House, Capitol Hill, the State Department and the Treasury Department.

The State Department has declared the World Bank and IMF buildings "temporary diplomatic missions," which places them under the protection of the Secret Service as well as the Metropolitan Police Department.

Police expect to close off the area immediately around the World Bank and the IMF buildings on April 16 and 17.

During the protests, motorists should expect to find streets closed in the area around 19th and H streets NW. Police already have decided to close 18th, 19th and 20th streets between G and H streets NW.

Police met with activists this week to discuss the protests and negotiate a route for the march on April 16.

"We're hoping, based on the talks we're having . . . for a peaceful demonstration," said Sgt. Joe Gentile, Metropolitan Police spokesman. "Our actions will be based on the actions of the protesters."

A law enforcement source familiar with the planned demonstrations said the main problem is that loosely knit groups are not predictable.

"It's hard to tell about these guys. It's a bunch of middle-class kids who are looking for something to protest," the source said.

"There are concerns about everything," the source said. "There are a lot of unanswered questions. We are prepared for the worst, but hope for the best."

"These are people who say they have First Amendment rights and are willing to do anything to exercise those rights, even if it means violence," the source said.

Another law enforcement source said the demonstrators include many well-organized fringe groups who have their own reconnaissance and communications teams to oversee disruptions while eluding police.

"In Seattle, they had radios and cellular phones to keep tabs on the police," the source said.

City police are more concerned about the protests than they were about potential violence during last April's 50th anniversary summit of the North Atlantic Treaty Organization, when much of the city was shut down, the source said.

Police officials have said they won't be overwhelmed like Seattle police, who imposed a curfew and broke up protests with clubs, rubber bullets and tear gas. Hundreds of Seattle police, 200 National Guard troops and 600 state troopers were needed to restore order after rioting broke out.

D.C. police accelerated their crowd-control training so that 1,500 officers will be ready with $1 million worth of new equipment, such as helmets and chest pads.

Officers will work 12-hour shifts starting next week and "the entire department will be activated," though patrols in other areas of the city will continue, Sgt. Gentile said.

Local and federal officials won say exactly how many officers will be involved in the operations. A task force of local and federal law enforcement agencies has met for at least two months to discuss backup plans, such as mass arrests.

"We will be on alert," said Metro spokeswoman Cheryl Johnson, noting that three of the subway system's five lines run within blocks of the World Bank at 19th Street and Pennsylvania Avenue NW.

• *Jim Keary contributed to this report.*

THE WASHINGTON POST 3/15/00

# METRO

*In Brief*

THE REGION

## IMF Foes Plan Massive Demonstration

Leaders of a planned protest against policies of the World Bank and International Monetary Fund predicted yesterday that tens of thousands of demonstrators will converge on Washington on April 16 and 17 to prevent top officials of the organizations from holding scheduled meetings.

The campaign, called the Mobilization for Global Justice, is led by many groups that blocked ministers of the World Trade Organization from meeting in November and December in Seattle. Saying they are drawing strength from the "spirit of Seattle," the demonstrators will use nonviolent civil disobedience to keep officials from entering meetings and possibly trap them in their hotels, said Nadine Bloch, spokeswoman for the groups.

In Seattle, much of downtown was paralyzed, and some protesters smashed store windows. Police fired tear gas and rubber bullets to disperse crowds, and they arrested hundreds. Bloch said the Washington demonstrators would pledge nonviolence and promise not to damage property. But organizers cannot regulate every person's actions, she said.

THE WASHINGTON POST

# Rally Web Site Also Interests The Uninvited

## *D.C. Police Are Monitoring Information Posted Online*

By DAVID MONTGOMERY and ARTHUR SANTANA
*Washington Post Staff Writers*

This revolution will not be televised. It will be downloaded.

The campaign against the World Bank and the International Monetary Fund is a highly evolved example of the Internet exploited as an organizing tool. The Web site—*www.a16.org*—is the virtual meeting site for demonstrators getting ready to travel to Washington from across the country.

"People could not be more pumped," reported a representative from Denver. An organizer from western Massachusetts promised 11 buses of protesters plus a squad of wheelchair riders to shield blockaders from police.

