# OPERATIONS PLANS
# IMF/WORLD BANK
# DEMONSTRATIONS
# SEPT. 26-29, 2002









LAW ENFORCEMENT SENSITIVE



# I. <u>GENERAL OVERVIEW</u>

The Board of Governors of the World Bank Group and the International Monetary Fund will hold their annual meetings in Washington, D.C. during the period from Wednesday, September 25 through Monday, September 30, 2002. Customarily, these meetings are held in Washington, D.C. two years in a row, and take place outside of the United States every third year. Next year's meeting is scheduled to take place in the United Arab Emirates.

The 2002 Annual Fall Meetings for the International Monetary Fund (IMF) and the World Bank (WB) Group will take place primarily in the IMF Headquarters at 700 19th Street, NW and the World Bank Headquarters/Main Complex at 1818 H Street, NW during Friday, September 27 and Saturday, September 28 with the Annual Meetings then moving to DAR Constitution Hall Sunday, September 29. As in years past this event will involve several visiting dignitaries attending meetings at the World Bank/IMF Complex. As such the World Bank/IMF Complex and Constitution Hall have now been given Foreign Mission status for this event, requiring United States Secret Service protective services commitment to this venue.

The intelligence that has been received shows that demonstrators for this event will be coming from all over the country. The various groups are trying to organize a direct action against the city starting on Friday, September 27 with an attempt to disrupt rush hour traffic to include the use of improvised devices, i.e. sleeping dragons, disabled vehicles etc. and attacking targeted businesses. As in the past, "Critical Mass" (bicycle group) will be attempting to disrupt traffic on Friday as well. On Saturday, the demonstrators will attempt to quarantine the IMF/WB complex, and on Sunday protests will continue near the IMF/WB complex.

There have been a number of applications for permits for demonstrations that have been received by the National Park Service and the Metropolitan Police Department related to the IMF/World Bank Meetings. The following is a listing of the groups that have applied for or have been approved for permits, as well as the dates and locations of such demonstrations.

- *Institute for Policy Studies*: 9/26, Murrow Park {rally is from 11:00 AM to 1:00 PM, permit advises 350 people gathering to advocate clean energy}
- ***Religious Working Group on World Bank/IMF***: 9/26-27, march on city streets and rally in front of the north side of Dept. of Treasury, 15th Street & Pennsylvania and New York Avenues {on 9/26 at 9:00 PM group will begin a religious procession and vigil at 1518 M Street NW @ Metropolitan AME Church, proceed from this location west on M Street to 16th Street, south on 16th Street to H Street, east on H Street to 15th Street, south on 15th Street to New York Avenue. Group is scheduled to disband on 9/27 at 8:00 AM}
- *An individual, Carlos Salinas*: 9/27, Farragut Square {12:30 PM to 2:30 PM, rally to provide musical/political message supporting that day's other demonstrations, will include 4 bands and 5 speakers, permit advises 200 people}

- ❖ *Mobilization for Global Justice*: 9/28. Bolivar Park @ 18th and C Street NW, Whitman Park @ 19th and E Street NW. Farragut Square, McPherson Square, Pershing Park and the Rock Creek Park area at Connecticut and Calvert Street {advises a 9:30 AM gathering time for a rally to begin at these locations at 10:00 AM, permit advises 2,000 people for these areas. NOTE: organizers web site is announcing that the MGJ rally and march shall commence at 12:00 PM at the Sylvan Theatre, Washington Monument Grounds}
- ❖ *50 Years is Enough Network*: 9/28 & 9/29, The Ellipse, Washington Monument Grounds and Murrow Park {permit commences on 9/28 at 7:00 AM and concludes 9/29 at 7:00 PM, calling for 200-400 for Murrow Park and 1,500-4,000 for the Ellipse and Washington Monument Grounds northwest quadrant}
- ❖ *Washington Peace Center*: 9/29, Dupont Circle {between 2:00 PM and 3:00 PM will gather in Dupont Circle and then proceed to march to 3400 Massachusetts Ave., (VPOTUS residence) stopping briefly at the Turkish, Japanese, Egyptian and British embassies along the way. Group is protesting US Govt. plans to attack Iraq, and projects 2,000 people in attendance}

Aside from the listed groups, there is a high probability that other groups, such as the *Anti-Capitalist Convergence (ACC), DC Anti-War Network (DAWN), Religious Working Group, Center for Justice & Essential Action, ACT-UP, and Direct Action Network (DAN's)* from around the country will be attending the various events, marches, protests and direct actions occurring during this time frame. As with any mass demonstration, there will be those who are more radical and destructive than others, and they will use the crowd to hide their actions. The Metropolitan Police Department advises that they are expecting anywhere from 10,000 to 30,000 demonstrators to be in the city for the IMF/WB meetings.

The objectives of the United States Park Police during this event are:
- Maintain the integrity and security of the White House complex.
- Protect the visitors and citizens of Washington, D.C.
- Assure the safety and well being of our personnel, and those personnel assisting the Force, during any demonstrations. This will include properly equipping, training and supervising these personnel.
- Safeguard the monuments and memorials throughout the Washington Metropolitan area.
- Assure that the IMF/World Bank meetings occur without disruption.

The United States Park Police will be the primary agency responsible for maintaining order, preserving public safety and protection of property in National Park Service areas within the District of Columbia.

**Law Enforcement Sensitive**