

# United States Department of the Interior

**NATIONAL PARK SERVICE**
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

SEP 2 3 2002

Mr. Joey Hipolito
Mobilization For Global Justice
1775 K Street, N.W.
Washington, D.C. 20006

Dear Mr. Hipolito:

This responds to the Mobilization For Global Justice's applications 02-1565 and 02-1606 received August 7 and 20, 2002, respectively, to demonstrate on various Federal parkland in Washington, D.C. on September 28, 2002. Specifically, application 02-1565, amended by you on September 9, seeks the use of Rawlins Park, Whitman Park, Bolivar Park, McPherson Square, Farragut Square, Pershing Park, Lafayette Park, the White House sidewalk and E Street between 15-17 Streets. Application 02-1606, amended by you on September 9, seeks the use of Rock Creek Park at Connecticut and Calvert Street. And Application 02-1565, amended by you on September 20, seeks the use of the Sylvan Theater—in coordination and conjunction with Fifty Years Is Enough—for September 28, 2002.

We are pleased to issue your enclosed permits for the use of the Sylvan Thearter, Whitman Park, Bolivar Park, McPherson Square, Farragut Square, Pershing Park, and use of Rock Creek Park at Connecticut and Calvert. We regret that the "deemed granted" applications for Rawlins Park, Lafayette Park, the White House sidewalk, E Street between 15th and 17th Streets, must be revoked for security reasons pursuant to 36 C.F.R. § 7.96(g). Instead, we herein identify several other proposed locations for your demonstration, many of which are located within a short distance from your proposed locations. Finally, our permits are only for the designated Feaderal Park areas; any proposed use of District of Columbia areas for any march or demonstration requires you to work with the Metropolitian Police Department.

As we informed you in our meeting of September 9, 2002, there were several security protection issues associated with the World Bank-IMF Fall Meetings that have only recently been resolved. In that regard, at the request of the Metropolitian Police Department, the National Park Service has imposed a partial and temporary closure at a number of parks including Rawlins Park. This park closure is to ensure necessary security and safety for the World Bank-IMF Fall Meetings



and the public. A copy of the National Park Service park closure record of determination is enclosed for your ready reference.

As detailed in the National Park Service's determination, the closure of Rawlins Park is intended to ensure necessary security and safety for the World Bank-IMF Fall Meetings and the public. They have neither the effect nor intent to prevent the exercise of First Amendment rights. In addition, other Federal parks are available for permit and non-permit events. In that regard, pursuant to 36 C.F.R. § 7.96(g)(4)(iii)(C), we hereby propose several alternative park sites for your proposed demonstration. Specifically, we suggest that you consider the focusing your activities at the adjacent Whitman Park, or the nearby Bolivar Park, both of which are already under permit to you. You may want to also consider Reservations 28 and 29, which is located astride Pennsylvania Avenue between 20th and 21st Streets.

Further, as we informed you in our meeting of September 9, on August 14, 2002 the United States Secret Service requested that the National Park Service extend the partial and temporary public use limitation through October 1, 2002 and not issue permits for Lafayette Park, the White House sidewalk and E Street between 15-17 Streets. This extension is to ensure necessary security and safety for the adjacent White House complex, its occupants, and the public. A copy of the National Park Service's public use limitation record of determination is also enclosed for your ready reference.

The public use limitations of Lafayette Park, the White House sidewalk, and E Street between 15th and 17th Streets, are intended to ensure necessary security and safety for the adjacent White House complex, its occupants, and the public. They have neither the effect nor intent to prevent the exercise of First Amendment rights. Indeed, this public use limitation was recently upheld in Mahoney v. Norton, No.02-1715 (D.D.C. September 5, 2002), emergency motion for injunction pending appeal denied Mahoney v. Norton, No.02-5275 (D.C.Cir. September 9, 2002)(per curiam).

Activities in these park areas that do not require a permit--such as a demonstration involving 25 persons or fewer--are not affected. In addition, other Federal parks are available for permit and non-permit events. In that regard, pursuant to 36 C.F.R. § 7.96(g)(4)(iii)(C), we hereby propose several alternative park sites for your proposed demonstration. Specifically, we suggest that you consider the focusing your activities at McPherson and Farragut Squares, which are just one block north of Lafayette Park, both of which are now under permit to you. You may want to also consider focusing your activities at Pershing Park, which is also under permit to you. In addition, you may want to continue to work with Fifty Years Is Enough Network, who has been issued permit 02-0600 for portions of the Ellipse, including use of the Ellipse's E Street sidewalk, which is just south of the White House and E Street itself. These and other alternative

areas have been successfully used by groups who were denied permits in the past due to the Secret Service ongoing security request.[1]

Finally, the September 11, 2001 terrorist attacks present extraordinary circumstances, and unprecedented challenges, to our country. As we work with you, as well as thousands of others who annually come to demonstrate on Federal parkland in Washington, D.C., it remains the National Park Service's goal to properly balance First Amendment rights with the unique and important security interests to protect the White House complex, its occupants, and to help ensure public safety.

If you would like to discuss use of other park areas, please contact Park Ranger Robbin Owen at (202) 619-7225. You may also wish to consider contacting the District of Columbia or the United States Capitol Police regarding the use of public spaces under their jurisdiction.

Sincerely,

Richard Merryman
Chief, Division of Park Programs

Enclosures: NPS Permits 02-1565 and 02-1606 for Sylvan Theater, Whitman Park, Bolivar Park, McPherson Square, Farragut Square, Pershing Park, and use of Rock Creek Park at Connecticut and Calvert.

       NPS Park Closure Record of Determination

---

[1] Examples of groups who were denied permits for Lafayette Park or the White House sidewalk but had successful permitted demonstrations at other nearby alternative park locations include the group Beyond Ground Zero who used the Ellipse's E Street sidewalk on the Ellipse on July 31, 2002 [02-1479], and Act Now To Stop War and Racism Coalition who used Farragut Square on June 29, 2002 [02-1348] and the Washington Monument grounds on September 29-30, 2001 [01-0825]. Rather that using an offered alternative park for a large demonstration, the Christian Defense Coalition successfully conducted a permissible "small-group demonstration" on the White House sidewalk on September 11, 2002 [02-1588].





# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
White House Liaison
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

A8219                                                        August 19, 2002

Record of Determination to extend a partial and temporary
public use limitation for certain Parks areas
around the White House

Pursuant to 36 C.F.R. § 1.5, the National Park Service is extending until October 1, 2002, its
partial, and temporary public use limitation and will not issue permits for demonstrations and
special events for Lafayette Park, the White House sidewalk, E Street between 15th St. N.W., and
17th St. N.W., State Place, and Alexander Hamilton Place. Activities which do not require a
permit are not affected. This extension comes at the request of the United States Secret Service,
in coordination with the United States Park Police, to ensure necessary security and safety for the
adjacent White House complex, its occupants, and the public. The Secret Service's extension
request dated August 14, 2002, and its earlier requests dated July 29, 2002, June 26, 2002, May
29, 2002, April 26, 2002, March 29, 2002, February 27, 2002, January 25, 2002, December 20,
2001, November 21, 2001, October 23, 2001 and September 24, 2001, and our earlier
determinations, are also incorporated by reference.

