

# United States Department of the Interior

**NATIONAL PARK SERVICE**
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

SEP 2 3 2002

Ms. Njoki Njoroge Njehu
Director, Fifty Years Is Enough Network
3628 12th Street, NE
Washington, D.C. 20017

Dear Ms. Njehu:

This responds to the Fifty Years Is Enough Network's applications 02-0599 and 02-0600 received January 25, 2002, to demonstrate on Reservations 30 and 31 with 200-400 participants, and at the Ellipse and the north-west quadrant of the Washington Monument grounds with 1,500-4,000 participants on September 28-29, 2002. On September 20, you amended your application relinquishing the northwest quadrant of the Washington Monument grounds and seek the use of the Sylvan Theater over the Ellipse—in conjunction and coordination with the Mobilization For Global Justice-- for your "main event" on September 28.

We are pleased to issue the enclosed permits for the use of Reservation 31, designated areas of the Ellipse and Sylvan Theater. We regret that the "deemed granted" applications for Reservation 30, must be revoked for security reasons associated with the World Bank-IMF Fall Meetings pursuant to 36 C.F.R. § 7.96(g). Instead, we herein identify several other proposed locations for your proposed demonstrations, some of which are within a short distance of Reservation 30. Finally, our permits are only for the designated Feaderal Park areas; any proposed use of District of Columbia areas for any march or demonstration requires you to work with the Metropolitian Police Department.

As you may know, there have been several security protection issues associated with the World Bank-IMF Fall Meetings that have only recently been resolved. In that regard, at the request of the Metropolitan Police Department, the National Park Service has imposed a partial and temporary closure of a number of parks including Reservation 30 and the western portion of the Ellipse that is adjacent to 17th Street. This closure is to ensure necessary security and safety for the nearby World Bank-IMF Fall Meetings and the public. A copy of the National Park Service park closure determination is enclosed for your ready reference. In addition, a portion of the oval section of the Ellipse is closed for turf renovation.

As detailed in the National Park Service's determination, these closure are intended to ensure necessary security and safety for the adjacent World Bank-IMF Fall Meetings and the public.



1

They have neither the effect nor intent to prevent the exercise of First Amendment rights. Indeed, Reservation 31 is located just north of Pennsylvania Avenue and across from the World Bank and IMF; and the open portions of the Ellipse is located just east of Constitution Hall and south of the White House.   Other Federal parks are available for permit and non-permit events. In that regard, pursuant to 36 C.F.R. § 7.96(g)(4)(iii)(C), we hereby propose several alternative park sites for your proposed demonstration.  Specifically, we suggest that you consider the focusing your activities at areas already now under permit to you such as Reservation 31, the open portions of the Ellipse, or the Sylvan Theater.  Or you may want to consider the use of Reservations 28 and 29, which is located astride Pennsylvania Avenue between 20th and 21st Streets, or McPherson and Farragut Squares which are just one block north of Lafayette Park.

If you would like to discuss use of other park areas, please contact Park Ranger Robbin Owen at (202) 619-7225.  You may also wish to consider contacting the District of Columbia or the United States Capitol Police regarding the use of public spaces under their jurisdiction.

Sincerely,

Richard Merryman
Chief, Division of Park Programs

Enclosures: NPS Permits 02-1565 and 02-1606 for Reservation 31 and designated areas of the Ellipse and the Sylvan Theater.
         NPS Park Closure Record of Determination   .



# United States Department of the Interior

NATIONAL PARK SERVICE

National Capital Region

1100 Ohio Drive, S.W.

Washington, D.C. 20242

IN REPLY REFER TO:

SEP 2 3 2002

Record of Determination for a partial and temporary closure of park areas near World
Bank-IMF joint meetings

The National Park Service is temporarily closing certain parks to provide security and ensure
public safety during the World Bank-IMF joint meetings. For all of September 27 through
September 30, 2002 at Reservation 30, located south of Pennsylvania Avenue between 19th and
18th Streets, Rawlins Park, and the western portion of the Ellipse adjacent to 17th Street and
approximately forty-foot wide, will also be closed.

The World Bank-IMF Fall Meetings are bringing a gathering of more than 8,000 national and
international dignitaries to Washington, D.C. It is also bringing a large range of demonstrations
to protest the meetings. These demonstrations include groups planning to engage in a "mass
march and rally and/or the direct action/quarantine" of the World Bank-IMF joint meetings,
which includes trying to keep officials from getting to the meeting sites located at the World
Bank and IMF buildings and Constitution Hall, or through disruptions there or at other locations
in the city. In the past, such acts have disrupted the 1999 World Trade Organization meeting in
Seattle, which physically blocked public streets, stopped delegates from entering meetings, and
caused property damage.

The United States Park Police, Metropolitan Police Department and the United States Secret
Service as well as other law enforcement agencies will be mobilizing thousands of officers.
Police resources, however, will be stretched to cover various security areas, a large range of
potential targets located throughout the metropolitan area, as well as perform essential police
services in the rest of the city.

The park closures of Reservation 30, Rawlins Park, and a western portion of the Ellipse come at
the attached request of the Metropolitan Police Department, in coordination with the United
States Park Police, to provide necessary security and access for the World Bank-IMF meetings
and to protect the public. The District of Columbia will also be closing adjacent public
sidewalks and streets under their jurisdiction surrounding the World Bank, IMF and Constitution
Hall.

