UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
**CRIMINAL INCIDENT RECORD**

U.S. PARK POLICE ☒
1 JUVENILE CASE ☐

M 10-3438

| 2 ORGANIZATION CODE | 3 SYSTEM AREA | 4 LOCATION CODE | 5 YEAR | CASE/INCIDENT NUMBER |
|---|---|---|---|---|
| 3 9 6 0 | Central District - Pennsylvania Ave. | 1 3 7 4 | 0 2 | 0 3 0 9 6 5 |

| 6 LOCATION OF INCIDENT | 7 BEAT | 8 WHEN DID IT OCCUR? MO DAY YR | 9 24 HOUR TIME HRS MIN | 10 DAY OF WEEK |
|---|---|---|---|---|
| Pennsylvania Ave. @ 15th St., NW | 112 | 09 27 02 | 1045 | 6 |

| 11 OFFENSE/INCIDENT CODE | 12 NATURE OF INCIDENT | 13 WHEN RECEIVED DATE | TIME |
|---|---|---|---|
| | Fail to Obey Officer - 1 Arrest | 9/27/02 | 1045 |

| 14 LAST | FIRST | MI | C V W | 15 DATE OF BIRTH | 16 PHONE BUSINESS |
|---|---|---|---|---|---|
| Ofc. C. Stock | | | | | |

| 17 ADDRESS NUMBER | STREET | CITY | STATE | ZIP | 18 PHONE RESIDENCE |
|---|---|---|---|---|---|

| 19 LAST | FIRST | MI | C V W | 20 DATE OF BIRTH | 21 PHONE BUSINESS |
|---|---|---|---|---|---|

| 22 ADDRESS NUMBER | STREET | CITY | STATE | ZIP | 23 PHONE RESIDENCE |
|---|---|---|---|---|---|

| 24 LAST | FIRST | MIDDLE | A S O | X 25 DATE OF BIRTH | 26 PHONE BUSINESS |
|---|---|---|---|---|---|
| ████ | ████ | ████ | | ████ | |

| 27 ADDRESS NUMBER | STREET | CITY | STATE | ZIP | 28 PHONE RESIDENCE |
|---|---|---|---|---|---|
| ████ | | ████ | ████ | | ████ |

| 29 RACE | 30 SEX | 31 AGE | 32 HGT | 33 WGT | 34 EYES | 35 HAIR | 36 HAIR LENGTH | 37 HAIR STYLE | 38 FACIAL HAIR | 39 MARKS/SCARS | 40 ARMED WITH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 22 | 6'2" | 167 | bro | bro | | | | | |

| 41 HAT | 42 COAT/JACKET | 43 SHIRT | 44 TROUSERS/SKIRT | 45 SHOES | 46 SOCIAL SECURITY NUMBER | 47 PDID |
|---|---|---|---|---|---|---|
| black | | green plaid | tan | brown | 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 | |

| 48 LAST | FIRST | MIDDLE | A S O | 49 DATE OF BIRTH | 50 PHONE BUSINESS |
|---|---|---|---|---|---|

| 51 ADDRESS NUMBER | STREET | CITY | STATE | ZIP | 52 PHONE RESIDENCE |
|---|---|---|---|---|---|

| 53 RACE | 54 SEX | 55 AGE | 56 HGT | 57 WGT | 58 EYES | 59 HAIR | 60 HAIR LENGTH | 61 HAIR STYLE | 62 FACIAL HAIR | 63 MARKS/SCARS | 64 ARMED WITH |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 65 HAT | 66 COAT/JACKET | 67 SHIRT | 68 TROUSERS/SKIRT | 69 SHOES | 70 SOCIAL SECURITY NUMBER | 71 PDID |
|---|---|---|---|---|---|---|

| 72 VEHICLE INVOLVED IN CRIME KNOWN TO OPERATE | 73 YEAR | 74 MAKE | 75 MODEL | 76 BODY STYLE | 77 COLOR | 78 TAG NUMBER | 79 STATE | 80 IDENTIFYING FEATURES/VIN |
|---|---|---|---|---|---|---|---|---|

| ☐ IMPOUNDED ☐ STOLEN ☐ RECOVERED ☐ SEIZED | REMOVED TO | REMOVED BY | 82 NCIC ☐ TELETYPE ☐ RADIO LOOKOUT ☐ |
|---|---|---|---|

| 83 ARREST(S) DATE | 84 TIME | 85 CHARGE(S) | 86 COURT DATE | 87 VALUE STOLEN | 88 VALUE RECOVERED |
|---|---|---|---|---|---|
| 9/27/02 | 1045 | Fail to Obey Officer | 9/27/02 | | |

