# Oakland Tribune

## Protest versus an act of terrorism

**Tuesday, May 20, 2003** - WHEN OAKLAND police opened fire with less-lethal weapons on a group of anti-war protesters at the Port of Oakland on April 7, the question was why? There had been violent protests in other U.S. cities, but no other police force in this country responded with such force. Police officers claimed protesters were throwing rocks, bolts and locks at them, however, neither a videotape shot by the department nor radio communication between officers indicate protesters were throwing anything at the officers. So why did they shoot wooden slugs and stinger grenades at unarmed, non-violent protesters?

The answer may be even more disturbing, with far-reaching implications, than the welts and bruises suffered by peaceful protesters. According to a story by Oakland Tribune reporters Ian Hoffman, Sean Holstege and Josh Richman, before the protest, the Oakland Police Department (OPD) received intelligence from the California Anti-Terrorism Information Center (CATIC) that painted the protesters as violent anarchists.

It seems the police were programmed to expect the worst and, as a result, overreacted.

Created in 2002, the center gathers and analyzes information on activists and passes along national terror intelligence.

In the case of the port protesters, however, the intelligence was selectively negative. The center quoted the Web site of Direct Action to Stop the War, the umbrella group of anti-war organizations, as calling for protesters to "shut down the war merchants."

It did not, however, refer to the specific directions to port protesters: "This is not a civil disobedience action ... our goal is to maintain the picket line not to get arrested."

Afterward, people wondered why police didn't simply arrest the protesters if they were engaging in civil disobedience. According to this directive, the protesters didn't even plan to get arrested. Instead, they ended up being fired upon by less-lethal weapons that left ugly wounds -- not to mention the disturbing pictures of police firing on protesters broadcast around the country.

The "black masks" are a good example of how the police were predisposed to overact. An April 1 e-mail prepared by the OPD intelligence unit supervisor warned about the "Black Bloc," a group that wears black clothes and face masks. In a San Francisco demonstration, group members allegedly fought with police. The memo predicted a large "Black Bloc" contingent at the port protest.

After the fiasco, defenders of the police, including some City Council members, claimed police fired after protesters donned black masks. But the video does not show protesters putting on black masks and the radio transmissions make no mention of them. Is seems police saw what they had been primed to see, whether it happened or not. (Even bad intelligence doesn't excuse the commanders at the scene from judging the situation for themselves.)

Flawed intelligence skewed toward the worst-case scenario may have set up OPD to engage in the most violent, repressive reaction to an anti-war protest in the country.

That's bad enough. The attitude expressed by a spokesman for the intelligence center, CATIC, is even more alarming.

"You can make an easy kind of a link that if you have a protest group protesting a war where the cause that's being fought against is international terrorism, you might have terrorism at that protest," said Mike Van Winkle from the state Justice Department. "You can almost argue that a protest against that is a terrorist act."

Following that logic, almost any protest of the Bush administration's response to terrorism is a terrorist act. That is a profoundly disturbing attitude. Hundreds of thousands of U.S. residents disagree with many of the Bush administration's anti-terrorist strategies, from the Patriot Act to the invasion of Iraq. They are not terrorists. They are Americans exercising their right of freedom of expression and association, rights fundamental to this democracy.

There are some extremely frightening things happening in our country. MCI is being pressured to drop actor Danny Glover as its spokesperson because he opposes the war in Iraq and the administration's Cuba policy. The Dixie Chicks, Sean Penn,

Tim Robbins and Susan Sarandon have faced similar blacklisting for expressing their points of view.

U.S. citizens and residents who are Muslims or "look" Middle Eastern have been harassed, prosecuted and detained without charge.

In the words of Glover, "Something is happening now that is very dark and very sinister in this country."

If it grows, it could be even darker, and more satisfying to actual terrorists, than the cloud that billowed up from the collapsing Twin Towers.

Brenda Payton's column appears in the local section on Tuesdays and Fridays and on the opinion page on Sundays.