UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY BARHAM, et al.
    Plaintiffs

v.                               Civil Action No. 02-CV-2283 (EGS)

CHIEF CHARLES H. RAMSEY, et al.
    Defendants

### Affidavit of Dr. Sally Norton

My name is Dr. Sally Norton, and I am a plaintiff in the above-captioned action and competent to testify to the following based on my personal knowledge.

1. On September 27, 2002, I was in Washington, D.C. to attend a nursing conference. I saw a political assembly in Pershing Park and entered the park to observe the demonstration and listen to any speakers.

2. I noticed that I was surrounded by police officers, some of whom were on horseback. I now understand that the horse-mounted police were with the U.S. Park Police.

3. I and the others I was with attempted to leave. We asked at least five different police officers, but all refused to allow us to leave the park. Other people who were also being held in the park told us that they too attempted to leave, unsuccessfully.

4. I continuously watched the perimeter of the park, hoping that some portion of the police lines would yield and I would be able to leave. Had any one side of the box formed by these police lines, including the portion staffed by the U.S. Park Police, yielded, I would have been free to leave.

5. Some of the police were in riot gear and were intimidating. After the lines began to constrict, many who approached and asked to leave were shoved backwards roughly by the police.

6. At no point while I was being held in the park did any officer question me about my activities earlier that day, ask me for identification, or otherwise investigate me. I never saw or heard any officer engage in any questioning or investigation of anyone while we were being held in the park. I told some of the officers that I was in town for a nursing conference and was staying at the adjacent hotel, but they did not appear to care who I was or why I was in the park.

7. Before the police lines encircled us, the atmosphere in the park was calm. People were drumming and singing and dancing. At no point did I see anyone in the park do anything that appeared dangerous or illegal, except the police. I did not feel any sense of threat from anyone, other than the police. Had I felt at all threatened by the crowd, I would have left. I did not see any event or incident that could have triggered the police to surround us.

8. At least forty-five minutes passed between the time that I realized I was trapped in the park and when the police lines began to constrict and force us onto the buses. Throughout this time, the police on horseback and the other police maintained their box and prevented us from leaving the park.

9. I understand from press accounts that Federal government agencies were involved in planning and coordinating responses to these protests. However, I do not have personal knowledge of the internal discussions and processes of these Federal agencies, and would require additional information in order to articulate fully the scope and specifics of their roles and conduct.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_Sally A. Norton_  6/23/03 sn
Sally Norton       Date executed