## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JEFFREY BARHAM, et al.
    Plaintiffs

v.      Civil Action No. 02-CV-2283 (EGS)

CHIEF CHARLES H. RAMSEY, et al.
    Defendants

### Affidavit of Noah Falk

My name is Noah Falk, and I am a plaintiff in the above-captioned action and competent to testify to the following based on my personal knowledge.

1. I was present in Pershing Park on the morning of September 27, 2002.

2. When I arrived, people in the park were playing drums and dancing, and milling about. There was nothing unusual compared with many other protests I had attended without incident. Even after the people realized they were surrounded by the police, the atmosphere was relatively calm, if apprehensive.

3. When I realized that the police had formed lines encircling the park, I began to walk the perimeter in an attempt to leave. I asked many officers to allow me to leave, and asked if I was being detained and if I was under arrest. None of them would answer me; one officer said "you're a real asshole" for asking these questions. The lines would not yield and I was trapped.

4. I went to all four sides of the park in an attempt to leave. On one end, there was a line of horse-mounted police officers. The line of horses was intimidating and the officers appeared aggressive. I was afraid to approach the line, and there was no opening through which I could pass and leave the park.

5. I observed all the police lines that encircled the park, including the line of horses, and at

no point did any of them yield. Had any one side of the box formed by these police lines, including the portion with the mounted police, yielded, I would have been free to leave.

6. At no point did I hear any officer make any inquiry of anyone. They never asked anyone who they were or where they had been that morning. I told many officers that I was not protesting but was there to observe, and showed them my identification badge that indicated that I was a Legal Observer with the National Lawyers Guild, but they refused to allow me to leave the park.

7. At no point did I see any protester do anything illegal or dangerous.

8. I understand from press accounts that Federal government agencies were involved in planning and coordinating responses to these protests. However, I do not have personal knowledge of the internal discussions and processes of these Federal agencies, and would require additional information in order to articulate fully the scope and specifics of their roles and conduct.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____         6/21/03
Noah Falk                               Date executed