UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY BARHAM, et al.
    Plaintiffs

v.                                Civil Action No. 02-CV-2283 (EGS)

CHIEF CHARLES H. RAMSEY, et al.
    Defendants

### Affidavit of Samantha Young

My name is Samantha Young, and I am a plaintiff in the above-captioned action and competent to testify to the following based on my personal knowledge.

1. I participated in free speech activities on September 27, 2002, with three others, Jorge Garcia-Spitz, Casey Legler, and Charlcie Legler.

2. Officers on bicycles forced us into Pershing Park, and turned their bicycles sideways to form a barrier. We complied with their orders, and decided we should attempt to leave the area.

3. When we realized we were surrounded by police, we broke into two groups of two and went to each of the police lines. I saw that some officers were with the Metropolitan Police Department and others were with the U.S. Park Police. There were other officers wearing different uniforms, and I do not know of what police force they were members.

4. I saw a formation of horse-mounted police officers that were blocking the South side of the park, preventing anyone from leaving on that side. I understand that these officers were with the U.S. Park Police. The horses formed part of the box formation that prevented me from leaving. Had any one side of the box formed by these police lines, including the portion staffed by the U.S. Park Police, yielded, I would have walked out of the park.

5.  Casey Legler and I went to the Northeast corner of the park, and asked the officers to allow us to leave. One said that he might let us leave if we did not have "propaganda" all over our bicycles. We had affixed signs that said "peace" and "food not bombs" and other materials, including a women's symbol, to our bicycles.

6.  We removed the signs from our bicycles as directed and asked the officer "can we leave now?" The officer said, "No. No one leaves the park." He added, "Now you have to play by our rules." We told the officer that we had done as he asked, and that we had to go to work. The officer said we "should have thought of that before" coming to the protest.

7.  There was a lieutenant present, and Casey asked "Lieutenant, why can't we leave?" and said that we had done everything they asked of us. The lieutenant said, "Ma'am, we're just following orders."

8.  We later found the other two members of our group, who said they too had been trying to leave without success.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____        6/2/03
Samantha Young                 Date executed