UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY BARHAM, et al.         :
    Plaintiffs                 :
                                :
v.                             :   Civil Action No. 02-CV-2283 (EGS)
                                :
CHIEF CHARLES H. RAMSEY, et al.:
    Defendants                 :
                                :
_____:

### Affidavit of Morgan Ress

My name is Morgan Ress, and I am a plaintiff in the above-captioned action and competent to testify to the following based on my personal knowledge.

1. I was present in Pershing Park on September 27, 2002, to participate in political demonstrations by photographing those events with the intention of later sharing these political images with others.

2. I noticed that I and the other protesters were surrounded by police officers. One line of the police officers were on horseback and appeared to be members of the U.S. Park Police. I saw another line of police officers on foot who also appeared to be with the U.S. Park Police.

3. I repeatedly attempted to leave the park. I continually watched the perimeter of the park, hoping that some segment of the police lines would open and allow us to leave, but the lines never yielded. Had any one side of the box formed by these police lines, including the portion staffed by the U.S. Park Police, yielded, I would have been free to leave.

4. I asked approximately one dozen officers to allow me to leave. Most officers responded to my request by only glaring at me silently. Some of the officers who responded in this way were U.S. Park Police officers, who looked threatening.

5. One officer who did speak with me as a U.S. Park Police officer on horseback. I asked

him to let me leave the park, but he said no. He said that I would have to speak with his commanding officer, who he said was on the opposite end of the park. I attempted to find a commanding officer for the Park Police but could not. I then returned to this officer, who then said that he didn't know where the commanding officer was. I then asked for the mounted officer's name, but he refused to tell me.

6. At no point while I was being held in the park did any officer question me about my activities earlier that day, ask me for identification, or otherwise investigate me. I never saw or heard any officer engage in any questioning or investigation of anyone while we were being held in the park.

7. The only discussion I had with any officer was with the above-referenced horse-mounted officer, and with an officer with the Metropolitan Police Department. Both of them asked me why I was involved with the protesters. The MPD officer told me that I had "gotten yourself into trouble." She made this statement while the police lines were still near the perimeter of the park, prior to the lines constricting and ultimately forcing us onto buses.

8. At no point did I see anyone in the park do anything that appeared dangerous or illegal, except the police. Up until the police lines began constricting and forcing people onto buses, the atmosphere was very relaxed, with people playing drums and talking.

9. We were eventually pressed into the corner of the park that had been secured by the U.S. Park Police officers, and loaded onto buses.

10. In addition to the U.S. Park Police officers who detained me in the park, I understand from press accounts that other Federal government agencies were involved in planning and coordinating responses to these protests. However, I do not have personal knowledge of the internal discussions and processes of these Federal agencies, and would require additional information in order to articulate fully the scope and specifics of their roles and

condu

I dec      r penalty of perjury that the foregoing is true and correct to the best of my knowledge, i       n, and belief.

| M. Ress | 6/20/2003 |
|---|---|
| Morgan Ress | Date executed |