washingtonpost.com

# A Bust in Pershing Park

Saturday, April 26, 2003; Page A24

THE DISTRICT'S police department used to be a standout among major urban police forces because of a highly successful homicide division and expertise in handling large crowds and demonstrations in the nation's capital. Today the homicide unit is a shadow of what it once was, as indicated by low case closure rates and the uptick in murders. Now there's reason to also worry about its handling of large protest groups. A confidential report by the department's internal affairs division details complaints of police misconduct during last fall's International Monetary Fund-World Bank protests. It describes wrongful mass arrests and the lengthy detention and restraint of arrestees under conditions that critics say constitute mistreatment. The D.C. Council's Judiciary Committee, outraged by the internal affairs report and stirred by other allegations of excessive force and preemptive action against demonstrators, plans to launch an investigation of the department's policies and practices in handling protests. It is a probe that we heartily endorse.

By the department's own account, the decision to arrest everyone who gathered for the IMF-World Bank protest last Sept. 27 in Pershing Park at 15th Street and Pennsylvania Avenue NW "was based on incomplete information." The police made no effort to separate those demonstrators observed violating the law from those engaging in lawful conduct. The report acknowledges the possibility "that numerous persons inside the park had arrived there lawfully." But police combined everyone in the park into one group and charged them all with failure to obey a police officer.

The arrests were flat-out improper. But so were the charges. The internal affairs report states that "none of the officers could actually testify that he or she gave the defendant described in the field arrest form a warning. In other words, officers could not be accurately linked to the defendant pictured and arrested." Noting that the charge was improper, the report describes it as "a departure from previous mass demonstration arrest charges." It gets worse.

Assistant Police Chief Peter Newsham, who was in charge of the Pershing Park zone, claimed that the protesters had not been given a warning and an opportunity to leave the park because they had been warned *before* entering the park. The report states that "there is no conclusive evidence to support the fact that demonstrators were warned before entering the park." U.S. Park Police Maj. Rick Murphy, who was on the scene at Pershing Park, told internal affairs investigators that he had advised Chief Newsham that Park Police officers would not make arrests, because the protesters' actions did not meet the mass-arrest criteria in his department's protocols, which require giving protesters a warning to disperse and then ample time to do so. Some of those arrested were held in detention and in restraints -- with one wrist cuffed to an opposite ankle — for as long as 18 hours.

It's worth noting that the city ultimately declined to prosecute anyone arrested in Pershing Park because it lacked probable cause that crimes had been committed. Now a class action seeking damages has been filed against the city and Police Chief Charles H. Ramsey for the alleged illegal mass arrest and detention of more than 400 people. Little wonder. The reaction at city hall to the department's behavior is dismaying. As Judiciary Committee Chairman Kathy Patterson (D-Ward 3) has noted, 90 days after receiving the internal affairs report of Jan. 25, Mayor Anthony A. Williams still has not held his subordinates accountable.