| Time (Elapsed) Actual | Use of Force / Use of Force Model | Instructor's Notes |
|---|---|---|
| | **3.** *Survival Shadow*<br><br>The officer assessment and selection arrows are bordered with a red line to indicate that the officer is in a high-risk occupation. The officer must constantly be reminded that imminent danger causing death and/or serious bodily injury may occur at any time.<br><br>IV. Bystander Liability<br><br>Liability of law enforcement officers, civil and criminal, may at anytime throughout an officer's career be an issue of concern. One type of liability is what is called "bystander liability."<br><br>An officer may be held civilly or criminally liable for standing by and failing to intervene in a violation of clearly established constitutional rights.<br><br>1. Defined<br><br>Civil or criminal liability which falls upon the law enforcement officer who knowingly witnesses or has knowledge of a clear violation of constitutional rights but fails to intervene to stop it.<br><br>2. Types of Constitutional Rights Violations<br><br>a. Compelled Confession-the use of force to extract a confession.<br>b. Warrantless Search-when the officer know or should have known a warrant is required.<br>c. Unlawful Arrest-when there is no probable cause<br>d. Excessive use of force-the officer knows or should have known there is no necessity for the level of force used. | <<<Standard>>><br>objective reasonableness |

000052

| Time (Elapsed) Actual | Use of Force / Use of Force Model | Instructor's Notes |
|---|---|---|
| | Any of the above examples may result in civil or criminal liability, even if you the officer did not physically participate, but stood by and did nothing to stop the clear violation of a constitutional right.<br><br>2. Legal Theory<br><br>The main legal theory of bystander liability are conspiracy and duty, including the duty to keep a person in custody free from harm.<br><br>a. Conspiracy<br><br>Courts have ruled acquiescence can amount to a conspiracy agreement when one officer watches as an open breach of the law exists and does nothing to seek its prevention.<br><br>b. Duty<br><br>There is a duty borne by police associated with the protection of constitutional rights, which is well established in case law.<br><br>3. Court Decisions<br><br>**Byrd v. Brishkie, 446 F. 2d (1972)**<br><br>A police officer who to intervene to prevent a constitutional violation by other police officers may also be personally liable for civil damages. The court held that both supervisory and non-supervisory officers who were present during the unconstitutional acts could be held liable.<br><br>**U.S. v. Reese, 2F. 3d 870 (1993)**<br><br>The Ninth Circuit held that a police sergeant who stood by and failed to prevent other officers from | DUTY-<br>Recognized during the 1950s and 1960s desegregation cases-14th Amendment requires public officials to exercise their duty to preserve law and order and to provide for the personal safety of individuals. |

| Time (Elapsed) Actual | Use of Force / Use of Force Model | Instructor's Notes |
|---|---|---|
| | beating suspects may be convicted of criminal civil rights violations. | |
| | **U.S. v. Koon 34 F. 3d 1416 (1994)** | Note: |
| | As a result of the Rodney King incident the court said, "…a person in official custody has a right to be free from harm inflicted by a third person, and…an official who willfully subjects a custodial subject to a deprivation of that right is subject to criminal liability." | Here the court is saying the official willfully allowed or permitted, rather than merely standing by… |
| | Police officers have a **duty** to intercede when their fellow officers violate the constitutional rights of a suspect or other citizens. | How important is the "code of silence"-is it worth the loss of your job, possessions, family, and/or freedom? |
| | Courts have recognized that intervening to stop the constitutional violation may be a defense to both civil and criminal liability if a realistic opportunity to prevent the violation exists. | |
| | V  Reporting Requirements | |
| | Any member who uses a force option above the level of contact controls shall report the incident to his / her supervisor.  Additionally, members shall report the incident and the circumstances surrounding the use of force on the Use of Force Incident Report. | Any level where force is used that causes pain, injury or death to the subject.  This includes force levels within the Compliance Techniques, Defensive Tactics, and Deadly Force.  It includes, among other things – OC Spray, Personal Weapons (hands, feet, etc) Impact Weapons, K-9, Firearm. |
| | Members shall ensure that proper medical attention is rendered to the subject as soon a possible when force is used that causes an injury, or in the case of OC Spray when flushing the affected area with water does not relieve the subject. | |