**METROPOLITAN POLICE DEPARTMENT**

Civil Rights and Force Investigations Division

DATE: December 13, 2002

TIME: 11:10 A.M.

PRESENT: Sergeant James E. McKoy and Sergeant James McGuire of the Metropolitan Police Department, Civil Rights and Force Investigations Division. Also present is Captain Andrew Solberg assigned to the Fourth District.

SUBJECT: In reference to Confidential Investigation Number 02-1509. This is the statement of Captain Andrew Solberg.

LOCATION: Metropolitan Police Department, Civil Rights and Force Investigations Division, 51 N Street, Northeast, Washington, D.C.

**SERGEANT MCKOY:**

Q: My name is Sergeant James E. McKoy, Jr., of the Metropolitan Police Department, Force Investigation Team, along with Sergeant James McGuire, also the Metropolitan Police Department, Force Investigations Team. Today is December 13th, a Friday, 2002, at 11:10 a.m., conducting an interview with Captain Solberg regarding the facts and circumstances surrounding of the arrest and detention of protestors on September 27th, 2002, in or around the area of Persian Square, located within the District of Columbia. Captain Solberg, can you please give us your name, and spell your last name?

A: Andrew Solberg, S-O-L-B-E-R-G.

Q: Could you give us your duty assignment?

A: Captain of the Fourth District.

Q: Do you know that this is a voluntary interview?

A: Yes.

Q: You understand that you are not the target of this investigation?

A: Yes.

ATTACHMENT ( )

Q: Could you please tell me what happened or what you observed on September 27th, 2002, in or about the area of Persian Square in the District of Columbia?

A: Yes. I had started off at Union Square that morning, and had been working with CDU platoon 44, which is our bike unit, and the, a group of bicycle demonstrators took off from Union Square about eight o'clock, they rode through city streets up to Dupont Circle, looped around, came back and eventually wound up sometime around nine o'clock that morning at Persian Park. When I got to Persian Park, it appeared to me that a variety of law enforcement groups, including MPD, and I think U.S. Park Police had, with either officers or barricades, closed off the north and west sides of the park, the east side and the south side of Persian Park was still open, and people were coming and going from the park freely at that point. Sometime, probably, within a half hour, forty-five minutes after that, somewhere, it was probably around ten a.m., I met with Assistant Chief Brian Jordan and Assistant Chief, Peter Newsham, and was told to take whatever CDU platoons I had and shut down the south side of the park, and east side of the park, and we were gonna do mass arrest of everybody inside the park. And, I asked what the charge were going to be for those people inside the park, and I was told that the charge was going to be Failure to Obey a Lawful Order, and I asked, what order that was, and I was told that the order had been given earlier that morning near the intersection of 14th, and Pennsylvania, which would be on the southeast side of Persian Park, they had protestors, bike demonstrators and other people had been told to clear the intersection and the streets, and if they had failed to do so, and that those people who are now inside of Persian Park were going to be charged with that offense. So, I along with, I think it was the 6D bike platoon, would have been CDU 64 probably, and CDU 42 shut down the south and east sides of Persian Park, CDU 42, which had the east, had control of shutting down the east side of the park, pushed all their demonstrators towards the west side of Persian Park, and at some point, we began the mass arrest taking people out, handcuffing and taking people out of the south west corner of the park and putting them on buses to go to the Institute of Police Science.

Q: You mentioned that you initially arrived at the park around nine a.m.?

A: Yes.

Q: What would you say the crowd number was in the park when you first arrived?

A: Well, it was pretty fluid, I would say they were probably a couple of hundreds of people milling about in the park, or coming and going at that point, only two sides of the park were shut down, they were also protestors across 14th Street in Freedom Plaza, but in Persian Park, probably, about two, three, four hundred people.

Q: At anytime while you were at Persian Park, did you, yourself or did you hear or have knowledge of an order being given to the protestors or the people in Persian Park to either disburse or move on?

A: No. I heard nothing, but I was told by, I guess it was Chief Jordan, that, that order had been given earlier.

Q: To your knowledge, was anybody, was any of the protestors or people in Persian Park prior to the time when the CDU units along with the Park Police and outside agencies, surrounded and cut off all exits and entrances to the park, was anybody allowed to leave the park?

A: Yes, I mean before we shut it down people were coming and going freely.

Q: Was any warning given to the people in the park that, you don't leave now?

A: No, I never heard a warning like that given. Basically, instructions were given to encircle or closing the park, yes, to my understanding, and everyone inside would be arrested.

Q: Sergeant McGuire... (Sergeant McKoy referring to Sergeant McGuire)...

SERGEANT MCGUIRE:

Q: You said that Chief Jordan told you that the people were given an order earlier in the day to disburse and they didn't do that?

A: Yes.

Q: And, the people that you referred to were the protestors?

A: I assumed at that point, yes.

Q: What time did he say this order was given?

A: I didn't ask him, he didn't tell me. He said it been earlier that morning.

Q: Did he tell you to who specifically this order was given?

A: No.

Q: Did he tell you how many orders were given to disburse?

A: No.

Q: Did he tell you this information in front of Chief Newsham?

A: Yes.

Q: Did Chief Newsham offer any information to you?

A: Well, at least the three of us were there, perhaps Captain McLean, maybe, Captain Manning, maybe Tommy McGuire, whom I am not sure at that point was either a captain at homicide or the 1D commander. But, they were a group of us there and those were the instructions we were given.

Q: Did anybody further discuss that people that were currently in the park had to be issued orders prior to that arrest?

A: Not in front of me.

Q: You said that you inquired about what the charge would be?

A: Yes.

Q: Why did you inquire about what the charges would be?

