**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**METROPOLITAN POLICE DEPARTMENT**
INVESTIGATIVE FILE REPORT

P.D. 854 rev 7/76

## REPORT OF INVESTIGATION

| FILE TITLE | DIVISION | BRANCH |
|---|---|---|
| I.M.F. Investigation | I.D. NO. | ARREST NO. |
| | COMPLAINT NO. | CASE NO. |

ACTIVE    CLOSED    REQUESTED ACTION OTHER
REQUESTED ACTION FROM    OTHER
OTHER OFFICERS.
CROSS FILE
RELATED FILES

BY: Sergeant James V. McGuire
UNIT: FIT
DATE: 12/17/03

REPORT RE: Interview with Captain Rick Murphy of the U.S. Park Police

On Tuesday, December 17, 2002, I interviewed Captain Rick Murphy of the U.S. Park Police. The interview occurred over the telephone. Captain Murphy was on the scene of Pershing Park when the mass arrest occurred on Friday, September 27, 2002.

Captain Murphy stated that a request was made that he respond to Pershing Park, with his officers, to assist the M.P.D. Captain Murphy stated that the request came over his police radio but he does not know who made it. Captain Murphy related that he had officers with him from the U.S. Park Police and Fairfax County Sheriffs Office. Also Mr. Randy Myers, who is the General Counsel for the U.S. Park Police, was with Captain Murphy. When Captain Murphy arrived on the scene he spoke to Assistant Chief Jordan, Assistant Chief Newsham and Commander Lanier. Captain Murphy was asked by Chief Newsham if he could "assist with shutting down the park." Captain Murphy placed U.S. Park Police Officers from the Reactionary Team and Fairfax County Sheriffs on the north side of the park. U.S. Park Police Officers from his C.D.U. unit were positioned on the south side of the park. Captain Murphy also had a horse unit deployed on the south side of the park.

During a conference on the scene with Assistant Chiefs Jordan and Newsham, the chiefs inquired if the protesters had a permit to demonstrate in the park. Captain Murphy stated that they did not have a permit to demonstrate in the park. The chiefs then inquired about the regulations concerning demonstrations in the park. Captain Murphy stated that a permit was required if 25 of more people gathered for a demonstration. However, prior to making arrests, the park police issues warnings to disperse. Furthermore, Captain Murphy stated that the U.S. Park police escourtes demonstrators to the Silvan Theater where they are allowed to continue their protest. They eventually disperse and no arrests are made. Some time had passed when Captain Murphy was told by Assistant Chiefs Jordan and Newsham that the protesters were going to be arrested and was asked by Asssistant Chief Jordan if would have his horse unit "push" the protesters to the north side of the park. Captain Murphy declined this request by Chief Jordan because the park was too muddy for the horses and he didn't know why the protesters were being arrested. I asked Captain Murphy if he heard any warnings given to the protesters to disperse and he stated that he did not. I again asked him if he knew why the protesters were being arrested and he stated that he did not. However, Commander Lanier did at one point make mention of the protesters smashing a window at a Citi Bank near the park. At this point I asked Murphy if he could come to the F.I.T. Office to be interviewed. He stated that he would come in for an interview and I stated that I would contact him. Captain Murphy also stated that officers from the U.S. Park Police made one arrest at Pershing Park of a protester who refused to get out of the street.

DISTRIBUTION:
SIGNATURE (Officer)
APPROVED (Name and title)
DATE

OFFICIAL USE ONLY

This report is the property of the Metropolitan Police Department. Neither it nor its contents may be disseminated outside the agency to which loaned.