## METROPOLITAN POLICE DEPARTMENT
### Office of Internal Affairs

DATE:       December 24, 2002

TIME:       9:45 Hours

LOCATION:   51 N Street, NE, Fourth Floor, Washington, DC 20002

PRESENT:    Executive Assistant Chief Michael Fitzgerald, Assistant Chief Peter Newsham

SUBJECT:    This is the statement of Assistant Chief Newsham.

EXECUTIVE ASSISTANT CHIEF FITZGERALD:

Q: Today is December 24, 2002. It is now 9:45 a.m., it's a Tuesday. This is the Executive Assistant Chief Mike Fitzgerald, taking a statement of Assistant Chief Peter Newsham. For the record, would you state your name, rank and duty assignment?

A: It's Peter Newsham; I'm Assistant Chief with the Metropolitan Police Department; assigned to the Office of Professional Responsibility.

Q: When were you assigned to the Office of Professional Responsibility?

A: This year.

Q: What was your assignment, prior, to OPR?

A: Commander of the Second District.

Q: Chief Newsham, the Office of Professional Responsibility, Force Investigation Team is investigating an allegation that protestors or demonstrators attended the International Monetary Fund event on Friday, September 27th, were unlawfully arrested and detained, these arrest occurred in Persian Park and the arrestees were detained at the Institute of Police Science. Can you state your assignment during IMF?

A: I was the Assistant Chief and re-, I was responsible for the Zone, which included Persian Park.

Q: Can you tell me what happened there?

A: Yes, what happened was there was probably hundreds of demonstrators that were coming from different directions of the city. I was able to personally observe some demonstrators turning over newspaper boxes, there was one incident that was further away from the park where a window was broken. They were acting disorderly walking through the streets, obstructing traffic, disobeying traffic signs as they entered into the park, there were a number

ATTACHMENT ( 1 )

of officers that monitored this, as the people came from different directions, they collected in the park. It took a substantial amount of time for us to get enough officers on the scene to deal with the, with them. As they were trying to get into the park you could see a number of officers trying to wave them up on the sidewalk and type of thing, and they, they were ignoring, you know, they were ignoring the officers direction to get out of the street and to get up on the sidewalk. Eventually, we were able to get enough police personnel on the scene to surround the park and we made a determination to arrest the protestors for their conduct, prior, to them entering the park.

Q: You, so you were the commanding supervisor in the area known as Persian Park?

A: Yes, I was.

Q: Can you state the geographical perimeters for that?

A: It's between the area where the arrest occurred, between 15th Street and 14th Street and Pennsylvania Avenue and the north of that, I believe is New York Avenue.

Q: Do you know about what time the arrests took place?

A: It's, (phone ringing). It was in the morning.

Q: Approximately how many protestors were arrested?

A: I think it was around three hundred protestors.

Q: And, how were they transported?

A: They were transported by bus.

Q: Prior to making the mass arrests at Persian Park, were any warnings given to the demonstrators to disperse or...?

A: The conduct was such, they, you know, to say that each individual person was given an a warning would not be fair to say. Their conduct was such where they were clearly violating, you know, the, the traffic laws in a dangerous manner. And, I would say some of the protestors were definitely warned, in that they were told by officers along their route to get up onto the sidewalks and to get out of the street, and they ignored those warnings.

Q: If no order was given to the protestors to disperse *inaudible* oh, I already said that. So, that was basically, you're saying their actions?

A: Yeah, their actions, prior, to entering the park, and my understanding of, you know, it was a practical situation. It wasn't practical to give everybody a warning or to, to make sure that everybody got a warning. And, we weren't arresting them for, for demonstrating without a

permit, which they were also doing, but we were, we arrested them for like I said, for disorderly and for failing to obey officers prior to them entering the park.

Q: Ok. You stated that they were walking the streets, can you, can you kind of articulate, were they just walking one way into the street or were they blocking...?

A: No, they came from several different directions. They didn't all come from one direction. There was a number of splinter groups that entered the park, and you know, the ones that I observed personally were clearly in violation of the laws. In fact, like I said some of them had actually, as they were walking through the streets, some of them were turning over newspaper boxes. And, I said in one, one incident further away from the park there was an, actually a window broken, a business window.

Q: So, when, when they got up on the sidewalk, they never tried to get back in the street again?

A: No, they, they, they were walking straight through the streets, like it, they would go, they, as a group, the groups that I observed, they would get to an intersection, and they would go straight across the street even against the, the traffic signals, and they would, it was causing traffic to have to stop to avoid hitting them.

Q: So, when, when the arrests, so the arrests at Persian Park, MPD had the authority to make those arrests?

A: Yes.

Q: And, you based that on their actions?

A: Yes, their actions, but like I said they were on public space, prior, to entering the park, and that's a, you know, practically we couldn't just go in and arrest people. We had to form, make a formation, so it would be safe. We had to enclose them. We had to get enough personnel there. We had to get buses. We wanted to make it as safe as possible for the people that we were arresting.

Q: How did you determine what the charges for the protestors, that were arrested in Persian Park, would be failure to obey an officer?

A: It seemed like the, the, the best charge under the circumstances. You probably could have also charged them with disorderly conduct, but failure to obey seemed like the best charge at the time.

Q: Although, so some of them were given orders to get up on the curb, and some of them based by their conduct alone refused to get on the curb?

