```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

JEFFREY BARHAM, et al,              )
                                    )
         Plaintiffs,                )
                                    )
         v.                         ) Civ. No. 02-2283 EGS/AK
                                    )
CHIEF CHARLES H. RAMSEY, et al.,    )
                                    )
         Defendants.                )
                                    )
```

**FEDERAL DEFENDANTS' MOTION FOR AN ENLARGEMENT
TIME TO RESPOND TO PLAINTIFFS' WRITTEN DISCOVERY REQUESTS**

Pursuant to Fed. R. Civ. P. Rule 6(a), federal defendants move for a forty-five day enlargement of time to respond to plaintiffs' discovery requests; we ask that we be given until May 17, 2004 to respond to those discovery requests. There is good cause for our requested enlargement.

Plaintiffs' discovery requests are extensive. Plaintiffs improperly define the Federal Defendant as "all current and former agencies of the United States," and ask that the Federal Defendant respond to 73 separately-numbered document requests. Additionally, Plaintiffs (improperly) seek to have the Federal Defendant respond to 48 separately-numbered interrogatories. This far exceeds the 25-interrogatory limitation in Fed. R. Civ. P. 33(a).

Given the volume of the discovery requested by Plaintiffs and our obligations in other cases, our request for an additional 45 days to respond to Plaintiffs' written discovery is entirely reasonable.

In most of our cases, requests for additional time to respond to written discovery are resolved by stipulation among counsel pursuant to Fed. R. Civ. P. 29.  In this case, however, no such stipulation could be reached.  We consulted with Plaintiffs' counsel, as required by LCvR 7.1(m).

Plaintiffs' counsel conditioned their consent to our requested enlargement upon conditions that cannot be met:

<u>First</u>, Plaintiffs insist that we commit now to seeking no further enlargements.  As we explained to Plaintiffs' counsel, at this point, we cannot responsibly commit to forego seeking further enlargements.

<u>Second</u>, Plaintiffs insist that we begin production immediately.  Plaintiff's objections to this request are directly in conflict with their own responses to discovery requests.  The District of Columbia first served discovery requests on Plaintiffs on December 10, 2003; to date Plaintiffs have failed to respond, on a rolling basis or otherwise.

Third, Plaintiffs insist that we assert all of our objections, including privilege objections, by April 19, 2004.  We cannot responsibly commit to asserting objections at that time because we will not have completed our efforts to respond to Plaintiffs' discovery demands.  See Letters dated Apr. 1, 2004 & Apr. 2, 2004.

**CONCLUSION**

Based on the foregoing, Federal Defendants request that their motion be granted, and that they be accorded an enlargement of time through and including May 17, 2004, within which to respond to Plaintiffs' written discovery requests.

Respectfully submitted,

_____
ROSCOE C. HOWARD, JR., D.C. BAR #246470
United States Attorney


_____
MARK E. NAGLE, D.C. BAR #416364
Assistant United States Attorney


_____
EDITH M. SHINE, D.C. BAR # 458775
Assistant United States Attorney

```
                              _____
                              MARINA UTGOFF BRASWELL, DC BAR #416587
                              Assistant United States Attorney
                              555 4th Street, N.W., 10th Floor
                              Washington, D.C. 20530
                              (202) 514-7226
```

Dated: April 2, 2004.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BARHAM, <u>et al</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 02-2283 EGS |
| ) | |
| CHIEF CHARLES H. RAMSEY, <u>et al</u>., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**<u>ORDER</u>**

UPON CONSIDERATION of the Federal Defendants' Motion for an Enlargement Time to Respond to Plaintiffs' Written Discovery Requests, and the entire record in this case, and for good cause shown, it is this _____ day of _____, 2004 hereby

ORDERED that federal defendants may have through and including May 17, 2004, within which to respond to Plaintiffs' written discovery requests.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

COPIES TO ALL COUNSEL BY ECF