**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **RAYMING CHANG,** | * | |
| Plaintiff, | * | |
| v. | * | **Civil No. 02-02010 (EGS)(AK)** |
| **UNITED STATES,** *et al.* | * | |
| Defendants. | * | |
| | * | |

| | | |
|---|---|---|
| **JULIE ABBATE,** | * | |
| Plaintiff, | * | |
| v. | * | **Civil No. 03-00767 (EGS)(AK)** |
| **CHIEF CHARLES H. RAMSEY,** *et al.* | * | |
| Defendants. | * | |
| | * | |

H:\RDeso\I302.05036\OrderConMotforAppvlPymnt.wpd

| | |
|---|---|
| **JEFFREY BARHAM,** * | |
| Plaintiff, * | |
| v. * | **Civil No. 02-02283 (EGS)** |
| **CHARLES H. RAMSEY,** *et al.*, * | |
| Defendants. * | |
| * | |

## ORDER AND JUDGMENT

Upon consideration of the Consent Motion for Approval of Payment of Interim Attorney Fees, the pleadings and the record herein, and for good cause shown, it is this Court's finding, pursuant to D.C. Code § 5-115.04, that payment of interim attorney fees and costs in the amount of $38,480.24, for representation of defendant Peter Newsham by Robert E. Deso, Esq. for the period from October 22, 2003 through March 31, 2004 in this litigation is reasonable, and it is therefore, this _____ day of _____ 2004 hereby

**ORDERED and ADJUDGED**, that the District of Columbia shall pay the sum of $38,480.24 to Robert E. Deso, counsel for defendant Newsham, for legal fees and costs, pursuant to D.C. Code § 5-115.04, for legal representation herein from October 22, 2003 through March 31, 2004.

**END OF ORDER**

Copies To:

cc: Thomas L. Koger, Esquire
Senior Litigation Counsel - Civil Division
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001

Robert E. Deso, Esquire
Deso, Thomas, Buckley & Stien, P.c.
1828 L Street, N.W.
Suite 660
Washington, D.C. 20036