**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RAYMING CHANG, *et al.*,                )<br>                                                              )<br>         Plaintiffs,              )<br>                                                              )<br>    v.                                       )<br>                                                              )<br>UNITED STATES, *et al.*,           )<br>                                                              )<br>         Defendants.          )<br>_____) | Civ. Action No. 02-2010 (EGS) |
| _____ )<br>JEFFREY BARHAM, *et al.*,      )<br>                                                              )<br>         Plaintiffs,              )<br>                                                              )<br>    v.                                       )<br>                                                              )<br>CHARLES H. RAMSEY, et al.,   )<br>                                                              )<br>         Defendants.          )<br>_____) | Civ. Action No. 02-2283 (EGS) |
| JULIE ABBATE, *et al.*,             )<br>                                                              )<br>         Plaintiffs,              )<br>                                                              )<br>    v.                                       )<br>                                                              )<br>CHARLES H. RAMSEY, *et al.*,   )<br>                                                              )<br>         Defendants.          )<br>_____) | Civ. Action No. 03-767 (EGS) |
| _____<br>JOEL DIAMOND, *et al.*,          )<br>                                                              )<br>         Plaintiffs,              )<br>                                                              )<br>    v.                                       )<br>                                                              )<br>DISTRICT OF COLUMBIA, *et al.*, )<br>                                                              )<br>         Defendants.          )<br>_____) | Civ. Action No. 03-2005(EGS) |

## **ORDER**

Pursuant to the May 7, 2004, Status Hearing, it is by the Court hereby

**ORDERED** that all proceedings, with the exception of discovery, are stayed until **June 14, 2004,** in order to facilitate settlement discussions; and it is

**FURTHER ORDERED** that Civil Action 02-2010 [105] Stipulation of Dismissal with Prejudice is **APPROVED**; and it is

**FURTHER ORDERED** that Civil Action 02-2283 [125] Consent Motion for Attorney's Fees is **GRANTED**; and it is

**FURTHER ORDERED** that Civil Action 03-2005 Unopposed Motion to Drop Guardian Plaintiff is **GRANTED**; and it is

**FURTHER ORDERED** that a Motions Hearing on qualified immunity issues, as well as the Motion to Certify Class in Civil Action 03-2005, is scheduled for **June 14, 2004, at 10:00 a.m. in Courtroom One.**


**Signed:     EMMET G. SULLIVAN**
             **UNITED STATES DISTRICT JUDGE**
             **May 7, 2004**