**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

| | | |
|---|---|---|
| **RAYMING CHANG,** *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | **Civil No. 02-02010 (EGS)(AK)** |
| **UNITED STATES,** *et al.* | * | |
| Defendants. | * | |
| _____ | * | |

_____

| | | |
|---|---|---|
| **JULIE ABBATE,** *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | **Civil No. 03-00767 (EGS)(AK)** |
| **CHIEF CHARLES H. RAMSEY,** *et al.* | * | |
| Defendants. | * | |
| _____ | * | |

_____

| | | |
|---|---|---|
| **JEFFREY BARHAM,** *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | **Civil No. 02-02283 (EGS)(AK)** |
| **CHARLES H. RAMSEY,** *et al.*, | * | |
| Defendants. | * | |
| _____ | * | |

H:\RDeso\l302.05036 Newsham\3rdOrderConMotforAppvlPymnt.wpd

## ORDER AND JUDGMENT

Upon consideration of the Third Consent Motion of Defendant Newsham for Approval of Payment of Interim Attorney Fees, the pleadings and the record herein, and for good cause shown, it is this Court's finding, pursuant to D.C. Code § 5-115.04, that payment of interim attorney fees and costs in the amount of $53,457.31, for representation of defendant Peter Newsham by Robert E. Deso, Esq. for the period from August 1, 2004 through December 31, 2004 in this litigation is reasonable, and it is therefore, this ___ day of _____ 2005 hereby

**ORDERED and ADJUDGED**, that the District of Columbia shall pay the sum of $53,457.31 to Robert E. Deso, counsel for defendant Newsham, for legal fees and costs, pursuant to D.C. Code § 5-115.04, for legal representation herein from August 1, 2004 through December 31, 2004.

_____
Emmet G. Sullivan, Judge
United States District Court for the
  District of Columbia

Copies To:

cc: Thomas L. Koger, Esquire
Senior Litigation Counsel - Equity Section I
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001

Robert E. Deso, Esquire
Deso, Buckley & Stien, P.C.
1828 L Street, N.W.  Suite 660
Washington, D.C. 20036