UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
JEFFREY BARHAM, *et al.*            :
                                    :
            Plaintiffs,             :
                                    :
      v.                            :    Civ. Action No. 02-02283 (EGS)
                                    :
CHARLES RAMSEY, *et al.*            :
                                    :
            Defendants.             :
_____:

**ERRATA / CORRECTION TO
PLAINTIFFS' PARTIAL OPPOSITION TO DISTRICT OF COLUMBIA'S MOTION TO
STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISQUALIFY THE
OFFICE OF THE ATTORNEY GENERAL**

The Barham plaintiffs correct our statement in the opposition that "We concur that there appears to be a significant potential conflict in the Chang matter. . . where it is clear that arrest orders are coming from the top and that line officers are being ordered by MPD Chiefs or Command Staff to engage in mass false arrests, there is an evident divergence of interests between those line officers and the District of Columbia when the line officers are sued in their individual capacity."

The Barham plaintiffs do not take a position as to the existence of a conflict of interest in the Chang matter between the District of Columbia, its commanding officials and arresting officers.[1]

---

[1] Upon consideration of this issue, occasioned by its occurrence in a different mass false arrest protest case, undersigned counsel recognizes that the original statement lacked precision and would leave a misleading impression if uncorrected. As a practical matter, there is an obvious divergence of interests at the moment when a commanding officer gives an unconstitutional directive between the commanding official and the subordinate officer. That does not - - standing alone - - necessarily create a legal conflict of interest. The issue for qualified

As we represented in the original filing, the <u>Barham</u> plaintiffs are not similarly situated to the <u>Chang</u> plaintiffs with respect to this particular conflict of interest issue. As to whether there exists specific circumstances that have been manifest within the <u>Chang</u> case that would constitute a conflict, the <u>Barham</u> plaintiffs leave that issue to the parties in that matter - who are in the best position to present their positions.

                                      Respectfully submitted,

February 10, 2006                                              _/s/_____
                                                                 Carl Messineo (#450033)
                                                                 Mara Verheyden-Hilliard (#450031)
                                                                PARTNERSHIP FOR CIVIL JUSTICE
                                                                 1901 Pennsylvania Ave., N.W., Ste 607
                                                                Washington, D.C. 20006
                                                                (202) 530-5630

---

immunity purposes is whether the official acts in which the defendants participated violated clearly established rights. There is limited or no utility of a "just following orders" defense within that framework. While a conflict may arise from a myriad of factual circumstances, it is not our view - - as could be read from our earlier filing - - that a conflict arises merely from the fact that a subordinate chose to carry out a plainly unconstitutional order.