UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JEFFREY BARHAM, *et al.*,

       Plaintiffs,

       v.                  Civ. No. 02-2283 (EGS)

CHARLES RAMSEY, *et al.*,

       Defendants.

---

### JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure and the Offer of Judgment and Acceptances of Offer of Judgment [Dkt. No. 302] filed by plaintiffs Jeffrey Barham, Laury Saligman, Brian McAteer, and Miles Swanson,

**JUDGMENT** is entered in favor of plaintiffs Jeffrey Barham, Laury Saligman, Brian McAteer, and Miles Swanson and against defendant District of Columbia in the sum of Fifty Thousand Dollars ($50,000) per plaintiff plus his or her reasonable attorneys fees as determined by the Court.

                                NANCY MAYER-WHITTINGTON, Clerk

Dated: May 22, 2007                      By: *[signature]*