UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEFFREY BARHAM, *et al.*,       ) | |
|                               ) | |
|         Plaintiffs,       ) | |
|                               ) | |
|    v.                                                           ) | Case No. 02-2283 (EGS)(AK) |
|                               ) | |
| CHIEF CHARLES H. RAMSEY, *et al.*,  ) | |
|                               ) | |
|        Defendants.      ) | |
|  ) | |

**MOTION FOR ATTORNEYS' FEES AND FOR ENLARGEMENT OF TIME WITHIN
WHICH TO PROVIDE ITEMIZATION ON BEHALF OF
PLAINTIFFS JEFFREY BARHAM, BRIAN MCATEER,
LAURY SALIGMAN AND MILES SWANSON**

      Plaintiffs Jeffrey Barham, Brian McAteer, Laury Saligman and Miles Swanson respectfully move, pursuant to Fed.R.Civ.P. 54, for an award of attorneys' fees and nontaxable expenses as a prevailing party under 42 U.S.C. §1983 and as authorized by 42 U.S.C. §1988.

      On May 23, 2007, judgment was entered against the District of Columbia and in favor of these four plaintiffs (doc no. 307).

      Plaintiffs, with consent of the defendants against whom judgment is entered, move for a 30 day enlargement of time within which to provide a statement and itemization of the amount sought.

      Plaintiffs' case regarding their arrests at Vermont and K NW was litigated in conjunction with a class action case involving illegal mass arrests at Pershing Park, all occurring on September 27, 2002. Counsel for plaintiffs require additional time to review more than four years of billing itemizations for determinations as to fees appropriately sought for these plaintiffs and

to eliminate matters that are solely in the province of the class portion of the case, which is yet to be resolved.

June 5, 2007                                         Respectfully submitted,

_/s/_____
Carl Messineo (#450033)
Mara Verheyden-Hilliard (#450031)
PARTNERSHIP FOR CIVIL JUSTICE
2401 Pennsylvania Avenue, NW Suite 320
Washington, DC 20037
(202) 955-5559
(202) 955-5589 fax

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BARHAM, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 02-2283 (EGS)(AK) |
| ) | |
| CHIEF CHARLES H. RAMSEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

Upon consideration of the Motion for Attorneys' Fees and Enlargement of Time Within Which to Provide Itemization on Behalf of Plaintiffs Jeffrey Barham, Brian McAteer, Laury Saligman and Miles Swanson, it is hereby

ORDERED that the motion for enlargement is GRANTED; and it is

FURTHER ORDERED that plaintiffs shall have up to and including July 6, 2007, within which to provide a statement and itemization of fees sought.

_____
EMMET G. SULLIVAN
United States District Judge

Signed this _____ day of _____, 2007