**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
JEFFREY BARHAM, *et al.*,         )
                                  )
         Plaintiffs,     )
                                  )
         v.              )     Case No. 02-2283 (EGS)(AK)
                                  )
CHIEF CHARLES H. RAMSEY, *et al.*, )
                                  )
         Defendants.    )
_____ )

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ITEMIZATION OF**
**FEES ON BEHALF OF PLAINTIFFS JEFFREY BARHAM, BRIAN McATEER,**
**<u>LAURY SALIGMAN AND MILES SWANSON</u>**

Plaintiffs Jeffrey Barham, Brian McAteer, Laury Saligman and Miles Swanson herein respectfully request they be granted an enlargement of time within which to file a statement and itemization of fees.  Counsel for the District consents to this request.

Plaintiffs' last enlargement motion was necessary due to counsel's emergency dental surgery and the enlargement sought was until September 21. In the interim period, counsel has had depositions of Chief Ramsey, Assistant Chief Newsham, line officers, and two 30(b)(6) depositions in the above captioned matter in addition to depositions and motions practice in other constitutional rights cases and pre-trial obligations in another case.  Counsel has this past week also been obligated to respond to the arrests of nearly 200 people last weekend at the Capitol, and the week prior, to last minute matters related to the government's obstruction of permits for the September 15 demonstration activity. Next week, counsel Mara Verheyden-Hilliard is also scheduled for jury duty.

During the next eight weeks, counsel is now scheduled for over 50 depositions -- almost all of which are being taken in the above captioned matter in relation to the class action. Counsel also has multiple dispositive and related motions filings due in the same period.

In the interest of advancing the class case and avoiding any delay, counsel has made as a priority the completion of necessary discovery.

The statement and itemization of fees in this matter is requiring an unusual and time-intensive, line-by-line review and records check of thousands of entries to segregate and properly apportion fees and costs to the four individuals arrested at Vermont and K from the Pershing Park arrests class portion of the complaint. As such, with virtually every day for the next eight weeks already scheduled, counsel cannot reasonably expect to complete this review until after discovery closes in the above-captioned matter.  Counsel anticipates being able to complete the review in the period subsequent to the closure of discovery scheduled for November 16 and as such respectfully request until December 7 to provide the itemization on behalf of plaintiffs Barham, Swanson, Saligman and McAteer.

No party will be prejudiced by this request.


September 21, 2007                              Respectfully submitted,


                                               _/s/_____
                                               Carl Messineo (#450033)
                                               Mara Verheyden-Hilliard (#450031)
                                               PARTNERSHIP FOR CIVIL JUSTICE
                                               2401 Pennsylvania Avenue, NW Suite 320
                                               Washington, DC 20037
                                               (202) 955-5559
                                               (202) 955-5589 fax

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

JEFFREY BARHAM, *et al.*,                              )
                                                                       )
                          Plaintiffs,                             )
                                                                       )
              v.                                                      )        Case No. 02-2283 (EGS)(AK)
                                                                       )
CHIEF CHARLES H. RAMSEY, *et al.*,        )
                                                                       )
                          Defendants.                         )
_____  )

## <u>ORDER</u>

Upon consideration of the Consent Motion for Enlargement of Time to File Itemization

of Fees on Behalf of Plaintiffs Jeffrey Barham, Brian McAteer, Laury Saligman and Miles

Swanson, it is hereby

ORDERED that the motion for enlargement is GRANTED; and it is further

ORDERED that plaintiffs shall have up to and including December 7, 2007, within which

to provide a statement and itemization of fees sought.


_____
EMMET G. SULLIVAN
United States District Judge


Signed this _____ day of _____, 2007