UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BARHAM, *et al.*, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>CHARLES H. RAMSEY, *et al.*, )<br>)<br>    Defendants. )<br>_____) | Case No. 02-2283 (EGS)(AK) |
| RAYMING CHANG, *et al.*, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>    Defendants. )<br>_____) | Case No. 02-2010 (EGS)(AK) |

## CONSENT ORDER

Upon consideration of the Consent Motion of Defendant Ramsey for Approval of Payment of Interim Attorney Fees, the pleadings and the record herein, and for good cause shown, it is this Court's finding, pursuant to D.C. Code § 5-115.04, that payment of interim attorney fees and costs in the amount of $104,682.97, for representation of defendant Charles Ramsey by Vinson & Elkins LLP, for the period from December 1, 2006 through February 28, 2007 in this litigation is reasonable, and it is therefore, this ____ day of _____, 2007 hereby

2

**ORDERED** that the District of Columbia shall pay the sum of $58,827.78 to Vinson & Elkins LLP, counsel for defendant Ramsey, for legal fees and costs, pursuant to D.C. Code § 5-115.04, for legal representation herein from December 1, 2006 through February 28, 2007.

 

_____
Emmet G. Sullivan, Judge
United States District Court for the
 District of Columbia

cc:    Robert C. Utiger
       Senior Counsel, Civil Litigation Division
       Equity Section 1
       Office of the Attorney General
          for the District of Columbia
       441 – 4th Street, NW
       Washington, D.C. 20001