UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BARHAM et al., | ) ) ) ) |
| Plaintiffs, | ) Case No.: 02-CV-2283 (EGS) ) |
| CHARLES RAMSEY, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

**CONSENT MOTION TO AUTHORIZE THE DEPOSITIONS OF
KEVIN FINNERTY, RANDOLPH MYERS, AND THE FINAL AREA OF INQUIRIES IN
THE RULE 30(B)(6) DEPOSITION OF THE FEDERAL GOVERNMENT**

Undersigned counsel and counsel for the Federal Defendants have been engaged in communication regarding the scheduling of the final outstanding depositions in light of deponents' availability and other issues.

The Federal Defendants consent to presenting Kevin Finnerty, Randolph Myers and a Rule 3(b)(6) designee for deposition outside the close of discovery on a mutually convenient date no later than December 14, 2007.

Counsel for the Federal Defendants and for plaintiffs have been engaged in communication regarding specific Rule 30(b)(6) areas of inquiry requested by plaintiffs pertaining to the maintenance and use of intelligence information derived from the Pershing Park arrests. There may be agreement or disagreement related to the taking of the requested deposition and/or its scope. By effect of this motion, the parties request leave of Court to authorize the Rule 30(b)(6) deposition outside the close of discovery and by no later than December 14, 2007. If an

agreement can be reached between counsel and the parties regarding this deposition, then no further judicial involvement would be anticipated.

However, because the communications are not complete, the Federal Defendants reserve the right to object to the Rule 30(b)(6) deposition inquiry. Consequently the relief requested provides that it is without prejudice to the parties ability to make such objections and related filings with respect to the Rule 30(b)(6) area of inquiry outside the close of discovery.

November 16, 2007                                  Respectfully submitted,

                                                  _/s/___Carl Messineo_____
                                                  Carl Messineo [450033]
                                                  Mara Verheyden-Hilliard [450031]
                                                  PARTNERSHIP FOR CIVIL JUSTICE
                                                  2401 Pennsylvania Ave, NW Suite 320
                                                  Washington, D.C. 20037
                                                  (202) 955-5559
                                                  (202) 955-5589 fax

                                                  *Counsel for <u>Barham</u> plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JEFFREY BARHAM et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 02-CV-2283 (EGS) |
| | ) ) ) | |
| CHARLES RAMSEY, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of plaintiffs' Consent Motion to Authorize the Depositions of Kevin Finnerty, Randolph Myers and the Final Area of Inquiries in the Rule 30(b)(6) Deposition of the Federal Government, it is this ____ day of November, 2007, hereby

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the depositions of Kevin Finnerty and Randolph Myers are authorized to be taken after the close of discovery and that the Federal Defendants shall produce Finnerty and Myers for such deposition on a mutually convenient date by no later than December 14, 2007; and it is

FURTHER ORDERED that the completion of Rule 30(b)(6) areas of inquiry in deposition of the Federal Government be authorized to occur after the close of discovery and by no later than December 14, 2007. This order is without prejudice to the ability of the Federal Defendants to advance objections and the parties to make appropriate filings pertaining to the Rule 30(b)(6) areas of inquiry outside of the close of discovery.

SO ORDERED.

_____
Emmet G. Sullivan
U.S. District Judge