UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEFFREY BARHAM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 02-2283 (EGS)(AK) |
| | ) | |
| CHIEF CHARLES H. RAMSEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITEMIZATION OF FEES ON BEHALF OF PLAINTIFFS JEFFREY BARHAM, BRIAN McATEER, LAURY SALIGMAN AND MILES SWANSON**

Plaintiffs Jeffrey Barham, Brian McAteer, Laury Saligman and Miles Swanson herein respectfully request they be granted an enlargement of time, until January 18, 2008, within which to file a statement and itemization of fees.

The previous December 7, 2007, deadline was premised on pretrial discovery in the above-captioned matter closing on November 16, as counsel has prioritized its resources to completing outstanding discovery in this matter. However, discovery has been ongoing, with the previously unanticipated extension of remaining deposition discovery extended to December 14, 2007, and litigation of related discovery motions. Additionally, the District of Columbia produced thousands of pages of documents directly at and shortly after the close of discovery that have consumed, and are consuming, substantial time for review during the period that counsel scheduled for completing the billing submission. Based on these unplanned obligations, plaintiffs respectfully request until January 18, 2008, to complete the itemization of fees. The fee review in this matter is far more complicated than a normal fee submission because counsel must evaluate, identify and segregate out entries from the billing records for four years of litigation in

Barham to submit only that appropriate for the Vermont and K claims in Barham and to protect the work product interests of the remaining class portion of the case.

The District states its position as follows: "The District has advised that, notwithstanding its pending motion to compel Barham plaintiffs' production of materials relating to their claims for attorney fees in this matter, the District will not oppose this request for enlargement. The District's position in response to the plaintiffs' enlargement request is in no way inconsistent with the District's continued demand for plaintiffs' production of materials relating to their attorney fee claims."

No party will be prejudiced by this request.

December 4, 2007                                Respectfully submitted,


                                                _/s/_____
                                                Carl Messineo (#450033)
                                                Mara Verheyden-Hilliard (#450031)
                                                PARTNERSHIP FOR CIVIL JUSTICE
                                                2401 Pennsylvania Avenue, NW Suite 320
                                                Washington, DC 20037
                                                (202) 955-5559
                                                (202) 955-5589 fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BARHAM, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 02-2283 (EGS)(AK) |
| ) | |
| CHIEF CHARLES H. RAMSEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of the Unopposed Motion for Enlargement of Time to File Itemization of Fees on Behalf of Plaintiffs Jeffrey Barham, Brian McAteer, Laury Saligman and Miles Swanson, it is hereby

ORDERED that the motion for enlargement is GRANTED; and it is further

ORDERED that plaintiffs shall have up to and including January 18, 2008, within which to provide a statement and itemization of fees sought.

_____
EMMET G. SULLIVAN
United States District Judge

Signed this _____ day of _____, 2007