UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BARHAM, et al., <br><br>     Plaintiffs, <br><br>CHARLES RAMSEY, et al., <br><br>     Defendants. | Case No.: 02-CV-2283 (EGS)(AK) |

**UNOPPOSED MOTION TO ALLOW BARHAM
PLAINTIFFS TO PROVIDE FEE ESTIMATE ON JANUARY 22ND**

Barham Plaintiffs respectfully request an enlargement of one (1) business day, until January 22, 2008, to provide to Defendant District of Columbia the fee estimate ordered to aid settlement efforts for the Barham class (Docket No. 385).

Counsel for the District of Columbia has advised the District does not oppose the relief requested.

No party will be prejudiced by the requested relief.

January 18, 2008                                     Respectfully submitted,

                                                     _/s/_____
                                                     Carl Messineo, [450033]
                                                     Mara Verheyden-Hilliard [450031]
                                                     PARTNERSHIP FOR CIVIL JUSTICE
                                                     617 Florida Avenue, NW
                                                     Washington, D.C. 20001
                                                     (202) 232-1180
                                                     (202) 350-9557 fax

                                                     *Counsel for Barham plaintiffs*

1