UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BARHAM et al., | ) ) ) ) |
| Plaintiffs, | ) Case No.: 02-CV-2283 (EGS)(AK) ) ) ) |
| CHARLES RAMSEY, et al., | ) ) ) ) |
| Defendants. | ) ) |

**ERRATA REGARDING**
**PLAINTIFFS' SUPPLEMENT TO MOTION FOR ATTORNEY'S FEES**

Plaintiffs herein submit this errata to notify the Court of a technical error in the electronic filing of Plaintiffs' Supplement to Motion for Attorney's Fees (Docket No. 401). The document attached as "Attachment #1 Exhibit Fee Itemization" was attached in error.

Attached to this errata is a true and correct copy of Plaintiffs' Fee Itemization in this case, which is to replace the erroneously attached "Attachment #1" to Plaintiffs' Supplement to Motion for Attorney's Fees (Docket No. 401).

January 23, 2008

Respectfully submitted,

_/s/_____
Carl Messineo, [450033]
Mara Verheyden-Hilliard [450031]
PARTNERSHIP FOR CIVIL JUSTICE
617 Florida Avenue, NW
Washington, D.C. 20001
(202) 232-1180
(202) 350-9557 fax

*Counsel for Barham plaintiffs*

1