UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BARHAM et al., | ) ) ) ) |
| Plaintiffs, | ) Case No.: 02-CV-2283 (EGS) |
| | ) ) ) |
| CHARLES RAMSEY, et al., | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF FILING PLAINTIFFS' SUBMISSION OF**
**GOOD FAITH ESTIMATE OF FEES AND COSTS UNDER SEAL**

The Barham Plaintiffs hereby provide notice that they will file in the Clerk's Office, under seal, Plaintiffs' Submission of Good Faith Estimate of Fees and Costs.

In compliance with the Court's Order issued December 18, 2007 (Docket No. 385), The Barham Plaintiffs provided counsel for the District of Columbia with such an estimate on January 22, 2008, pursuant to the terms of a Consent Protective Order.  See Docket No. 397.

The estimate will be filed under seal on January 24, 2008.

1

January 24, 2008                              Respectfully submitted,


                                              _/s/_____
                                              Carl Messineo, [450033]
                                              Mara Verheyden-Hilliard [450031]
                                              PARTNERSHIP FOR CIVIL JUSTICE
                                              617 Florida Avenue, NW
                                              Washington, D.C. 20001
                                              (202) 232-1180
                                              (202) 350-9557 fax

                                              *Counsel for* <u>Barham</u> *plaintiffs*