UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMING CHANG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, *et al.*, <br><br> Defendants. | : <br> : <br> : <br> : Civ. Action No. 02-02010 (EGS)(AK) <br> : <br> : <br> : |
| JEFFREY BARHAM *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES H. RAMSEY, *et al.*, <br><br> Defendants. | : <br> : <br> : <br> : Civ. Action No. 02-02283 (EGS)(AK) <br> : <br> : <br> : |

[PROPOSED] ORDER

Upon consideration of Plaintiffs' Joint Motion for Allocation of Mediation Fees, and all oppositions and replies thereto, it is hereby ORDERED that the Motion is GRANTED. The District of Columbia shall pay the $15,230.00 invoice submitted by JAMS for the professional services of Hon. Richard A. Levie (Ret.).

Dated: _____, 2008

                                                                                    _____
                                                                                    The Honorable Emmett G. Sullivan
                                                                                    United States District Judge

Copies to:  All counsel of record