```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
RAYMING CHANG, *et al.*,      )
                              )
          Plaintiffs,         )
                              )   Civ. Action No. 02-2010 (EGS)
     v.                       )
                              )
UNITED STATES, *et al.*,      )
                              )
          Defendants.         )
_____)
                              )
JEFFREY BARHAM, *et al.*,     )
                              )
          Plaintiffs,         )
                              )   Civ. Action No. 02-2283 (EGS)
     v.                       )
                              )
CHARLES RAMSEY, *et al.*,     )
                              )
          Defendants.         )
_____)

## ORDER

Pending before the Court is defendant District of Columbia's Motion to Pay One-Half of Judge Levie's Mediation Services Fees Pending Further Order of the Court. Upon consideration of the Motion, the record herein, and the interests of the justice, it is hereby

**ORDERED** that the District of Columbia promptly issue payment to JAMS in the amount of $7,615.00 as payment of one-half (1/2) of the sum reflected in the JAMS Statement of Services for Judge Levie's services in the mediation of these two cases.

When Plaintiffs' Motions on fee allocation are fully briefed, the Court will promptly determine the allocation of the remaining amount due and order payment by the appropriate parties accordingly.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**June 5, 2008**