"It would have been impossible to organize this demonstration so close on the heels of Seattle without the Internet," said Chuck Kaufman, 48, development director of the Washington-based Alliance for Global Justice, who is fund-raising for the mobilization. He arranged for donors to give by credit card, over the Internet.

Once the protests begin, the demonstrators' media collective will issue live radio Webcasts.

But sometimes, the virtual goes too far. Some anti-World Bank posters contain only a Web address for more information. No telephone number. "Pardon me, but that's a little class-based," groused a supporter dispatched to hang those posters in Anacostia.

And the new tool has two edges. Some protesters think they are being watched. They are correct. Police are monitoring the Web pages. Executive Assistant Chief Terrance W. Gainer said D.C. police have not posed as protesters in virtual chats, but he would not say whether undercover officers are mingling among protesters at meetings. "If it's an open meeting and it says, 'Come on over,' then anybody's welcome," Gainer said.

That's what Detective Neil Trugman of the intelligence unit figured. He and a partner showed up at organizer Adam Eidinger's Adams-Morgan apartment building one night after getting word that Eidinger would lead six crews to hang posters around town.

Eidinger said the detectives identified themselves and said he didn't have to speak to them. Eidinger agreed anyway, and they talked on the stoop. The detectives, Eidinger recalled, said they hoped there wouldn't be any violence, and Eidinger said he hoped so, too.

Then the detectives warned him against hanging posters, saying protesters could be arrested. "I felt intimidated," Eidinger said.

In an interview, Trugman said he just tried to make clear that the city is cracking down on illegal posters. D.C. law allows political messages on lampposts but no more than three on each side of a block.

The remarkable thing was how timely Trugman was in crashing Eidinger's poster party.

"The 'Net," Trugman said, chuckling, "is wonderful."

# Loan Practices Of World Bank, IMF Targeted

## *Records on Environment, Aid to Poor Are Criticized*

By DAVID MONTGOMERY
*Washington Post Staff Writer*

Posted in large letters inside the vast glass lobby of the World Bank building is the motto, "Our dream is a world free of poverty."

Across 19th Street NW is the beige building where the International Monetary Fund pursues its mission to promote a stable world economy and to aid countries suffering economic crises.

Both institutions were founded near the end of World War II to help build a better world, and their directors point to records of loans, construction projects and technical assistance that they say have helped millions in developing countries.

The bank has traditionally funded huge projects, such as dams and steel mills. It has provided loans for such purposes as teaching new farming techniques and is experimenting with aid to community groups instead of only backing government initiatives. It is directed by governors from 181 member countries.

The IMF has 182 member countries that contribute money to the pool. Only members can qualify for loans, which are intended to help correct balance-of-payment problems. Countries that contribute the most, such as the United States, have the most influence over decisions. For many countries, the IMF is the lender of last resort, after they have been refused credit elsewhere.

So why all the outrage? Some complain that too many development projects funded by the bank have hurt the environment. They say loans from the bank and the IMF come with conditions that force countries to cut social spending or to open themselves to Western corporations, destroying local industries.

Some protesters want the bank and fund radically changed so that residents in developing countries have greater say in the world economy. Others want poor countries' debt canceled.

Leaders of the bank and the IMF concede that not all their policies have been successful and say they have instituted reforms, including debt relief. An IMF spokeswoman pointed out that membership is voluntary, and she said the fund does not interfere with sovereign decisions over local economies.

Bank and fund officials say they are willing to discuss differences with their critics but warn that blocking the April meetings is against the best interests of the world's poor. For example, a key item on the World Bank's agenda April 17 is a discussion of the HIV crisis. How ironic that some protesters, who favor greater access to AIDS drugs, would try to stop that, said bank spokeswoman Caroline Anstey.

"We hope we can debate around tables rather than in the streets," she said. "The problem with street democracy is that it isn't always very democratic. There are a whole lot of voices, most importantly the voices of the 1.2 billion [people in the world] who live on less than a dollar a day whom the bank is there to serve and who may not be represented in the streets."