The National Park Service's partial and temporary public use limitation began on September 25,
2001. Its extension until October 1, 2002 does not constitute an impairment to park resources
and values and is not of a nature, magnitude and duration that will result in a significant alteration
in the public use pattern. Given the security concerns, less restrictive measures will not suffice.
Further, the public use limitation will not adversely affect the park's natural, aesthetic or cultural
values and is not of a highly controversial nature given the security measures being undertaken
nationwide due to the unprecedented terrorist attacks of September 11, 2001 and the subsequent
anthrax attacks. Accordingly, pursuant to 36 C.F.R. §1.5(b), publication as rulemaking in the
Federal Register is unwarranted. This is consistent with hundreds of past partial and temporary
park closures, the legal opinion of the Office of the Solicitor, and past judicial adjudications.
Picciotto v. United States, No. 99-2113 (D.D.C.); Picciotto v. United States, No. 94-1935
(D.D.C.); Picciotto v. Lujan, No. 90-1261 (D.D.C.); Picciotto v. Hodel, No. 87-3290 (D.D.C.).

Pursuant to 36 C.F.R. §1.7, notice of the public use limitation extension will be made through
media advisories and posting at conspicuous locations at the affected parks. Violation is
prohibited.

_Rick Nyph_
_____
Acting Deputy Director, White House Liaison

Attachment







## DEPARTMENT OF THE TREASURY
### UNITED STATES SECRET SERVICE

August 14, 2002

Mr. Terry Carlstrom
Regional Director
National Capital Region
National Park Service
1100 Ohio Drive, S.W.
Washington, D.C. 20024

Dear Mr. Carlstrom:

This is in reference to our previous letters, transmitting the Secret Service's request that no permits be granted for demonstrations and/or special event activity during specific time periods for LaFayette Park; the area known as the White House sidewalk; E St. between 15th St., N.W. and 17th St., N.W.; State Place; and Alexander Hamilton Place. As of today, the conditions that existed when we sent our most recent letter have not lessened.

Intelligence sources and investigative reports continue to indicate that the White House complex may be a target for continued terrorist activity. The Secret Service continues to maintain the position that groups in LaFayette Park and the White House sidewalk area will be difficult for law enforcement officials to evacuate, that the presence of a large group in these areas could unintentionally provide cover activity such that a terrorist could approach the complex without attracting attention, and that large groups in close proximity to the White House could themselves present inviting targets for terrorist activity.

Under the current emergency conditions and given these specific concerns, we have determined that there are no less restrictive measures that would adequately provide for the safety of the public, the safety of Secret Service protectees, and the security of the White House complex. Therefore, the Secret Service is requesting that the ban on permitted activity be extended until October 1, 2002. Should we determine that this restriction on the presence of large groups in these two areas is no longer necessary within that time frame, we will immediately advise you of that.

We have made a similar request of the Metropolitan Police Department regarding march or parade permits for streets adjacent to the White House. Thank you for your continued assistance and cooperation in this matter.

Sincerely,

Donald A. Flynn
Assistant Director
Office of Protective Operations



# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

SEP 2 3 2002

Record of Determination for a partial and temporary closure of park areas near World
Bank-IMF joint meetings

The National Park Service is temporarily closing certain parks to provide security and ensure
public safety during the World Bank-IMF joint meetings.  For all of September 27 through
September 30, 2002 at Reservation 30, located south of Pennsylvania Avenue between 19th and
18th Streets, Rawlins Park, and the western portion of the Ellipse adjacent to 17th Street and
approximately forty-foot wide, will also be closed.

The World Bank-IMF Fall Meetings are bringing a gathering of more than 8,000 national and
international dignitaries to Washington, D.C.  It is also bringing a large range of demonstrations
to protest the meetings.  These demonstrations include groups planning to engage in a "mass
march and rally and/or the direct action/quarantine" of the World Bank-IMF joint meetings,
which includes trying to keep officials from getting to the meeting sites located at the World
Bank and IMF buildings and Constitution Hall, or through disruptions there or at other locations
in the city.  In the past, such acts have disrupted the 1999 World Trade Organization meeting in
Seattle, which physically blocked public streets, stopped delegates from entering meetings, and
caused property damage.

The United States Park Police, Metropolitan Police Department and the United States Secret
Service as well as other law enforcement agencies will be mobilizing thousands of officers.
Police resources, however, will be stretched to cover various security areas, a large range of
potential targets located throughout the metropolitan area, as well as perform essential police
services in the rest of the city.

The park closures of Reservation 30, Rawlins Park, and a western portion of the Ellipse come at
the attached request of the Metropolitan Police Department, in coordination with the United
States Park Police, to provide necessary security and access for the World Bank-IMF meetings
and to protect the public.  The District of Columbia will also be closing adjacent public
sidewalks and streets under their jurisdiction surrounding the World Bank, IMF and Constitution
Hall.

Many other park areas, which are adjacent to the World Bank, IMF, and Constitution Hall, will
remain open to the public and demonstrations.  These open park areas include Reservation 31
located north of Pennsylvania Avenue between 19th and 18th Streets and across from the World

1

Bank and IMF buildings, Reservations 28 and 29 located astride Pennsylvania Avenue between 20th and 21st Streets, Simon Bolivar Park located at 18th Street and Virginia Avenue, the open portions of the Ellipse which is just south of the White House and across from Constitution Hall, the Washington Monuments grounds, and the National Mall. These open park areas have been successfully used in the past. People are also free to contact the District of Columbia or the United States Capitol Police regarding the use of public spaces under their jurisdiction.

These temporary park closures are necessary to provide for security and public safety for the World Bank-IMF Fall Meetings and the public. Part of an overall security zone, the park closures are similar to park closures that occurred during the World Bank-IMF meetings of April 15-17, 2000—during which almost 1,300 protestors were arrested--except that this time Reservation 31 will remain open and, with Constitution Hall now being used, Rawlins Park and a western portion of the Ellipse will be closed.

These temporary park closures have neither the effect nor intent to prevent the exercise of First Amendment rights. Lesser restrictive measures will not suffice. This temporary and partial closure is not of a nature, magnitude and duration that will result in a "significant alteration in the public use pattern." Further, the closure will not adversely affect the parks natural, aesthetic or cultural values; nor require significant modification to the resource management objections; nor is it of a highly controversial nature. Accordingly, pursuant to 36 C.F.R. § 1.5(b), publication as rulemaking in the Federal Register is unwarranted. See Picciotto v. United States, No. 99-2113 (D.D.C. 1999); Picciotto v. United States, No. 94-1935 (D.D.C. 1994); Picciotto v. Lujan, No. 90-1261 (D.D.C. 1990); Picciotto v. Hodel, No. 87-3290 (D.D.C. 1987).