Many other park areas, which are adjacent to the World Bank, IMF, and Constitution Hall, will
remain open to the public and demonstrations. These open park areas include Reservation 31
located north of Pennsylvania Avenue between 19th and 18th Streets and across from the World

1

Bank and IMF buildings, Reservations 28 and 29 located astride Pennsylvania Avenue between 20th and 21st Streets, Simon Bolivar Park located at 18th Street and Virginia Avenue, the open portions of the Ellipse which is just south of the White House and across from Constitution Hall, the Washington Monuments grounds, and the National Mall.  These open park areas have been successfully used in the past.  People are also free to contact the District of Columbia or the United States Capitol Police regarding the use of public spaces under their jurisdiction.

These temporary park closures are necessary to provide for security and public safety for the World Bank-IMF Fall Meetings and the public.  Part of an overall security zone, the park closures are similar to park closures that occurred during the World Bank-IMF meetings of April 15-17, 2000—during which almost 1,300 protestors were arrested--except that this time Reservation 31 will remain open and, with Constitution Hall now being used,  Rawlins Park and a western portion of the Ellipse will be closed.

These temporary park closures have neither the effect nor intent to prevent the exercise of First Amendment rights.  Lesser restrictive measures will not suffice.  This temporary and partial closure is not of a nature, magnitude and duration that will result in a "significant alteration in the public use pattern."  Further, the closure will not adversely affect the parks natural, aesthetic or cultural values; nor require significant modification to the resource management objections; nor is it of a highly controversial nature.  Accordingly, pursuant to 36 C.F.R. § 1.5(b), publication as rulemaking in the Federal Register is unwarranted.  See Picciotto v. United States, No. 99-2113 (D.D.C. 1999); Picciotto v. United States, No. 94-1935 (D.D.C. 1994); Picciotto v. Lujan, No. 90-1261 (D.D.C. 1990); Picciotto v. Hodel, No. 87-3290 (D.D.C. 1987).

Pursuant to 36 C.F.R. § 1.7, notice of this temporary and partial park closure will be made though media advisories and by fencing and posting at the affected parks.  Finally, pursuant to 36 C.F.R. § 1.5(c), this determination is available to the public upon request.

                                        Superintendent          (Date)
                                        National Capital Parks-Central

                                        Deputy Director        (Date)
                                        White House Liaison

Attachment: MPD request

2

GOVERNMENT OF THE DISTRICT OF COLUMBIA
METROPOLITAN POLICE DEPARTMENT

September 20, 2002

Captain Richard Murphy
Acting Commander
Special Forces Branch
United States Park Police
900 Ohio Drive, S.W.
Washington, D.C. 20024-2000

Re:     Request for temporary closure of South Edward R. Murrow Park, Reservation 30,
        Rawlins Park and a portion of the Ellipse beginning September 27 through
        September 30, 2002

Dear Captain Murphy:

As you know, the International Monetary Fund and the World Bank will be having joint
meetings beginning on September 27, 2002 and continuing through September 30, 2002.
The Metropolitan Police Department (Department) along with a number of federal law
enforcement agencies, including the United States Park Police, is charged with providing
the necessary security and access for the meetings and protection of the public during the
period of time the meetings are taking place in the District of Columbia. In preparation
for this event, the Department has determined that the closure of South Edward R.
Murrow Park, Reservation 30 (located south of Pennsylvania Avenue between 18th and
19th Streets), Rawlins Park and the western portion of the Ellipse is necessary in order to
ensure the safety of meeting participants and those who may be demonstrating in
opposition.

We have been advised that over 8,000 representatives from foreign countries will be
attending the meetings. The IMF/WB buildings have been designated foreign missions
during the course of the meetings. In addition, delegates will be using DAR Constitution
Hall for IMF/WB meetings. These meetings have generated large-scale demonstrations
in this city and elsewhere, and, unfortunately, some violence has erupted in the past
(including at least one death, personal injuries and extensive property damage).

The Department does not have sufficient resources to provide protection at the meeting
locations, as well as at other locations in the city that may have been targeted for protests
or disruptions. Even with the assistance of federal law enforcement agencies and law
enforcement agencies from outside the District of Columbia, the Department is not able
to ensure that the meeting attendees, demonstrators and the general public would be
adequately protected if the listed park areas are not closed during the meetings.

Captain Richard Murphy
September 20, 2002
Page 2

Accordingly, the Department has determined that the temporary closure of the parks is necessary to ensure the security and safety of all persons attending or demonstrating against the IMF/WB meetings.

Sincerely,

Cathy L. Lanier
Commander
Special Operations Division



# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:


PUBLIC GATHERING PERMIT


02-0599                         Date:  09/23/02


In accordance with Park Regulations as contained in C.F.R.,
Title 36, Chapter 1, Section 7.96, permission is granted to
conduct a public gathering to the following:

Person(s) and/or Organization(s):  50 YEARS IS ENOUGH
                                   NETWORK


Date(s):  09/28/02          To:  09/29/02

Time:  Starting:  9:00 A.M.                    Ending:  9:00 P.M.

Location(s):  RESERVATION #31, BETWEEN 18TH & 19TH STREETS AND
              NORTH OF PENNSYLVANIA AVENUE

Purpose(s):  RALLY FOR GLOBAL JUSTICE

Anticipated Number of Participants:  400

Person(s) in Charge:  NJOKI NJOROGE NJEHU

Address(es):  3628 12 ST., NE, WASHINGTON, DC  20017

Telephone Nos. Day:  202-463-2265

This permit is granted subject to the following conditions:

1.   Permittee and all participants authorized therein must
     comply with all of the conditions of this permit and
     with all reasonable directions of the United States Park
     Police.