89 NARRATIVE: (1) CONTINUATION OF ABOVE ITEMS, INDICATE ITEM NUMBER AT LEFT, INCLUDE ADDITIONAL WITNESSES AND SUSPECTS. (2) INDICATE HOW NOTIFIED OF INCIDENT, DESCRIBE DETAILS OF INCIDENT. (3) DESCRIBE PROPERTY AND ITS VALUE.

| 90 STL | 91 REC | 92 PROP | 93 VALUE |
|---|---|---|---|

On 9/27/02 at approx. 1045 hours, ████ was arrested at Pennsylvania Ave. and 15th St., NW, for Failure to Obey a Police Officer. ████ was transported to USPP D1 for processing where he elected to forfeit on the charge of Failure to Obey a Police Officer.

94 INVESTIGATOR NOTIFIED

EXHIBIT
02-CV2010
8

| STATUS: ☐ OPEN ☐ SUSPENDED | CLOSED BY: ☒ ARREST ☐ EXCEPTION ☐ UNFOUNDED | 95 DISPOSITION: |
|---|---|---|

| 97 REPORTING OFFICER | BADGE/ID | DATE | 98 ASSISTING OFFICER | BADGE/ID | 99 SUPERVISOR | BADGE/ID | DATE |
|---|---|---|---|---|---|---|---|
| C. Stock | 0198 | 9/27/02 | Yurko, R. | | | 1077 | 9/27/02 |

U.S. GPO: 1998-618-240/82073

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
UNITED STATES PARK POLICE

| YR | INCIDENT NUMBER |
|---|---|
| 02 | 030965 |

LOCATION CODE

# EVIDENCE/PROPERTY CONTROL RECEIPT

| EVIDENCE | ☐ FOUND PROPERTY | ☒ SAFEKEEPING |

OFFENSE/INCIDENT: FAIL TO OBEY OFFICER/1 ARR.   DATE: 9/27/02   TIME: 1045
LOCATION: 15th & Penna   OFFICER: Stock   BADGE #: 198
PROPERTY #: _____   NARCOTIC #: _____   DEA LAB #: _____   MCL #: _____

| ITEM # | QUANTITY | DESCRIPTION OF EVIDENCE/PROPERTY | LOCATION RECOVERED |
|---|---|---|---|
| 1 | 1 | red scarf | WHITE'S PERSON |
| 2 | 1 | black hat | |
| 3 | 1 | cobra walkie talkie | |
| 4 | 1 | Kodak camera | |
| 5 | 1 | deck play | |
| 6 | 1 | brown wallet w/ misc personal papers | |
| | | $80.53   3-$20 1-$10 1-$5 5-$1 | |
| | 1 | AAA battery pack | |
| 9 | 1 | KEYS | |
| 10 | 2 | SHOELACES (BLACK) | |
| 11 | 2 | GUM AND CHAPSTICK | |
| | | END OF LIST | [signature] |

☐ NCIC CHECK MADE

EVIDENCE/PROPERTY OBTAINED FROM: ▓▓▓▓▓▓▓▓▓▓
OWNER: ▓▓▓▓▓▓▓▓▓▓   DEFENDANT(S): _____
OWNER'S ADDRESS: _____
RECOVERED/RECEIVED BY: YURIKO   DATE: 9/27/02   TIME: 1045
ADDRESS: D-1

PROPERTY MAY BE:  RELEASED: YES (X)  NO ( )  ITEM(S): All Items
                  DESTROYED: YES ( )  NO (X)  ITEM(S): _____
      INVOLVES ASSET FORFEITURE: YES ( )  NO (X)  ITEM(S): _____

UNDER APPEAL: YES ( )  NO (X)