A: Well, I had followed the bike protestors, and two CDU bike units from Union Station to Persian Park through this hour, forty minute long ride, maybe, from Persian Park, from Union Station to Persian Park, and I was right, I was in a police car, but I was right with all the bicyclist, and when the bicyclist came to Persian Park, which look like it was their intended destination, they were no officers anywhere that I ever saw or heard who were either manning the intersections or that there was no official that ever gave any order, so I don't think that the people who were on part of the bike, the bike..., what word am I looking for, the bike protestors, I don't know that they would ever _____ such an order, I'm not sure, I'm not saying they didn't, but I never heard any order given, and I was pretty much part of the pack of the bicyclists, and to my knowledge they were no order ever given.

Q: Ok. Just so I have this straight when you got to Persian Park with the bicylcle protestors, was there any protestors in Persian Park?

A: Yes, there was a large contingent of people already in Persian Park.

Q: And, they were no police officers there?

A: Yes, they were, they were police on the north and west sides of the park. 3D was there, 6D had been riding with the bike unit, but they were at least, they would have been at least one MPD CDU platoon there, and I believe a contingent of Park Police officers, both on foot and on horse when I got to the park at around nine o'clock.

Q: But, at this point, people were moving freely through and out of the park?

A: Yes.

Q: Was Chief Jordan there when you got there?

A: I didn't see him.

Q: Was Chief Newsham?

A: I didn't see him.

Q: Any chief?

A: Not that I saw.

Q: Chief Jordan say who gave the order initially?

A: No.

Q: So, the bike protestors were a part of the group of people that, part of the protestors that were arrested?

A: Yes.

Q: And, the order that Chief Jordan is explaining that he gave the protestors, was that before the bicyclists got there?

A: Well, to be clear, I don't know if he said he gave that order, he said the order had been given, and I really can't say that it wasn't given when the bicyclists were there, I never heard it given and I was right with the bicycle protestors most of the time. They was certainly, in other words, in a fluid situation, I would think that the bicycle protestors, although they were bicycling fairly slowly along the streets, at no point near Persian Park, ever stopped and blocked an intersection or created a mass demonstration, focal point, and they were never that I heard, addressed as a group and told that they were infringing any laws.

Q: So, you were told by Chief Jordan that the protestors would be charged with Failure to Obey?

A: Yes, and that the order had been given previously to the people congregated in the intersection of 14th and Pennsylvania. In other words, the protestors that were already in the park when I got there with the bike group, could have been blocked off, could have been blocking the intersection of 14th and Pennsylvania before I got there, and an order could have been given to them to disburse, I didn't see that, I wasn't there for that.

Q: And, you weren't there and you didn't, let me go back, when that park, when the police line was established around that park, you were there?

A: Yes.

Q: No order, you did not hear an order given when that police line was established?

A: No, but according, no.

Q: So, when you were told that they were going to be charged with Failure to Obey an Order, did Chief Jordan explain to you why they were going to be charged with Failure to Obey a Police Order, let me know, is that, did you hear _____ charging them with Failure to Obey a Police Order?

A: No. But, I had not heard the order given for the people at 14th and Pennsylvania to disburse, and as I said, that had apparently had been given before I got there.

Q: Did anybody make any complaints to you on the scene that they weren't involved in the protest?

A: Yes.

Q: Were they arrested?

A: Everybody in the park were arrested.

Q: When you were there, was anybody trying to leave the park?

A: Yes.

Q: Were they allowed to leave the park?

A: No.

Q: Were they told why they weren't allowed to leave the park?

A: Other than the general thing that a lot of officers, I was one of them, told them that the park was shut down and no one was allowed to leave, they weren't given an explanation that I know.

Q: Were you told by anyone of higher rank than you, that no one was to leave the park?

A: Yes.

Q: Who told you that?

A: Commander Newsham.

Q: Why did they tell you that, do you know?

A: Yes. Because, we, that everybody in the park was going to be charged with an offense, and therefore we had to hold them somehow so they wouldn't leave.

Q: And, that was failure to obey the police order?

A: Yes.

Q: I'll just ask you this, prior to the meeting that you had with Chief Newsham and Chief Jordan, were you in any other command level meetings discussing any arrests that was gonna take place during the IMF protest?

A: Yes. I was in one that took place either on Wednesday or Thursday before, just prior to these arrests.

Q: Was it ever established that arrests were going to be made?

A: Absolutely. Chief Ramsey was very clear that, as he stated since, that the protestors was not going to block off streets and shut the city down, as they had apparently claimed.

Q: Was there any discussions about giving police orders prior to them being arrested?

A: Not that I recall.

Q: Were there any discussions to corral people and then arrest them?

A: Not that I remember, no. I think the focus during that command staff meeting on Wednesday was more focused on bridges, coming into the city, the 14th Street bridge, and the disruptive tactics, possibly, disruptive tactics of the bike demonstrators.

Q: Were they disruptive when you arrived with them?

A: Certainly, disrupted traffic, but that's, I think they were, I don't think they were breaking any laws other than the bicycle laws maybe of riding, and that any riding against the red light or anything like that, I think they followed all applicable bike regulations for the city

Q: Did they have a permit to parade?

A: No, they didn't.

Q: You're sure?

A: I was told that no permits were given for anyone other than they were a variety of them all listed in the CDU manual for the demonstrations, but they were a variety of different things, the bike people did not have a parade, permit rather, no.

Q: Ok.

SERGEANT MCKOY:

Q: Captain Solberg, is there anything else you'd like to state at this time?

A: No.

Q: Thank you, sir. It is now 11:30 a.m.


_____
Captain Andrew Solberg

_____     _____
Time                        Date