A: Yes.

Q: And, that's why, so the, the, you'd stated earlier that when orders were given to certain ones, they were given along the *inaudible*, it wasn't all at one time?

A: Exactly, it was intermittent. It was, yeah, I, I observed some officers trying to get, to, trying to get the protestors up on the sidewalks. And, they were clearly, you know, walking through, through traffic as they approached the park.

Q: Ok. And, this was given verbally, not with…?

A: No, there was no loud speaker of bull horn.

Q: Ok. And, there was, who gave these orders?

A: It was various officers along the route.

Q: At anytime, prior, to the protestors reaching Persian Park, are you aware if they were given, you had stated earlier they were given orders to get back and they disobeyed the orders, correct?

A: Yes.

Q: Are you aware that the arrests forms attached to the paperwork of the protestors that were arrested in Persian Park state they failed to obey an order given to them by the officer that is listed as the arresting officer?

A: I think that's, that's probably accurate. If, if it wasn't a actual, physical order they were given, it was an implicit order. I think the, the visible presence of the police was sufficient to indicate that they, they were given a order to, to be orderly, to be on the sidewalks and to obey the traffic laws.

Q: Are you aware of the MPD protocol as it relates to mass arrests during demonstrations?

A: Yes.

Q: Did you follow this protocol?

A: It, you know, we, we did to the best of our ability to follow that protocol. It was a, it was a situation where we were trying to do what was in the best interest of the city.

Q: Did you speak to a Captain Murphy, of the US Park Police, at Persian Park?

A: Yes.

Q: And, what did, did you ask Captain Murphy what charges could be placed on the demonstrators?

A: Captain Murphy indicated that he was not going to arrest the people for demonstrating in the park, and I forget what his reasoning was.

Q: And, he, did he explain the US Park Police protocol?

A: No, I don't re-, remember him doing that, no.

Q: And, would Park Police protocol have any impact on MPD protocol?

A: No.

Q: Was Chief Jordan on the scene of Persian Park?

A: I saw him up there, but it wasn't his zone.

Q: Ok.

A: I saw him up there. I don't recall exactly, we had some conversation *inaudible*.

Q: So, what role did he play there?

A: He was assisting at, at, best.

Q: How long, do you know how long he was there?

A: No, I don't know exactly how long.

Q: Did Chief Jordan order the arrests at the Persian Park?

A: No.

Q: Did Chief Jordan determine the charges at...?

A: No.

Q: ...the Persian Park?

A: He did not.

Q: Was there, was there a plan discussed in the command staff meeting to arrest these people right away?

A: Absolutely, not, onto the contrary the, the, the, the goal was to make as few arrests as possible. Matter of fact, Chief Ramsey met with us early that morning and indicated that we wanted to avoid arrests if, at all possible.

Q: What CDU training have you received in your career?

A: I've received various, I never had the full CDU training but I, I've received various training throughout my career.

Q: So, you didn't receive the full week of CDU training?

A: Well, well, I have had, no, I don't think I went to the full week, no, but I have gone for more than a week total, at different times.

Q: Is there anything right now that you'd like to add to this statement?

A: No, I think that the, well, yeah, there is something I'd like to add. I think that what we did was appropriate, was in the best interest of the city. We did our best to get people out of the park that were there, prior, to the protestors arriving. For a certain amount of time, we left one side of the park open, and several people who were in the park. There weren't that many people in the park when I first got there, before the protestors got into the park, but there were some people and a number of those people were allowed to leave. There was one side of the park that was left open for a significant amount of time to allow people to leave that were in the park, that were not involved in the demonstrations. And, like I said what we did, I think saved the city a lot of damage because of the, you know, there was a lot of intention that was indicated prior to these demonstrations that these people wanted to disrupt the city. I think their behavior indicated that they were going to do damage in the city, and so we felt that arrests were appropriate for their conduct, prior, to entering, to entering the park.

Q: They, there are several statements in regard to folks have come forward and complained certain locations that they were, for lack of a better term, they used the words hogtying. Did you observe any hogtying down at Persian Park?

A: No, I didn't observe any hogtying at all down at Persian Park. The, everyone that was arrested at Persian Park that I actually witnessed was handcuffed with flex-cuffs on their wrists. The, there's also, you know, it's been told to me that, that various people have indicated that they did not see certain conduct at certain time by the demonstrators. I think it's important to recognize the fact that not everybody was there on the scene when the, when the demonstrators were coming into the park. Most of the people didn't come until after the, the demonstrators were in the park. So, I lot of people felt like that order should have been given. They weren't really clear as to why the arrests were being made.

Q: So, would it be safe to say, so, and if there were captains and lieutenants that were staged at certain portions, area in the park, they may not have the, the total view of what, what had occurred there?

A: Yeah, that, I mean that, that would be clear. I mean I was getting information from, from everybody. I actually spoke to all of the lieutenants that were on the scene at one point, to get their input. I made a decision that I thought, you know, was based on a totality of the circumstances that was in the best interest of the city and the police department.

Q: Is there anything else you'd like to say?

A: No.

Q: Thank you, very much. It is now...It is now 10:00, on the 24th of December, 2002. This is the end of the statement given by Assistant Chief Peter Newsham.

_____        _1/1/03_____
Signature                              Date and Time

*Transcribed by:* <u>lic</u>