Pursuant to 36 C.F.R. § 1.7, notice of this temporary and partial park closure will be made though media advisories and by fencing and posting at the affected parks. Finally, pursuant to 36 C.F.R. § 1.5(c), this determination is available to the public upon request.

V Keys                                9/23/02
Acting Superintendent              (Date)
National Capital Parks-Central

Deputy Director           9 (Date)
White House Liaison      9/23/02

Attachment: MPD request

2

September 20, 2002

Captain Richard Murphy
Acting Commander
Special Forces Branch
United States Park Police
900 Ohio Drive, S.W.
Washington, D.C. 20024-2000

Re:   Request for temporary closure of South Edward R. Murrow Park, Reservation 30,
      Rawlins Park and a portion of the Ellipse beginning September 27 through
      September 30, 2002

Dear Captain Murphy:

As you know, the International Monetary Fund and the World Bank will be having joint
meetings beginning on September 27, 2002 and continuing through September 30, 2002.
The Metropolitan Police Department (Department) along with a number of federal law
enforcement agencies, including the United States Park Police, is charged with providing
the necessary security and access for the meetings and protection of the public during the
period of time the meetings are taking place in the District of Columbia.  In preparation
for this event, the Department has determined that the closure of South Edward R.
Murrow Park, Reservation 30 (located south of Pennsylvania Avenue between 18th and
19th Streets), Rawlins Park and the western portion of the Ellipse is necessary in order to
ensure the safety of meeting participants and those who may be demonstrating in
opposition.

We have been advised that over 8,000 representatives from foreign countries will be
attending the meetings.  The IMF/WB buildings have been designated foreign missions
during the course of the meetings.  In addition, delegates will be using DAR Constitution
Hall for IMF/WB meetings.  These meetings have generated large-scale demonstrations
in this city and elsewhere, and, unfortunately, some violence has erupted in the past
(including at least one death, personal injuries and extensive property damage).

The Department does not have sufficient resources to provide protection at the meeting
locations, as well as at other locations in the city that may have been targeted for protests
or disruptions.  Even with the assistance of federal law enforcement agencies and law
enforcement agencies from outside the District of Columbia, the Department is not able
to ensure that the meeting attendees, demonstrators and the general public would be
adequately protected if the listed park areas are not closed during the meetings.

Captain Richard Murphy
September 20, 2002
Page 2

Accordingly, the Department has determined that the temporary closure of the parks is necessary to ensure the security and safety of all persons attending or demonstrating against the IMF/WB meetings.

Sincerely,

Cathy L. Lanier
Commander
Special Operations Division

# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

PUBLIC GATHERING PERMIT

02-1606                              Date:   09/23/02

In accordance with Park Regulations as contained in C.F.R.,
Title 36, Chapter 1, Section 7.96, permission is granted to
conduct a public gathering to the following:

Person(s) and/or Organization(s):   MOBILIZATION FOR GLOBAL
                                     JUSTICE

Date(s):  09/28/02           To:  09/28/02

Time:  Starting:  10:00 A.M.                Ending:  4:00 P.M.

Location(s):   RESERVATION #360, GRASSY AREA, NORTHWEST CORNER OF
               CALVERT AND CONNECTICUT AVE.

Purpose(s):   SPEECHES TO EXPRESS OPPOSITION TO THE
              EFFECTS OF WORLD BANK AND IMF ECONOMIC
              POLICIES

Anticipated Number of Participants:  200

Person(s) in Charge:  JOEY HIPOLITO

Address(es):  1775 K STREET NW, WASHINGTON, DC 20006

Telephone Nos. Day:  202-466-1520

This permit is granted subject to the following conditions:

1.   Permittee and all participants authorized therein must
     comply with all of the conditions of this permit and
     with all reasonable directions of the United States Park
     Police.

2.   All sidewalks, walkways, and roadways must remain
     unobstructed to allow for the reasonable use of these
     areas by pedestrians, vehicles, and other park visitors.

PERMITTEE IS RESPONSIBLE FOR READING AND ADHERING TO THE ATTACHED
ADDITIONAL CONDITIONS.

ADDITIONAL CONDITIONS
PERMIT #02-1606
MOBILIZATON FOR GLOBAL JUSTICE
RESERVATION #360, GRASSY AREA, NORTHWEST CORNER OF
  CALVERT AND CONNECTICUT
SEPTEMBER 28, 2002

**Summary of Applicant's Proposed Event & Purpose:**
Permittee states that their demonstration is to "express opposition to the Effects of World Bank and IMF economic policies". Area will be used to display signs and banners and conduct speeches. Bull horns will be used for sound amplication. Participants will carry signs/banners/puppets and will be chanting. They do not plan to conduct civil disobedience. In addition permittee states that Walter C. Pierce Memorial Park, under the jurisdiction of Metropolitan Police Department, will be used as a rally point and possible starting point for a march to the Vice President's residence.

A. **Permit authorizes use of Reservation #360, grassy area, northwest corner of Calvert and Connecticut , for September 28, 2002. Use of areas under jurisdiction of the District of Columbia for marches requires coordination with Metropolitan Police Department.**

B. Stated Total Number of Participants: 200

C. Schedule of events: 10:00 am – 4:00 pm

   <u>Set-up:</u>
   - Various signs/banners/puppets-hand held

D. No electricity is available at Reservation #360. While a generator may be used for electricity, refueling and the storage of fuel is prohibited on parkland and ¼" plywood or similar material must be placed underneath generator to protect the surface.

E. All vehicles must park in designated, available public spaces. To help avoid resource damage, Permittee's equipment must be hand-carried and/or hand-cared into event site. Any cables must be covered to prevent a tripping hazard.

F. A copy of this permit for parkland activities must be carried at all times by the Permittee while operating under the authority granted. Permittee is responsible for reading and adhering to the terms of this permit.

G. Any further coordination regarding the permitted activity on parkland should continue to be through Sgt. Roxanne Brown-Ankney, U. S. Park Police, 202-426-0950 and Robbin Owen, Division of Park Programs at 202-619-7225. Permittee is responsible for acquiring all such necessary permission from the Metropolitan Police Department regarding use of their jurisdiction, if any.

H. Pursuant to 36 CFR 7.96(g)(xiii) the alternation, damage, or removal of park resources or facilities is prohibited. No holes may be dug and no item, including signs or banners, may be attached to park trees, plantings, benches or other park property.

I. Permittee's equipment must be removed from the park immediately following the conclusion of the event on September 28, 2002. Items left in the park will be considered abandoned property and will not be the responsibility of the National Park Service.

3. All laws, rules and regulations applicable to the area covered by this permit remain in effect.

4. No fee may be collected, donation solicited, or commercial activity conducted. No items may be sold or offered for sale except for books, newspapers, leaflets, pamphlets, buttons, and bumper stickers which contain a message related to your demonstration or special event. No other merchandise may be sold or offered for sale. A stand or structure used for the sale of permitted items may not exceed one table per site, which may be no larger than 2 ½ feet by 8 feet or 4 feet by 4 feet. The dimensions of the sales site may not exceed 6 feet wide by 15 feet long by 6 feet high.