2.   All sidewalks, walkways, and roadways must remain
     unobstructed to allow for the reasonable use of these
     areas by pedestrians, vehicles, and other park visitors.

PERMITTEE IS RESPONSIBLE FOR READING AND ADHERING TO THE ATTACHED
     ADDITIONAL CONDITIONS.

**ADDITIONAL CONDITIONS**
**PERMIT #-02-0599**
**50 YEARS IS ENOUGH NETWORK**
**RESERVATION 31, LOCATED BETWEEN 18TH & 19TH AND NORTH OF**
**PENNSYLANIA AVE.**
**SEPTEMBER 28 AND 29, 2002**

**Summary of Applicant's Proposed Event & Purpose:**
Permittee states that their demonstration is for a "Rally for Global Justice", through speeches, chanting, skits, music and free literature distribution. Permittee states that its participants will carry signs/banners and do not plan to conduct civil disobedience.

A. **This permit authorizes the use of Reservation #31, located between 18th and 19th and north of Pennsylvania Avenue for September 28 and 29, 2002. Pursuant to the National Park Service letter dated September 23, 2002, your request for the use of Reservation #30 [located south of Pennsylvania Avenue] is DENIED. Any march to Reservation #31 involves the use of areas under jurisdiction of the District of Columbia, and will require coordination of the Metropolitan Police Department.**

B. Stated Total Number of Participants: 400

C. Schedule of events each day: 9:00 am – 9:00 pm
- Set-up: 9:00 am – 11:00 am, approximately
- Rally: 11:00 am – 7:00 pm, approximately
- Tear Down: 7:00 pm – 9:00 pm, approximately

   Set-up:

- Water and First Aid station with tables and possible pop up tent canopy approximately 10' x 10'
- One (1) 4'x 8' platform
- Various signs/banners/puppets-hand held and staked in the ground
- Portable sound system, battery operated

D. No electricity is available at Reservation #31. While a generator may be used for electricity, refueling and the storage of fuel is prohibited on parkland and ¾" plywood or similar material must be placed underneath generator to protect the surface.

E. All vehicles must park in designated, available public spaces. To help avoid resource damage, Permittee's equipment must be hand-carried and/or hand-cared into event site. Any cables must be covered to prevent a tripping hazard.

F.  A copy of this permit for parkland activities must be carried at all times by the Permittee while operating under the authority granted.  Permittee is responsible for reading and adhering to the terms of this permit.

G.  Any further coordination regarding the permitted activity on parkland should continue to be through Sgt. Roxanne Brown-Ankney, U. S. Park Police, 202-426-0950 and Robbin Owen, Division of Park Programs at 202-619-7225.  Permittee is responsible for acquiring all such necessary permission from the Metropolitan Police Department regarding use of their jurisdiction, if any.

H.  Pursuant to 36 CFR 7.96(g)(xiii) the alternation, damage, or removal of park resources or facilities is prohibited.  No holes may be dug and no item, including signs or banners, may be attached to park trees, plantings, benches or other park property.  Permittee does have, however, permission to stake signs and banners in the ground.  Permittee will supply personnel to be with the signs and banners at all times to direct individuals around any safety hazards established from staking the signs, (i.e, tethered line supports and stakes).

I.  Permittee's equipment must be removed from the park immediately following the conclusion of the event each day.  Items left in the park will be considered abandoned property and will not be the responsibility of the National Park Service.



RESERVATION 31

North

Total Area: 24500 sq. ft.

20   0   20   40
Feet

H Street

Pennsylvania Avenue

H Street

18th Street

3. All laws, rules and regulations applicable to the area covered by this permit remain in effect.

4. No fee may be collected, donation solicited, or commercial activity conducted. No items may be sold or offered for sale except for books, newspapers, leaflets, pamphlets, buttons, and bumper stickers which contain a message related to your demonstration or special event. No other merchandise may be sold or offered for sale. A stand or structure used for the sale of permitted items may not exceed one table per site, which may be no larger than 2 ½ feet by 8 feet or 4 feet by 4 feet. The dimensions of the sales site may not exceed 6 feet wide by 15 feet long by 6 feet high.

5. The area should be left in substantially the same condition as it was prior to the activities authorized herein, and all litter shall be placed in the trash containers provided.

6. This permit is applicable only for the use of the area designated above, and during the times designated above, or in any area as may hereafter be designated by the United States Park Police.

7. The use of sound amplification equipment, other than hand-portable sound amplification equipment to be used for crowd control purposes only, is prohibited on the White House Sidewalk (South 1600 Pennsylvania Avenue, NW., sidewalk between East Executive Avenue and West Executive Avenue). All sound amplification equipment shall be limited so that it will not unreasonably disturb nonparticipating persons in, or in the vicinity of, the area.

8. The National Park Service reserves the right to immediately revoke this permit at any time should it reasonably appear that the public gathering presents a clear and present danger to the public safety, good order or health, or if any conditions of this permit are violated

<div style="margin-left: 40%;">

Terry R. Carlstrom
Regional Director
National Capital Region


By:
Richard E. Merryman
Chief, Division of Park Programs
National Capital Parks-Central

</div>



# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:


PUBLIC GATHERING PERMIT


02-0600                              Date:  09/23/02


In accordance with Park Regulations as contained in C.F.R.,
Title 36, Chapter 1, Section 7.96, permission is granted to
conduct a public gathering to the following:

Person(s) and/or Organization(s):  50 YEARS IS ENOUGH
                                   NETWORK


Date(s):  09/28/02           To:  09/28/02

Time:  Starting:  7:00 A.M                    Ending:  9:00 P.M.