R. Yuriko   195   9/27/02

OFFICER/AUSA OR STATES ATTORNEY

**COMPLETED**

**METROPOLITAN POLICE DEPARTMENT**
Washington, D.C.
ARREST/PROSECUTION REPORT
P.D. 163 rev. 6/94     G.O. 401.5

| Field | Value |
|---|---|
| 5. UNIT ARREST NO. | 530200924 |
| 8. Arresting Officer's Name | STOCK |
| Rank / Badge # / Agency | Ofc 198 USPP |
| 16. SEX | M |
| 17. RACE | W |
| 21. HEIGHT | 6'2" |
| 22. WEIGHT | 167 |
| 23. HAIR | BRN |
| 24. EYES | BRO |
| 30. ETHNIC | N |
| 32. SCARS/MARKS/TATTOOS | N/A |
| 33. HAT | blk |
| 37. SHIRT | Grn Plaid |
| CHECK MADE BY | Huffman |
| NCIC NUMBER | 11504 |
| WARRANT ON FILE | No |
| 40. LOCATION OF OFFENSE | Pennsylvania Ave @ 15th St. NW |
| DATE OF OFFENSE | 9-27-02 |
| TIME OF OFFENSE | 1045 |
| 41. LOCATION OF ARREST | Pennsylvania Ave @ 15th St. NW |
| DATE OF ARREST | 9-27-02 |
| TIME OF ARREST | 1045 |
| Arresting Officer | Yurko, R. 485 USPP |
| 43. DEFENDANT ADVISED OF RIGHTS | NOT ADVISED |

**49. CHARGES**

| # | CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA/BOND RECEIPT NO. |
|---|---|---|---|---|---|
| 1. | Fail to Obey Traffic Officer | | 02-30965 | F | H508 |

**51. INITIALS - DATE - UNIT OF PERSON TAKING PRINT**
MSV 9-27-02 USPP D1

**52. M.O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS**
Fails to obey traffic officer. History Buff

DISTRIBUTION: Page 1. to ID & RD; Page 2. & 3. to Prosecutor; Page 4. (yellow), Unit Copy; 5. Officer's Copy.

PAGE 3

REVERSE CARBON AND FILL IN REVERSE SIDE OF THIS FORM

REVERSE CARBONS

| FROM - DATE - TO | 55. EMPLOYMENT HISTORY (List present employment if any, on Line 1) | | | |
|---|---|---|---|---|
| | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
| 1. | | | | |
| 2. | | | | |

| RELATIONSHIP | DOB/AGE | 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES (Begin with immediate family) | | |
|---|---|---|---|---|
| | | NAME - LAST, FIRST, M.I. | ADDRESS - STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |

57. MILITARY SERVICE: BRANCH/DATE FROM - TO

58. TELEPHONE CALL MADE ☐ Yes ☐ No ☐ Refused    59. PHONE NUMBER

60. STATEMENT OF FACTS: (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. REFER to them as W1 or W2, etc as indicated in Item 31.)

ON 9/27/02 AT APPROXIMATELY 1045 HRS, I WAS POSTED AT AN ESTABLISHED POLICE LINE ON THE SOUTH CURB LINE AT 15TH AND PENNSYLVANIA DURING THE WORLD BANK/IMF DEMONSTRATION. A WHITE MALE, LATER IDENTIFIED AS ███, STEPPED PAST THE POLICE LINE APPROXIMATELY 10 FEET FROM THE CURB. I POLITELY ASKED ███ TO STEP BACK ONTO THE CURB, AND ███ REPLIED "WHAT ARE YOU GOING TO ARREST ME?" I ISSUED A SECOND VERBAL WARNING, FOLLOWED BY A THIRD WARNING WHEN WHITE REFUSED TO GET BEHIND THE ESTABLISHED LINE BY STATING "NO" TO MY VERBAL COMMANDS. ███ WAS ARRESTED AND TRANSPORTED TO DISTRICT ONE (USPP) FOR PROCESSING. WHILE AT DISTRICT ONE, ███ FORFEITED AND WAS RELEASED FROM THE STATION.

61. DEFENDANT'S VERSION / REMARKS: [What did defendant say about the offense or his/her whereabouts at the time of offense? (Use PD 118 for defendant's written statement.)]

"I just wanted to go with my friends on the bus."
"I'm a history buff."

63. ARREST RECORD SUMMARY
1.
2.

64. PROPERTY BOOK/PAGE NO.
PRISONER'S PROPERTY ONLY

65. Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ No
If yes, include in Defendant's Version/Remarks Section above.)

66. [signature] MAKING STATEMENT

67. SIGNATURE OF OFFICER MAKING STATEMENT

BADGE NUMBER    RANK PVT
UNIT USPP D1    DATE 9/27/02

68. SIGNATURE OF REVIEWING OFFICIAL
UNIT D-1    DATE 9/27/02

CHECK LAST COPY FOR LEGIBILITY BEFORE TURNING IN REPORT