5. The area should be left in substantially the same condition as it was prior to the activities authorized herein, and all litter shall be placed in the trash containers provided.

6. This permit is applicable only for the use of the area designated above, and during the times designated above, or in any area as may hereafter be designated by the United States Park Police.

7. The use of sound amplification equipment, other than hand-portable sound amplification equipment to be used for crowd control purposes only, is prohibited on the White House Sidewalk (South 1600 Pennsylvania Avenue, NW., sidewalk between East Executive Avenue and West Executive Avenue). All sound amplification equipment shall be limited so that it will not unreasonably disturb nonparticipating persons in, or in the vicinity of, the area.

8. The National Park Service reserves the right to immediately revoke this permit at any time should it reasonably appear that the public gathering presents a clear and present danger to the public safety, good order or health, or if any conditions of this permit are violated

Terry R. Carlstrom
Regional Director
National Capital Region


By:
Richard E. Merryman
Chief, Division of Park Programs
National Capital Parks-Central



# United States Department of the Interior

**NATIONAL PARK SERVICE**
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

PUBLIC GATHERING PERMIT

02-1565                          Date:   09/23/02

In accordance with Park Regulations as contained in C.F.R.,
Title 36, Chapter 1, Section 7.96, permission is granted to
conduct a public gathering to the following:

Person(s) and/or Organization(s):   MOBILIZATION FOR GLOBAL
                                    JUSTICE

Date(s):  09/28/02          To:  09/29/02

Time:  Starting:  9:00 A.M.              Ending:  9:00 P.M.

Location(s):  SYLVAN THEATER, PERSHING PARK, MCPHERSON SQUARE,
              FARRAGUT SQUARE, SIMON BOLVIAR PARK & WHITMAN PARK

Purpose(s):  SPEECHES TO EXPRESS OPOSITION TO THE
             EFFECT OF WORLD BANK ECONOMIC POLICIES
             ON DEVELOPING NATIONS

Anticipated Number of Participants:  2000

Person(s) in Charge:  JOEY HIPOLITO

Address(es):  1775 K STREET NW, WASHINGTON, DC 20006

Telephone Nos. Day:  202-466-1590

This permit is granted subject to the following conditions:

1.   Permittee and all participants authorized therein must
     comply with all of the conditions of this permit and
     with all reasonable directions of the United States Park
     Police.

2.   All sidewalks, walkways, and roadways must remain
     unobstructed to allow for the reasonable use of these
     areas by pedestrians, vehicles, and other park visitors.

PERMITTEE IS RESPONSIBLE FOR READING AND ADHERING TO THE ATTACHED
     ADDITIONAL CONDITIONS.

ADDITIONAL CONDITIONS
PERMIT #02-1565
MOBILIZATION FOR GLOBAL JUSTICE
SYLVAN THEATER, PERSHING PARK, MCPHERSON SQUARE, FARRAGUT
  SQUARE, SIMON BOLIVAR PARK, AND WHITMAN PARK
SEPTEMBER 28 & 29, 2002

**Summary of Applicant's Proposed Event & Purpose:**
Permittee states that their demonstration is to "express opposition to the effect of World
Bank economic polices on developing nations".   On September 28, permittee will
participate in the 50 Years Is Enough rally at Sylvan Theater, then will conduct a
proposed march. The park areas of Pershing Park, McPherson Square and Farragut
Square will be used as rallying points along a proposed march route from Sylvan Theater.
The proposed march route is stated as north on 15th Street, stop at Pershing Park, continue
north on 15th Street and stop at McPherson Square then west on Eye Street and conclude
at Farragut Square, where a rally would take place.  Participants will rally at Pershing
Park and McPherson Square for approximately 10 minutes before continuing
march.Simon Bolivar Park and Whitman Park will be will be used on September 28 & 29
for puppet performances. On September 29, Farragut Square will be used to conduct an
additional rally.  Participates will carry signs/banners/puppets and will be chanting.  They
do not plan to conduct civil disobedience. Along the march proposed route, one (1) truck
will be filled with sound equipment, one (1) smaller vehicle will be used to ferry the
handicapped , and one (1) school bus will be used to carry individuals and puppets.At
Farragut Square a flatbed truck will be used as a stage with a portable sound system.
Flatbed truck will park along the street curb, which is under the jurisdiction of
Metropolitan Police Department (MPD).   MPD will designate which street curb
surrounding Farragut Square, permittee may use.


**A. This permit authorizes the use of the Sylvan Theater [in coordination with Fifty
Years Is Enough], Pershing Park, McPherson Square and Whitman Park on
September 28 and Farragut Square and Simon Bolivar Park on September 28 and
29, 2002. As stated in the attached National Park Service letter dated September 23,
2002, your request for the use of Lafayette Park, the White House sidewalk, E Street
between 15th and 17th Streets and Rawlins Park is DENIED. Use of areas under the
jurisdiction of the District of Columbia for a march requires coordination with the
Metropolitan Police Department.**


B. Stated Total Number of Participants each day for each park area:  2000

C. Schedule of events on September 28: 9:00 am – 9:00 pm
  - Rally at Sylvan Theater:  9:00 am – 6:00 pm
  - March Begins:  2:00 pm
  - Rally at Farragut Square:  11:00 am – 9:00 pm
  - Puppet Performances at Simon Bolivar Park & Whitman Park:  11:00 am – 9:00 pm

Schedule of events on September 29:  10:00 am – 7:00 pm
-   Rally at Farragut Square:  10:00 am – 7:00 pm
-   Puppet Performances at Simon Bolivar Park & Whitman Park:  10:00 am – 7:00 pm

Set-up at Farragut Square:

- Three (3) portable restrooms
- Flatbed truck on the street to be used as a stage & for sound equipment
- Various signs/banners/puppets-hand held
- PLEASE NOTE:  a large puppet approximately 5 meters x 15 meters x 8 meters will be carried in the march.

D. No electricity is available at Farragut Square, Pershing Park, McPherson Square, nor Simon Bolivar Park.  While a generator may be used for electricity, refueling and the storage of fuel is prohibited on parkland and ¾" plywood or similar material must be placed underneath generator to protect the surface.

E. All vehicles must park in designated, available public spaces.  To help avoid resource damage, Permittee's equipment must be hand-carried and/or hand-cared into event sites.  Any cables must be covered to prevent a tripping hazard.

F. A copy of this permit for parkland activities must be carried at all times by the Permittee while operating under the authority granted.  Permittee is responsible for reading and adhering to the terms of this permit.

G. Any further coordination regarding the permitted activity on parkland should continue to be through Sgt. Roxanne Brown-Ankney, U. S. Park Police, 202-426-0950 and Robbin Owen, Division of Park Programs at 202-619-7225.  Permittee is responsible for acquiring all such necessary permission from the Metropolitan Police Department regarding use of their jurisdiction, if any.

H. Pursuant to 36 CFR 7.96(g)(xiii) the alternation, damage, or removal of park resources or facilities is prohibited.  No holes may be dug and no item, including signs or banners, may be attached to park trees, plantings, benches or other park property.