Location(s):  SYLVAN THEATER AND THE DESIGNATED AREAS OF THE
              ELLIPSE (SEE ATTACHED MAP)

Purpose(s):  RALLY FOR GLOBAL JUSTICE

Anticipated Number of Participants:  4000

Person(s) in Charge:  NJOKI NJOROGE NJEHU

Address(es):  3628 12 ST., NE, WASHINGTON, DC  20017

Telephone Nos. Day:  202-463-2265

This permit is granted subject to the following conditions:

1.   Permittee and all participants authorized therein must
     comply with all of the conditions of this permit and
     with all reasonable directions of the United States Park
     Police.

2.   All sidewalks, walkways, and roadways must remain
     unobstructed to allow for the reasonable use of these
     areas by pedestrians, vehicles, and other park visitors.

PERMITTEE IS RESPONSIBLE FOR READING AND ADHERING TO THE ATTACHED
     ADDITIONAL CONDITIONS.

ADDITIONAL CONDITIONS
PERMIT #-02-0600
50 YEARS IS ENOUGH NETWORK
SYLVAN THEATER AND THE DESIGNATED AREAS OF THE ELLIPSE
SEPTEMBER 28, 2002

**Summary of Applicant's Proposed Event & Purpose:**
Permittee states that their demonstration is for a "Rally for Global Justice", through speeches, chanting, skits, music and free literature distribution.   Permittee states that its participants will carry signs/banners and do not plan to conduct civil disobedience.

A. **This permit authorizes the use of Sylvan Theater [in coordination with Mobilization for Global Justice] and the designated areas of the Ellipse for September 28, 2002:**

B. Stated Total Number of Participants:  4000

C. Schedule of events:  7:00 am – 10:00 pm
- Set-up:  7:00 am – 11:00 am, approximately
- Rally:  11:00 am – 7:00 pm, approximately
- Tear Down:  7:00 pm – 9:00 pm, approximately

<u>Set-up at Sylvan Theater</u>:

- Four (4) pop up tent canopy approximately 10' x 10' for media, speakers, First Aid, {& Operations
- Thirty (30) free literature distribution tables
- Various signs/banners/puppets-hand held
- Portable sound system
- Fifteen (15) portable restrooms, 20% must be handicapped accessible.  Restrooms must be placed on the east side of the permanent restroom facility along the sidewalk, south side (see attached map).

D. Permittee will use the designated areas of the Ellipse for picketing and puppet and participant gathering.

E. Permittee will use the electricity at Sylvan Theater.   Coordinate the use of the electricity with Mr. William Newman, Deputy Superintendent of Maintenance at 202-485-9880.  A four (4) hour labor charge at $40/hr. and A $100 electricity use charge for a total of $260 will be billed to the permittee for electricity use.

F. All vehicles must park in designated, available public spaces.  Six (6) parking passes will be issued for backstage, Sylvan Theater for logistical vehicles.  To help avoid resource damage, Permittee's equipment must be hand-carried and/or hand-cared into event site.  Any cables must be covered to prevent a tripping hazard.

G. A copy of this permit for parkland activities must be carried at all times by the Permittee while operating under the authority granted. Permittee is responsible for reading and adhering to the terms of this permit.

H. Any further coordination regarding the permitted activity on parkland should continue to be through Sgt. Roxanne Brown-Ankney, U. S. Park Police, 202-426-0950 and Robbin Owen, Division of Park Programs at 202-619-7225. Permittee is responsible for acquiring all such necessary permission from the Metropolitan Police Department regarding use of their jurisdiction, if any.

I. Pursuant to 36 CFR 7.96(g)(xiii) the alternation, damage, or removal of park resources or facilities is prohibited. No holes may be dug and no item, including signs or banners, may be attached to park trees, plantings, benches or other park property.

J. Permittee's equipment must be removed from the park immediately following the conclusion of this event. Items left in the park will be considered abandoned property and will not be the responsibility of the National Park Service.

K. Donations: Permittee will conduct solicitation of donations. No literature sales will take place.

Consistent with your application request, this permit authorizes the in-person solicitation for money if it occurs within the confines of the permit area as part of your ongoing activity. ISCKON v. Kennedy 61 F. 3d 949 (D.C. Cir. 1995). All currency must be maintained and stored out of public view at all times. Exacting a payment or requesting a donation in exchange for merchandise constitutes a sale and is not allowed unless it comports with the NPS sales regulation found at 36 CFR 7.96 (k).