I. Permittee's equipment must be removed from the park immediately following the conclusion of the event each day.  Items left in the park will be considered abandoned property and will not be the responsibility of the National Park Service.

J. Contact Mr. William Newman, Deputy Superintendent of Maintenance, at 202-485-9880 for placement of portable restrooms at Farragut Square.



3. All laws, rules and regulations applicable to the area covered by this permit remain in effect.

4. No fee may be collected, donation solicited, or commercial activity conducted. No items may be sold or offered for sale except for books, newspapers, leaflets, pamphlets, buttons, and bumper stickers which contain a message related to your demonstration or special event. No other merchandise may be sold or offered for sale. A stand or structure used for the sale of permitted items may not exceed one table per site, which may be no larger than 2 ½ feet by 8 feet or 4 feet by 4 feet. The dimensions of the sales site may not exceed 6 feet wide by 15 feet long by 6 feet high.

5. The area should be left in substantially the same condition as it was prior to the activities authorized herein, and all litter shall be placed in the trash containers provided.

6. This permit is applicable only for the use of the area designated above, and during the times designated above, or in any area as may hereafter be designated by the United States Park Police.

7. The use of sound amplification equipment, other than hand-portable sound amplification equipment to be used for crowd control purposes only, is prohibited on the White House Sidewalk (South 1600 Pennsylvania Avenue, NW., sidewalk between East Executive Avenue and West Executive Avenue). All sound amplification equipment shall be limited so that it will not unreasonably disturb nonparticipating persons in, or in the vicinity of, the area.

8. The National Park Service reserves the right to immediately revoke this permit at any time should it reasonably appear that the public gathering presents a clear and present danger to the public safety, good order or health, or if any conditions of this permit are violated

Terry R. Carlstrom
Regional Director
National Capital Region

By:
Richard E. Merryman
Chief, Division of Park Programs
National Capital Parks-Central

September 20, 2002

Ms. Robbin Owens
National Park Service
Capitol Region
1100 Ohio Drive SW
Washington, DC 20242
Fax: 202-401-2430

Dear Ms. Robbin Owens:

Per my phone message, I would like to amend my permit application on behalf of
Mobilization for Global Justice by requesting a permit to use the Sylvan Theater on
September 28, 2002 and ending on that day. The proposed activity will consist of
introductory speakers and music, same as what was originally planned to occur at the
Ellipse. The proposed activity would begin at 9am and continue until 6:00 pm, which
will include setting up and cleaning up. The estimated maximum number of participants
would be 2,000 people. No staging will be needed as we will use the existing stage,
however we will set up a sound system. We will supply marshals that use
communications equipment and who are identified with armbands. Jeff Bale of 3101 16th
St. NW 20010 will be organizing them so that they can inform and guide participants.
Cleanup people will be provided for the area and will be identified with armbands. Porta-pots will also be supplied. In terms of vehicles, one truck will be filled with sound
equipment, one smaller vehicle will likely be used for ferrying the handicapped, and a
school bus will be used to carry individuals and puppets.

A march is being planned from the Sylvan Theater starting around 2pm north on
15th St. where we will stop off at Pershing Park briefly, per our earlier discussion. From
Pershing Park we will continue north on 15th St. to McPherson Square where we will also
stop briefly, per our earlier discussion. If an existing stage is available at McPherson
Square, we would like to be able to use that. From McPherson Square we will travel
west on Eye St. to Farragut Square, which will be our end point. I would like to amend
my permit application to request Farragut Square from 11:00am until 9:00pm. We are
not planning to have a stage at Farragut Square but rather a stage and sound system from
a truck.

Per our earlier discussion, we would still like to maintain permit requests for
Rawlins Park, the Park across from Rawlins, and Bolivar Park as there are still plans for
individuals and puppets to perform in those areas.

In addition for our permit request concerning Farragut Square for Sunday, Sep 29,
I would like to extend the time from 10:00am to 2:00pm to 10:00am to 7:00pm as we
have extended the "People's Assemblies" to give people more time in their discussion
groups.

Sep-20-02  02:27pm  From-U F C ●                    202466159●             T-529  P.03/03  F-220

If you have any questions feel free to contact me at 202-466-1590.

Sincerely,

Joey Hipolito
Mobilization for Global Justice

September 12, 2002

Ms. Robbin Owens
National Park Service
Capitol Region
1100 Ohio Drive SW
Washington, DC 20242
Fax: 202-401-2430

Dear Ms. Robbin Owens:

Per our phone conversation, I would like to amend my permit application on
behalf of Mobilization for Global Justice by adding a request for a permit to use Farragut
Square on September 29, 2002 and ending on that day. The proposed activity will consist
of introductory speakers and breaking into smaller groups where facilitated discussions
("people's assemblies") shall ensue. The proposed activity would begin at 10:00am and
continue until 3:00am. The estimated maximum number of participants would be 2,000
people.

Cleanup people will be provided for the area and will be identified with
armbands. Port-a-pots will also be supplied. No march is being planned either to or from
this location. No staging will be needed, as we will use a portable sound system. We
will supply marshals that use communications equipment and who are identified with
armbands. Jeff Bale of 3101 16th St. NW 20010 will be organizing them so that they can
inform and guide participants.

If you have any questions feel free to contact me at 202-466-1590.

Sincerely,

Joey Hipolito

aperwork Reduction Act & Privacy Act Statement; ...ordance to 36 CFR 7.96 (g), this regulation gives us ...ority to require applicants to fill out his form to request permits for special events or demonstrations. A Federal Agency may not conduct or sponsor, ... person is not required to respond o a collection of information unless it displays a valid OMB control number. Confidentiality of this information is assured subject to the provisions of the reedom of Information Act. Additional disclosures of the information may be to the United States Park Police, the District of Columbia Metropolitan Police Department, and any other affected law enforcement agencies.

... reporting for this collection of information is estimated to average 30 minutes per response, including the time for reviewing ...s, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection ...tion. Send comments regarding this burden estimate or any other aspect of this collection of information, including ...as for reducing this burden, to Chief of Park Programs Division, National Park Service, National Capital Region, 1100 Ohio ... , Washington, D.C. 20242.

OMB CONTROL NUMBER: 1024-0021                                    EXPIRES: 04/30/04

# NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
## APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK* AND/OR LAFAYETTE PARK

02-1565                               7/31/02
                                    _Date of this Application_

Individual and/or organization sponsor(s): _Mobilization for Global Justice_

Address: _1775 K St, NW   WDC 20006_

Telephone Nos. (include area code): Day _202-466-1590_ Evening _202-997-0628_

2   ...is is an application for a permit to conduct a DEMONSTRATION ___✓___
    ...CIAL EVENT _____. (For definitions, see instruction page.)

3   ...: is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain
    ...monstrations. YES _✓_ NO ___. (A waiver is required if it is expected that a
    demonstration on the White House Sidewalk* will include more than 750 participants or
    that a demonstration in Lafayette Park will include more than 3,000 participants.