Sylvan Theatre

Sidewalk

Vegetation

Structure

Structure

Vegetation

Independence Avenue

Bandstand & Parking Fraser

Potable Restrooms

Sidewalk

50   0   50   Feet

17TH ST

CLOSED: POLICE SECURITY AREA

CONSTITUTION AVE

Haupt Fountains - West

2nd Division Monument

Ellipse
Grounds -
South

CLOSED FOR TURF RENOVATION

16TH ST

Haupt Fountains - East

Zero Milestone

National Christmas Tree

Original Patentees of DC Monument

Boy Scout Memorial

15TH ST

0
25
50
100
150
200
Feet
0
100
200
300
400
Meters

TRAIL OF MAPS
ELLIPSE GROUNDS
Reservation 1
NATIONAL CAPITAL PARKS CENTRAL
NATIONAL PARK SERVICE
WASHINGTON, DC

DRAWN    SD
DATE    7/23/2002

VA
DC
MD

P    Parking
M    Metrorail
     Entrance
▶    Statue
?    Visitor
     Information
🚻   Restrooms
⊞    Picnic Area
     Railroad
     Building
     Water

N

## NATIONAL PARK SERVICE

# P A R K I N G   P E R M I T



**Issued To:** 50 Years Is Enough

**Area(s):** Backstage Sylvan Theater

:

**Date(s):** 09/28/02      **Time(s):** 7 am - 9 pm

**Authorized by:**

NATIONAL CAPITAL PARKS-CENTRAL  DIVISON OF PARK PROGRAMS

Green

3.  All laws, rules and regulations applicable to the area covered by this permit remain in effect.

4.  No fee may be collected, donation solicited, or commercial activity conducted. No items may be sold or offered for sale except for books, newspapers, leaflets, pamphlets, buttons, and bumper stickers which contain a message related to your demonstration or special event. No other merchandise may be sold or offered for sale. A stand or structure used for the sale of permitted items may not exceed one table per site, which may be no larger than 2 ½ feet by 8 feet or 4 feet by 4 feet. The dimensions of the sales site may not exceed 6 feet wide by 15 feet long by 6 feet high.

5.  The area should be left in substantially the same condition as it was prior to the activities authorized herein, and all litter shall be placed in the trash containers provided.

6.  This permit is applicable only for the use of the area designated above, and during the times designated above, or in any area as may hereafter be designated by the United States Park Police.

7.  The use of sound amplification equipment, other than hand-portable sound amplification equipment to be used for crowd control purposes only, is prohibited on the White House Sidewalk (South 1600 Pennsylvania Avenue, NW., sidewalk between East Executive Avenue and West Executive Avenue). All sound amplification equipment shall be limited so that it will not unreasonably disturb nonparticipating persons in, or in the vicinity of, the area.

8.  The National Park Service reserves the right to immediately revoke this permit at any time should it reasonably appear that the public gathering presents a clear and present danger to the public safety, good order or health, or if any conditions of this permit are violated

Terry R. Carlstrom
Regional Director
National Capital Region

By:
Richard E. Merryman
Chief, Division of Park Programs
National Capital Parks-Central



**TO:** National Park Service
**FR:** Njoki Njoroge Njehũ, 50 Years Is Enough Network
**CC:** Robert Weissman, Mobilization for Global Justice
　　　 Marie Clarke-Brill, Mobilization for Global Justice
**DT:** September 20, 2002

**South Council:**

Tania Arotemena / Felix Wing Solis
Civil Society Initiative for
　the Environment
Panamá City, Panamá

Walden Bello / Nicola Bullard
Focus on the Global South
Bangkok, Thailand

Camille Chalmers
PAPDA
Port-au-Prince, Haiti

Demba Dembele
Forum for African Alternatives
Dakar, Senegal

Maitet Diokno-Pascual
Freedom from Debt Coalition
Quezon City, Philippines

Jonah Gokova
Ecumenical Support Services
Harare, Zimbabwe

Sarath Fernando
IONLAR
Ratmalkatte, Sri Lanka

Vineeta Gupta
INSAAF International
Bhatinda, Punjab, India

Georgine Kengne Djeutane
Ecumenical Service for Peace
Yaoundé, Cameroon

Rajni Lallah
LALIT
Port Louis, Mauritius

Maria Luisa Mendonça
Social Network for Justice &
　Human Rights
São Paulo, Brazil

Trevor Ngwane / Patrick Bond
Alternative Information &
　Development Centre (AIDC)
Johannesburg, South Africa

Oduor Ong'wen
EcoNews Africa
Nairobi, Kenya

Marie Shaba / Aggripina Mosha
Tanzania Gender Networking
　Program
Dar es Salaam, Tanzania

<u>RE:　　Permits</u>

This is to confirm that the 50 Years Is Enough Network is opting to use the Sylvan Theater over the Ellipse for our main event on Saturday, September 28, 2002.

There are no other substantial changes to our permit besides this one to relocate our main stage from the Ellipse to the Sylvan Theater.  It is my understanding, following a phone conversation with Ms. Sheila Gotha-Samuel, that since there are toilet facilities on site we will only need to provide an additional 8 port-a-johns of which 20% must be ADA compliant.  Just to be safe we will provide a total of 15 port-a-johns, four of them will be ADA compliant.

I also spoke with Mr. Newman, Chief of Maintenance regarding access to electrical power hookup.  It is my understanding there would be a four hour labor charge at $40/hr = $160 and an additional $100 charge for electricity use for a total of $260.

Please contact me if you have any questions or need further information.  I can be reached at the letterhead contact information or on cell phone at 202/746-4318.

Via Fax — 401-2430

**U.S. Steering Committee:**
ACERCA • Campaign for Labor Rights • Columban Justice & Peace Office • Economic Justice Now • Global Exchange • Jubilee Chicago • JustAct: Youth Action for Global Justice • Kentucky Interfaith Task Force on Latin America & the Caribbean • Sisters of Notre Dame de Namur • Sisters of the Holy Cross

reporting burden for this collection of information is estimated to average .05 hours per response, including the time
instructions, searching existing data sources, gathering and maintaining the data needed, and completing and
ection of information. Send comments regarding this burden estimate or any other aspect of this collection
cluding suggestions for reducing this burden, to U.S. Department of the Interior, Clearance Officer, MS-4429,
W., Washington, D.C. 20240; and to the Office of Information and Regulatory Affairs, Office of Management
udget, Washington, D.C. 20603.