4.  Date(s) of proposed activity: From _9/28/02_ To _9/28/02_
                                    Month/Day/Year         Month/Day/Year

    Time: Begin: _6:00_ (a.m.)(p.m.) Terminate: _9:00_ (a.m.)(p.m.)

5.  Location(s) of proposed activity. (Include assembly and dispersal areas.)

    The park at E + 19th, NW; The park at C + 18th, NW; McPherson sq;
    Farragut sq.; Pershing Park; Franklin Sq. JH 9/9/02; Market Sq. JH 9/9/02; Lafayette Park;
    White House sidewalk; E St. JH 9/9/02; Whitmer Park JH 9/9/02

6.  Purpose of proposed activity: _Speeches to express opposition to
    the effects of World Bank economic policies on developing nations_

7.  Estimated maximum number of participants. (If more than one park area is to be used,
    list numbers separately for each area.) _2,000 people_

*   "White House Sidewalk" is the sidewalk between East and West Executive Avenues, on
    ...th side of Pennsylvania Avenue, NW.

8. *Will cleanup people be provided for the area:* ✓ *YES* ___ *NO. How will they be identified?* Armbands

9. *Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)*

   *Person in charge:* Joey Hipolito

   *Address:* 1775 K St. NW WDC 20006

   *Telephone Nos. (Include area code): Day* 202-466-1590 *Evening* _____

10. *Plans for proposed activity. (Include a list of all principal speakers and the complete time schedule for the activity. Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic.)* Rally and music. Principal speakers: R. Weissman, N. Njehu, M. Benjamin, R. Masri, Rally to begin at 10am with 9:30am gathering time. Rally to conclude at 12 noon. March will follow around the perimeter of the security zone

11. (a) *List all props, stages, sound equipment, and other items to be provided by applicant/sponsor. (Include approximately number and size(s) of supports, standards and handles; necessary medical/sanitary facilities and other similar items.)* Standard erected around the WB/IMF building. Stage; portable sound system; cardboard cut outs and puppets; rented 500 placards; 10-15 portajohns;

    (b) *If boxes, crates, coffins, or similar items will be used, state whether they are to be carried opened or closed, their proposed size, the materials constructed from, and their proposed contents and use.* none at this time

12. (a) *Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted?* ___ *Yes* ✓ *NO*

    (b) *If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers.*

13. **MARSHALS:** (a) *Will applicant/sponsor furnish marshals? (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.)* ✓ *YES* ___ *NO. If "YES," how many marshals will be furnished?* 30-40

    (b) *Person(s) responsible for supervision of marshals (for each location):*

Location(s): _____

Name(s): _Jeff Bale_____

Address(es): _3101 16th St. NW WDC 20010_

Telephone Nos.: Day: _202 673 7345_ Evening: _202 610-1616_

(c)     List the functions the marshals are expected to perform: _prevent negative exchange among authorities and participants; guide participants to rally and march location_

QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A
WAIVER OF NUMERICAL LIMITATIONS. IF THIS IS NOT AN APPLICATION FOR A
WAIVER, DO NOT ANSWER THESE QUESTIONS.

14. What communications equipment will be provided to the marshals? (Include the
number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)
_20 walkie-talkies; 5-10 bullhorns; 1 p.a. system_

15. How will the marshals be identified? _Armbands_

16. State specifically the plans for ingress and egress of the participants to and from
Lafayette Park including proposed sites for loading and unloading of buses, automobiles,
or other forms of transportation which the participants are expected to use (supply chart
if necessary). _Enter from H Street. Exit via Penn. Ave. toward IMF/WB buildings._

APPLICATION IS NOT VALID UNLESS SIGNED

_Representative_
Position of person filing application

_Joey Hipolito_
Typed or printed name of person
Filing application

_Signature of person filing application_

_1775 K St. NW, Wash. D.C. 20006_
Address of person filing application

Telephone Nos. of person filing application (include area code):

Day: _202-466-1590_     Evening: _202-497-0628_



rwork Reduction Act & Privacy Act Statement: In accordance to 36 CFR 7.96 (g), this regulation gives us the authority to require applicants to fill out
orm to request permits for special events or demonstrations. A Federal Agency may not conduct or sponsor, and a person is not required to respond
c... on of information unless it displays a valid OMB control number. Confidentiality of this information is assured subject to the provisions of the
d    ormation Act. Additional disclosures of the information may be to the United States Park Police, the District of Columbia Metropolitan Police
      any other affected law enforcement agencies.
      ...ing for this collection of information is estimated to average 30 minutes per response, including the time for reviewing
..     searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection
n1     on. Send comments regarding this burden estimate or any other aspect of this collection of information, including
gestions for reducing this burden, to Chief of Park Programs Division, National Park Service, National Capital Region, 1100 Ohio
.. S.W., Washington, D.C. 20242.

MB CONTROL NUMBER: 1024-0021 | EXPIRES: 04/30/04

# NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
## APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK* AND/OR LAFAYETTE PARK

02-1565        7/31/02
_Date of this Application_

Individual and/or organization sponsor(s): Mobilization for Global Justice

Address: 1775 K St, NW WDC 20006

Telephone Nos. (include area code): Day 202-466-1590 Evening 202-997-0628

is an application for a permit to conduct a DEMONSTRATION ✓
IAL EVENT _____. (For definitions, see instruction page.)

is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain
demonstrations. YES ✓ NO _____ (A waiver is required if it is expected that a
demonstration on the White House Sidewalk* will include more than 750 participants or
that a demonstration in Lafayette Park will include more than 3,000 participants.

1. Date(s) of proposed activity: From 9/28/02 To 9/28/02
   Month/Day/Year            Month/Day/Year

Time: Begin: 6:00 (a.m.)(p.m.) Terminate: 9:00 (a.m.)(p.m.)

5. Location(s) of proposed activity. (Include assembly and dispersal areas.)

The park at E + 19th, NW; The park at C + 18th, NW. McPherson Sq;
Farragut sq.; Pershing Park; Franklin Sq.; Market Sq. Lafayette park
White House sidewalk

6. Purpose of proposed activity: Speeches to express opposition to
the effects of World Bank economic policies on developing nations

7. Estimated maximum number of participants. (If more than one park area is to be used,
   list numbers separately for each area.) 2,000 people
* "White House Sidewalk" is the sidewalk between East and West Executive Avenues, on
   ...th side of Pennsylvania Avenue, NW.