OMB CLEARANCE
NUMBER:
1024-0021
EXPIRES: 07/31/98

## NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
## APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR
## SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL
## LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK*
## AND/OR LAFAYETTE PARK

02-0599                 1/22/02

Date of this Application

1.  Individual and/or organization sponsor(s): _50 Years Is Enough Network_

    Address: _3628 12th Street, NE  WDC  20017_

    Telephone Nos. (include area code): Day _202/463-2265_ Evening _202/667-6098_

2.  This is an application for a permit to conduct a DEMONSTRATION ___✓___
    SPECIAL EVENT _____.  (For definitions, see instruction page.)

3.  This is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain
    demonstrations.  YES___NO _✓_ (A waiver is required if it is expected that a demonstration
    on the White House Sidewalk* will include more than 750 participants or that a
    demonstration in Lafayette Park will include more than 3,000 participants.)

4.  Date(s) of proposed activity: From _9/28/2002_ To _9/29/2002_
                                        Month/Day/Year        Month/Day/Year

    Time:  Begin: _9_ (a.m.)(p.m.)  Terminate: _7_ (a.m.)(p.m.)

5.  Location(s) of proposed activity.  (Include assembly and dispersal areas.)
    _Reservation 30 + 31_

6.  Purpose of proposed activity: _Rally for Global Justice_

7.  Estimated maximum number of participants.  (If more than one park area is to be used,
    list numbers separately for each area.)  _200 - 400_

*(The "White House Sidewalk" is the sidewalk between East and West Executive Avenues,
on the south side of Pennsylvania Avenue, NW.)

-2-

Will cleanup people be provided for the area: ✓YES ___NO. How will they be
identified? _Arm bands / and or t-Shirts_____

9. Person(s) in charge of activity. (One person must be listed as in charge of the activity.
If different individuals are to be in charge of various activities at different locations, each
must be listed.)

Person in charge: _Njoki  Njoroge  Njehu_____

Address: _3628  12th  Street, NE  WDC  20017_____

Telephone Nos. (Include area code): Day _202/463-2265_  Evening _202/667-6098_

10. Plans for proposed activity. (Include a list of all principal speakers and the complete
time schedule for the activity. Include proposed route of any march or parade, and plans
for the orderly termination and dispersal of the proposed activity which might affect the
regular flow of city traffic.) _____

_____

_____

11. (a) List all props, stages, sound equipment, and other items to be provided by
applicant/sponsor. (Include approximately number and size(s) of supports, standards, and
handles; necessary medical/sanitary facilities and other similar items.) _Mobile_
_Sound System ,  Water + first aid  Stations_

(b) If boxes, crates, coffins, or similar items will be used, state whether they are to be
carried opened or closed, their proposed size, the materials constructed from, and their
proposed contents and use. _____

_None_

12. (a) Do you have any reason to believe or any information indicating that any
individual, group, or organization might seek to disrupt the activity for which this
application is submitted? ___YES ✓NO

(b) If "YES," list each such individual, group, or organization, with all information as
to each, including address and telephone numbers. _____

_____

13. MARSHALS: (a) Will applicant/sponsor furnish marshals? (Required for waivers of
numerical limitations and for demonstration activities held simultaneously on White House
Sidewalk and Lafayette Park.) ✓YES ___NO. If "YES," how many marshals will be
furnished? _10_

(b) Person(s) responsible for supervision of marshals (for each location):

-3-

Location(s): ___Reservation  30 + 31___

Name(s): ___Neil  Watkins___

Address(es): ___733  15th  Street, NW  Suite 928  WDC  20005___

Telephone Nos.: Day: __202/393-6665__  Evening: __202/423-1023__

(c) List the functions the marshals are expected to perform: ___Provide  information -___
___Media  direction ;  direct  to  facilities___

**QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A WAIVER OF NUMERICAL LIMITATIONS. IF THIS IS NOT AN APPLICATION FOR A WAIVER, DO NOT ANSWER THESE QUESTIONS.**

14. What communications equipment will be provided to the marshals? (Include the number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)

_____

_____

15. How will the marshals be identified? _____

16. State specifically the plans for ingress and egress of the participants to and from Lafayette Park including proposed sites for loading and unloading of buses, automobiles, or other forms of transportation which the participants are expected to use (supply chart if necessary). _____

_____

_____

### APPLICATION IS NOT VALID UNLESS SIGNED

___Director___
Position of person filing application

___Njoki  Njoroge  Njehu___
Signature of person filing application

3628  12th  Street, NE
WDC  20017

___Njoki  Njoroge  Njehu___
Typed or printed name of person
filing application

Address of person filing application

Telephone Nos. of person filing application (include area code):

Day: __202/463-2265__   Evening: __202/667-6098__

reporting burden for this collection of information is estimated to average .05 hours per response, including the time
structions, searching existing data sources, gathering and maintaining the data needed, and completing and
ection of information. Send comments regarding this burden estimate or any other aspect of this collection
cluding suggestions for reducing this burden, to U.S. Department of the Interior, Clearance Officer, MS-4429,
NW., Washington, D.C. 20240; and to the Office of Information and Regulatory Affairs, Office of Management
...., Washington, D.C. 20603.