08/28/02 12:38 FAX 202 4XX XXXX EGS -JMF  HLY  OE HANS PROGRAMS  Case 1:02-cv-02203-EGS -JMF  Document 68-8  Filed 10/15/03  Page 26 of 35  @003

ROM : -1  PHONE NO. : 6737329  Aug. 01 2002 09:48AM P5

8. Will cleanup people be provided for the area: ✓ YES ____ NO. How will they be identified? __Armbands__

Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)

Person in charge: __Joey Hipolito__

Address: __1775 K St., NW  WDC 20006__

Telephone Nos. (Include area code): Day __202-466-1590__ Evening _____

10. Plans for proposed activity. (Include a list of all principal speakers and the complete time schedule for the activity. Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic.) __Rally and music. Principal speakers:__
__R. Weissman, N. Njehu, M. Benjamin, R. Masri, Rally to__
__begin at 10am with 9:30am gathering time. Rally to conclude__
__at noon. March will follow around the perimeter of the security zone__

11. (a) List all props, stages, sound equipment, and other items to be provided by applicant/sponsor. (Include approximately number and size(s) of supports, standards and handles; necessary medical/sanitary facilities and other similar items.) __Standard erected__
__rented stage; portable sound system; cardboard cut outs and puppets; around the__
__placards; 10-15 portajohns;__ WB/JMF buildings

(b) If boxes, crates, coffins, or similar items will be used, state whether they are to be carried opened or closed, their proposed size, the materials constructed from, and their proposed contents and use. __none at this time__

12. (a) Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted? ____ Yes ✓ NO

(b) If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers.

13. MARSHALS: (a) Will applicant/sponsor furnish marshals? (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.) ✓ YES ____ NO. If "YES," how many marshals will be furnished? __30-40__

(b) Person(s) responsible for supervision of marshals (for each location):

Location(s): _all_

Name(s): _Jeff Bale_

Address(es): _3101 16th St. NW   WDC 20010_

Telephone Nos.: Day: _202 673 7345_  Evening: _202 610-1616_

(c)   List the functions the marshals are expected to perform: _prevent negative exchange_
_among authorities and participants ; guide participants to rally and_
_march_
_location +_

**QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A**
**WAIVER OF NUMERICAL LIMITATIONS.  IF THIS IS NOT AN APPLICATION FOR A**
**WAIVER, DO NOT ANSWER THESE QUESTIONS.**

14. What communications equipment will be provided to the marshals?  (Include the
number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)
_20 walkie-talkies; 5-10 bullhorns ; 1 P.A. System_

15. How will the marshals be identified? _Armbands_

16. State specifically the plans for ingress and egress of the participants to and from
Lafayette Park including proposed sites for loading and unloading of buses, automobiles,
or other forms of transportation which the participants are expected to use (supply chart
if necessary). _Enter from H Street. Exit via Penn. Ave._
_towards IMF/WB  buildings._

---

**APPLICATION IS NOT VALID UNLESS SIGNED**

_Representative_
Position of person filing application

_[signature]_
Signature of person filing application

_Joey Hipolito_
Typed or printed name of person
Filing application

_1775 K St. NW, Wash. D.C. 20006_
Address of person filing application

Telephone Nos. of person filing application (include area code):

Day: _202-466-1590_    Evening: _202-497-0628_

August 2, 2002

National Park Service
National Capital Region
1100 Ohio Drive, SW
Washington, D.C. 20242

To Whom It May Concern:

Enclosed is an "Application For A Permit to Conduct a Demonstration or Special Event in Park Areas and a Waiver of Numerical Limitations on Demonstrations for White House Sidewalk And/Or Lafayette Park." If you have any questions, please feel free to contact me at 202-466-1590.

Sincerely,

Joey Hipolito
Mobilization for Global Justice
202-466-1590

August 2, 2002

National Park Service
National Capital Region
1100 Ohio Drive, SW
Washington, D.C. 20242

To Whom It May Concern:

Enclosed is an "Application For A Permit to Conduct a Demonstration or Special
Event in Park Areas and a Waiver of Numerical Limitations on Demonstrations for White
House Sidewalk And/Or Lafayette Park." If you have any questions, please feel free to
contact me at 202-466-1590.

Sincerely,

Joey Hipolito
Mobilization for Global Justice
202-466-1590

Paperwork Reduction Act & Privacy Act statements: In accordance to 36 CFR / VA §§ this regulation gives the authority to require applicants to fill out this form to request permits for special events or demonstrations. A Federal Agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. Confidentiality of this information is assured subject to the provisions of the Freedom of Information Act. Additional disclosures of the information may be to the United States Park Police, the District of Columbia Metropolitan Police Department, and any other affected law enforcement agencies.

Public reporting for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Chief of Park Programs Division, National Park Service, National Capital Region, 1100 Ohio Dr., S.W., Washington, D.C. 20242.

OMB CONTROL NUMBER: 1024-0021 | EXPIRES: 04/30/04

## NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
## APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK* AND/OR LAFAYETTE PARK

02-1606

8/20/02
Date of this Application

1. Individual and/or organization sponsor(s): Mobilization for Global Justice

Address: 1775 K St. NW, WDC 20006

Telephone Nos. (include area code): Day 202-466-1590 Evening 202-997-0628

This is an application for a permit to conduct a DEMONSTRATION ✓
SPECIAL EVENT _____. (For definitions, see instruction page.)

3. This is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain demonstrations. YES _____ NO ✓ (A waiver is required if it is expected that a demonstration on the White House Sidewalk* will include more than 750 participants or that a demonstration in Lafayette Park will include more than 3,000 participants.

4. Date(s) of proposed activity: From 9/28/02 To 9/28/02
   Month/Day/Year   Month/Day/Year
   10 AM JH 9/9/02          4 PM JH 9/9/02
   Time: Begin: 6 AM (a.m.)(p.m.) Terminate: 9 PM (a.m.)(p.m.)

5. Location(s) of proposed activity. (Include assembly and dispersal areas.)
   JH 9/9/02
   Walter C. Pierce Memorial Park; Rock Creek Park at Connecticut & Calvert; JH 9/9/02
   Park at Kalorama + Connecticut; fort at Kalorama JH 9/9/02 Connecticut + Ordway; Woodley JH 9/9/02
   Park at Zoo entrance Area)

6. Purpose of proposed activity: Speeches to Express opposition to the Effects of World Bank and IMF economic Policies

   Estimated maximum number of participants. (If more than one park area is to be used, list numbers separately for each area.) 200 people 200 people JH 9/9/02
   (The "White House Sidewalk" is the sidewalk between East and West Executive Avenues, on the south side of Pennsylvania Avenue, NW.

8. Will cleanup people be provided for the area: ___✓___ YES _____ NO.  How will they be identified? _armbands_____

9. Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)

   Person in charge: _Joey Hipolito_____

   Address: _1775 K St. NW WDC 20006_____

   Telephone Nos. (Include area code): Day _202-466-1520_ Evening _202-997-0628_

10. Plans for proposed activity.  (Include a list of all principal speakers and the complete time schedule for the activity.  Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic.) _____

   _Rally + Music; Principal Speakers: R Wessner; N. Nyeho; M Benjamin;_
   _R. Massi - Rally to begin at 10am; 9:30 am gathering_____

11. (a) List all props, stages, sound equipment, and other items to be provided by applicant/sponsor.  (Include approximately number and size(s) of supports, standards, and handles; necessary medical/sanitary facilities and other similar items.) _____
   _1 rented stage; portable sound system; Cardboard cutouts; puppets; 500_
   (b) If boxes, crates, coffins, or similar items will be used, state whether they are to be _10-15_ carried opened or closed, their proposed size, the materials constructed from, and their _Porta jch_ proposed contents and use. _____

   _none at this time_____

12. (a)   Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted? _____ Yes ___✓__ NO

   (b)   If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers.