OMB CLEARANCE
NUMBER:
1024-0021
EXPIRES: 07/31/98

# NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
## APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR
## SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL
## LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK*
## AND/OR LAFAYETTE PARK

62-0600                     1/22/02
_____
                            Date of this Application

1. Individual and/or organization sponsor(s): 50 Years Is Enough Network

_____

Address: 3628 12th Street, NE    WDC    20017

Telephone Nos. (include area code): Day 202/463-2265 Evening 202/667-6098

2. This is an application for a permit to conduct a DEMONSTRATION ✓
   SPECIAL EVENT _____. (For definitions, see instruction page.)

3. This is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain
demonstrations. YES___NO ✓ (A waiver is required if it is expected that a demonstration
on the White House Sidewalk* will include more than 750 participants or that a
demonstration in Lafayette Park will include more than 3,000 participants.)

4. Date(s) of proposed activity: From Sept. 28, 2002 To Sept. 29, 2002
                                      Month/Day/Year          Month/Day/Year

   Time: Begin: 7 (a.m.)(p.m.) Terminate: 7 (a.m.)(p.m.)

5. Location(s) of proposed activity. (Include assembly and dispersal areas.)
   The Ellipse / NW Quadrant Washington
   Monument Grounds

6. Purpose of proposed activity: Rally for Global Justice

_____

7. Estimated maximum number of participants. (If more than one park area is to be used,
list numbers separately for each area.) 1,500 - 4,000

*(The "White House Sidewalk" is the sidewalk between East and West Executive Avenues,
on the south side of Pennsylvania Avenue, NW.)

-2-

8. Will cleanup people be provided for the area: __✓__ YES _____ NO. How will they be identified? _by ASM bands off and/or t-shirts_

9. Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)

Person in charge: _Njoke Njoroge Njehu_

Address: _3628 12th Street, NE WDC 20017_

Telephone Nos. (Include area code): Day _202/463-2265_  Evening _202/667-6098_

10. Plans for proposed activity. (Include a list of all principal speakers and the complete time schedule for the activity. Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic.) _Prof. Dennis Brutus (Jubilee South Africa), Marie Dennis (Maryknoll Office for Global Concerns); Salih Booker (Africa Action)_

11. (a) List all props, stages, sound equipment, and other items to be provided by applicant/sponsor. (Include approximately number and size(s) of supports, standards, and handles; necessary medical/sanitary facilities and other similar items.) _Stage, Sound System; Lost + Found; Water + First Aid Station_

(b) If boxes, crates, coffins, or similar items will be used, state whether they are to be carried opened or closed, their proposed size, the materials constructed from, and their proposed contents and use. _None_

12. (a) Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted? _____ YES __✓__ NO

(b) If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers. _____

13. MARSHALS: (a) Will applicant/sponsor furnish marshals? (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.) __✓__ YES _____ NO. If "YES," how many marshals will be furnished? _Approx. 100_

(b) Person(s) responsible for supervision of marshals (for each location):

-3-

Location(s): ~~Rot~~ Reservation 30 + 31

Name(s): Robert Weissman

Address(es): 1530 P Street, NW   WDC 20005

Telephone Nos.: Day: 202/387-8030   Evening: 202/986-7262

(c) List the functions the marshals are expected to perform: Provide information
direct to facilities, coordinate with peace keepers

## QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A WAIVER OF NUMERICAL LIMITATIONS. IF THIS IS NOT AN APPLICATION FOR A WAIVER, DO NOT ANSWER THESE QUESTIONS.

14.  What communications equipment will be provided to the marshals?  (Include the number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)

_____

_____

15.  How will the marshals be identified? _____

16.  State specifically the plans for ingress and egress of the participants to and from Lafayette Park including proposed sites for loading and unloading of buses, automobiles, or other forms of transportation which the participants are expected to use (supply chart if necessary). _____

_____

_____

### APPLICATION IS NOT VALID UNLESS SIGNED

Director
_____
Position of person filing application

Njoki Njoroge Njehu
_____
Signature of person filing application

3628 12th Street, NE
WDC 20017

NJOKI NJOROGE NJEHU
_____
Typed or printed name of person filing application

Address of person filing application

Telephone Nos. of person filing application (include area code):

Day: 202/463-2265   Evening: 202/667-6098

Paperwork Reduction Act & Privacy Act Statement: In accordance to 36 CFR 7.96 (g), this regulation gives us the authority to require applicants to fill out this form to request permits for special events or demonstrations. A Federal Agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. Confidentiality of this information is assured subject to the provisions of the Freedom of Information Act. Additional disclosures of the information may be to the United States Park Police, the District of Columbia Metropolitan Police Department, and any other affected law enforcement agencies.
Public reporting for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Chief of Park Programs Division, National Park Service, National Capital Region, 1100 Ohio Dr., S.W., Washington, D.C. 20242.

OMB CONTROL NUMBER: 1024-0021                                          EXPIRES: 04/30/04

## NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
### APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK* AND/OR LAFAYETTE PARK

02-1704                         9/17/2002
                                _____
                                Date of this Application

WASHINGTON PEACE CENTER,

*Individual and/or organization sponsor(s):*

IN COALITION WITH A DOZEN OTHER PEACE AND JUSTICE ORGANIZATIONS.