   _____

13. _MARSHALS:_ (a)  Will applicant/sponsor furnish marshals?  (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.) ___✓__ YES _____ NO.  If "YES," how many marshals will be furnished? _30-40_____

   (b)   Person(s) responsible for supervision of marshals (for each location):

Location(s):

Name(s): _Jeff Bale_

Address(es): _3101 16th St. NW WDC 20010_

Telephone Nos.: Day: _202-673-7345_   Evening: _202-610-1616_

(c)   List the functions the marshals are expected to perform: _prevent negative exchange among authorities and participants; to rally + guide participation_

**QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A WAIVER OF NUMERICAL LIMITATIONS. IF THIS IS NOT AN APPLICATION FOR A WAIVER, DO NOT ANSWER THESE QUESTIONS.**

14. *What communications equipment will be provided to the marshals?  (Include the number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)*

_20 walkie-talkies; 5-10 bullhorns; 1 PA system_

15. *How will the marshals be identified?* _armbands_

16. *State specifically the plans for ingress and egress of the participants to and from Lafayette Park including proposed sites for loading and unloading of buses, automobiles, or other forms of transportation which the participants are expected to use (supply chart if necessary).*

_Enter Exit via Calvert and Connecticut_

### APPLICATION IS NOT VALID UNLESS SIGNED

_Volunteer Representative_
_____
Position of person filing application

_(signature)_
_____
Signature of person filing application

_Joey J. Hipolito_
_____
Typed or printed name of person
Filing application

_1775 K St. NW_
_____
Address of person filing application

Telephone Nos. of person filing application (include area code):

Day: _202-466-1590_      Evening: _202-997-0628_

Paperwork Reduction Act & Privacy Act Statement: In accordance to 36 CFR 7.96 (g), the regulation gives us the authority to require applicants to fill out this form to request permits for special events or demonstrations. A Federal Agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. Confidentiality of this information is assured subject to the provisions of the Freedom of Information Act. Additional disclosures of the information may be to the United States Park Police, the District of Columbia Metropolitan Police Department, and any other affected law enforcement agencies.

Public reporting for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Chief of Park Programs Division, National Park Service, National Capital Region, 1100 Ohio ..., S.W., Washington, D.C. 20242.

OMB CONTROL NUMBER: 1024-0021      EXPIRES: 04/30/04

## NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
## APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK* AND/OR LAFAYETTE PARK

O2 - 1606      8/20/02
*Date of this Application*

1. *Individual and/or organization sponsor(s):* Mobilization for Global Justice

Address: 1775 K St. NW, WDC 20006

Telephone Nos. (include area code): Day 202-466-1590 Evening 202-997-0628

This is an application for a permit to conduct a DEMONSTRATION ✓
SPECIAL EVENT _____. (For definitions, see instruction page.)

3. This is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain demonstrations. YES ____ NO ✓ (A waiver is required if it is expected that a demonstration on the White House Sidewalk* will include more than 750 participants or that a demonstration in Lafayette Park will include more than 3,000 participants.

4. Date(s) of proposed activity: From 9/28/02 To 9/28/02
*Month/Day/Year*      *Month/Day/Year*

Time: Begin: 6 AM (a.m.)(p.m.) Terminate: 9 PM (a.m.)(p.m.)

5. Location(s) of proposed activity. (Include assembly and dispersal areas.)
Walter C. Pierce Memorial Park; Rock Creek Park at Connecticut & Calvert; Park at Kalorama & Connecticut; Park at Connecticut & Ordway, Woodley Park at Zoo entrance Area)

6. Purpose of proposed activity: Speeches to Express opposition to the Effects of World Bank and IMF economic Policies

Estimated maximum number of participants. (If more than one park area is to be used, list numbers separately for each area.) 2,000 people
The "White House Sidewalk" is the sidewalk between East and West Executive Avenues, on the south side of Pennsylvania Avenue, NW.

8.  Will cleanup people be provided for the area: ✓YES _____NO.  How will they be identified? _armbands_____

   Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)

   Person in charge: _Joey Hipolito_____

   Address: _1775 K St. NW WDC 20006_____

   Telephone Nos. (Include area code): Day _202-466-1520_ Evening _202-997-0628_

10. Plans for proposed activity.  (Include a list of all principal speakers and the complete time schedule for the activity.  Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic.) _____

   _Rally + Music; Principal Speakers: R. Wessner; N. Nyhoj; M. Benjamin;_
   _R. Massi- Rally to begin at 10am; 9:30 am gathering_

11. (a) List all props, stages, sound equipment, and other items to be provided by applicant/sponsor.  (Include approximately number and size(s) of supports, standards, and handles; necessary medical/sanitary facilities and other similar items.) _____

   _rd rented stage; portable sound system; cardboard cutouts; puppets; 500 maca_

   (b) If boxes, crates, coffins, or similar items will be used, state whether they are to be 10-15 carried opened or closed, their proposed size, the materials constructed from, and their Port proposed contents and use. _____

   _none at this time_____

12. (a)  Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted? _____Yes _✓_NO

   (b)  If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers.

   _____

13. MARSHALS: (a) Will applicant/sponsor furnish marshals? (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.) _____YES _____NO.  If "YES," how many marshals will be furnished? _30-40_____

   (b)   Person(s) responsible for supervision of marshals (for each location):

Location(s): _a_____

Name(s): _Jeff Bale_____

Address(es): _3101 16th St. NW WDC 20010_____

Telephone Nos.: Day: _202-673-7345_ Evening: _202-610-1616_

(c)    List the functions the marshals are expected to perform: _prevent_
_negative exchange among authorities and participants; to rally + mar̲c̲i̲_ _guide participant_

**QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A WAIVER OF NUMERICAL LIMITATIONS. IF THIS IS NOT AN APPLICATION FOR A WAIVER, DO NOT ANSWER THESE QUESTIONS.**

14. *What communications equipment will be provided to the marshals? (Include the number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)*

_20 walkie-talkies; 5-10 bullhorns; 1 PA system_____

15. *How will the marshals be identified?* _armbands_____

16. *State specifically the plans for ingress and egress of the participants to and from Lafayette Park including proposed sites for loading and unloading of buses, automobiles, or other forms of transportation which the participants are expected to use (supply chart if necessary).* _____

_Enter Exit via Calvert and Connecticut_____

## APPLICATION IS NOT VALID UNLESS SIGNED

_Volunteer_
_Representative_____     _____
Position of person filing application      Signature of person filing application

_Joey J. Hipolito_____     _1775 K St. NW_____
Typed or printed name of person         Address of person filing application
Filing application

Telephone Nos. of person filing application (include area code):

Day: _202-466-1590_____     Evening: _202-997-0628_____