*Address:* ___1801 COLUMBIA RD NW SUITE 104, WASHINGTON, DC  20009___

*Telephone Nos. (include area code): Day* ___202-234-2000___ *Evening* _____

2. *This is an application for a permit to conduct a DEMONSTRATION* ___X___
   *SPEClAL EVENT* _____. *(For definitions, see instruction page.)*

3. *This is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain demonstrations. YES* ____ *NO* ____ *(A waiver is required if it is expected that a demonstration on the White House Sidewalk\* will include more than 750 participants or that a demonstration in Lafayette Park will include more than 3,000 participants.*

4. *Date(s) of proposed activity: From* ___9/29/2002___ *To* ___9/29/2002___
   *Month/Day/Year              Month/Day/Year*

   *Time: Begin:* ___2:00 PM___ *(a.m.)(p.m.)  Terminate:* ___3:00 PM___ *(a.m.)(p.m.)*

5. *Location(s) of proposed activity. (Include assembly and dispersal areas.)*

   DUPONT CIRCLE.  WE WILL MARCH FROM DUPONT CIRCLE TO 3400
   MASSACHUSETTS AVE (RESIDENCE OF VP CHENEY AT NAVAL OBSERVATORY),
   STOPPING BRIEFLY AT EMBASSIES ALONG THE WAY: TURKISH (2525 MASS
   AVE), JAPANESE (2520 MASS AVE), EGYPTIAN (2308 TRACY PL) and
6. *Purpose of proposed activity:* _____ BRITISH (3100 MASS)

   TO PROTEST AGAINST US GOVERNMENT PLANS TO ATTACK OR INVADE
   IRAQ AND TO SHOW SUPPORT FOR NATIONS WHO OPPOSE THIS PLAN.

7. *Estimated maximum number of participants. (If more than one park area is to be used, list numbers separately for each area.)* ___2000___
*(The "White House Sidewalk" is the sidewalk between East and West Executive Avenues, on the south side of Pennsylvania Avenue, NW.)*

RECEIVED BY
NATIONAL PARK SERVICE, NCR
DIVISION OF PARK PROGRAMS

SEP 17  P1:07

8. *Will cleanup people be provided for the area:* __X__ *YES* _____ *NO. How will they be identified?* __YELLOW ARM BANDS (SAME AS MARSHALS)__

9. *Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)*

   *Person in charge:* __MIKE ZMOLEK__

   *Address:* __521 LINCOLN AVE TAKOMA PARK, MD 20912__

   *Telephone Nos. (Include area code): Day* __301-891-0605__ *Evening* __301-891-0605__

10. *Plans for proposed activity. (Include a list of all principal speakers and the complete time schedule for the activity. Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic.)* __ASSEMBLE AT DUPONT CIRCLE, 2 PM.__

    LEAVE DUPONT CIRCLE 2;30 PM.  MARCH UP MASS AVE, STOPPING AT

    4 EMBASSIES, ASSEMBLE AT VP CHENEY'S RESIDENCE AT 3400 MASS AVE. DISPERSE AROND 4:30 PM.

11. *(a) List all props, stages, sound equipment, and other items to be provided by applicant/sponsor. (Include approximately number and size(s) of supports, standards, and handles; necessary medical/sanitary facilities and other similar items.)* _____

    ONE MOBILE SOUND UNIT.

    *(b) If boxes, crates, coffins, or similar items will be used, state whether they are to be carried opened or closed, their proposed size, the materials constructed from, and their proposed contents and use.* _____

12. *(a)  Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted?* _____ *Yes* __X__ *NO*

    *(b)  If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers.* _____

13. *MARSHALS: (a)  Will applicant/sponsor furnish marshals? (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.)* __x__ *YES* _____ *NO. If "YES," how many marshals will be furnished?* __12-15__

    *(b)  Person(s) responsible for supervision of marshals (for each location):*

Location(s): __DuPont Circle__

Name(s): __Mike Zmolek__

Address(es): __521 Lincoln Ave Takoma Park, MD 20912__

Telephone Nos.: Day: __(301)891-0605__   Evening: __(301)891-0605__

(c)   List the functions the marshals are expected to perform: __ENSURE ORDERLY__

__ASSEMBLY AND MARCH, ASK PERSONS TO LEAVE WHO MAY BE DISRUPTIVE__

**QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A WAIVER OF NUMERICAL LIMITATIONS. IF THIS IS NOT AN APPLICATION FOR A WAIVER, DO NOT ANSWER THESE QUESTIONS.**

14. *What communications equipment will be provided to the marshals? (Include the number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)*
__BULLHORNS, MOBILE PA, WALKIE-TALKIES A POSSIBILITY.__

15. *How will the marshals be identified?* __YELLOW ARM BANDS.__

16. *State specifically the plans for ingress and egress of the participants to and from Lafayette Park including proposed sites for loading and unloading of buses, automobiles, or other forms of transportation which the participants are expected to use (supply chart if necessary).* __PARTICIPANTS WILL ARRIVE OF THEIR OWN VOLITION and MEANS.   WE WILL DEPART DUPONT CIRCLE COLLECTIVELY.__

**APPLICATION IS NOT VALID UNLESS SIGNED**

CHAIR OF MARCH COMMITTEE

*Position of person filing application*

*Signature of person filing application*

521 LINCOLN AVE
TAKOMA PARK, MD 20912

MIKE ZMOLEK

*Typed or printed name of person Filing application*

*Address of person filing application*

Telephone Nos. of person filing application (include area code):

Day: __301 891 0605__   Evening: __301 891 0605__