# Vinson&Elkins

# Invoice

June 12, 2006

**Ramsey, Charles R.**
702 Capitol Square Place, S.W.
Washington, DC 20024

| | |
|---|---|
| **Payor Code** | RAM245 |
| **Client/Matter Number** | RAM245 13000 |
| **Invoice Number** | 25187151 |
| **Billing Attorney** | Mark H. Tuohey |

Re:   Ramsey, Charles R.

Re:   Barham v. Ramsey et al.; Chang v. United States et al.

**Fees for services posted through May 31, 2006:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/06 | MHT | Telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.00 | 500.00 |
| 03/02/06 | MHT | Telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review ▓▓▓▓▓▓ | 2.50 | 1,250.00 |
| 03/02/06 | JMF | Review ▓▓▓▓▓▓▓▓▓▓▓▓; revise ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ exchange emails with Mark Tuohey, Tom Koger ▓▓▓▓▓ | 1.25 | 493.75 |
| 03/03/06 | MHT | Review ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.50 | 750.00 |
| 03/05/06 | MHT | Outline of points ▓▓▓▓▓▓▓▓▓▓▓; preparation ▓▓▓ ▓▓▓▓▓ | 1.50 | 750.00 |
| 03/06/06 | JMF | Work on ▓▓▓▓▓▓▓▓▓ and motion ▓▓▓▓▓▓▓▓ | 1.50 | 592.50 |
| 03/07/06 | MHT | Review of ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 2.25 | 1,125.00 |
| 03/08/06 | MHT | Review of discovery requests; teleconference ▓▓▓▓▓; teleconference ▓▓▓▓▓▓ | 2.25 | 1,125.00 |
| 03/09/06 | MHT | Review of motion; teleconference ▓▓▓▓▓▓▓▓▓▓ | 2.25 | 1,125.00 |
| 03/10/06 | MHT | Preparation ▓▓▓▓▓▓▓▓▓ preparation ▓▓▓▓▓▓ | 2.00 | 1,000.00 |
| 03/12/06 | MHT | Preparation ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.00 | 500.00 |
| 03/13/06 | MHT | Dictate ▓▓▓▓▓▓▓▓▓▓▓▓▓ teleconference ▓▓▓▓▓▓ review ▓▓▓▓▓ | 1.50 | 750.00 |
| 03/14/06 | MHT | Review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓; draft responses ▓▓▓▓▓ | 1.50 | 750.00 |
| 03/14/06 | JMF | Email ▓▓▓▓▓▓▓, emails ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ review op▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.00 | 395.00 |
| 03/15/06 | MHT | Review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; preparation ▓▓▓▓▓▓▓▓ | 2.00 | 1,000.00 |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113

I.R.S. NO. 74-1183015

Vinson & Elkins LLP  Attorneys at Law  Austin  Beijing  Dallas  Dubai
Houston  London  Moscow  New York  Shanghai  Tokyo  Washington
First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Tel 713.758.2222  Fax 713.758.2346  www.velaw.com

# V&E Invoice

| | |
|---|---|
| Payor Code | RAM245 |
| Client/Matter Number | RAM245 13000 |
| Invoice Number | 25187151 |
| Billing Attorney | Mark H. Tuohey |

Re:   Barham v. Ramsey et al.; Chang v. United States et al.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/16/06 | MHT | Teleconference ▆▆▆; review ▆▆▆▆▆▆▆▆s. | 1.50 | 750.00 |
| 03/17/06 | MHT | Review ▆▆▆▆▆ | 1.50 | 750.00 |
| 03/19/06 | MHT | Review ▆▆▆ | 1.00 | 500.00 |
| 03/21/06 | MHT | Review ▆▆▆▆▆ | 1.25 | 625.00 |
| 03/22/06 | MHT | Meeting ▆▆▆▆▆▆▆ | 1.75 | 875.00 |
| 03/23/06 | MHT | Teleconference ▆▆▆▆▆▆▆▆ | 1.50 | 750.00 |
| 03/28/06 | MHT | Review ▆▆▆ | 1.75 | 875.00 |
| 03/29/06 | JMF | Draft letter ▆▆▆ | 1.00 | 395.00 |
| 03/30/06 | MHT | Review ▆▆▆ teleconference ▆▆▆ | 1.00 | 500.00 |
| 03/31/06 | MHT | Teleconference ▆▆▆ review ▆▆▆ | 1.00 | 500.00 |
| 04/10/06 | MHT | Teleconference ▆▆▆; teleconference w▆▆▆ | 1.00 | 500.00 |
| 04/11/06 | MHT | Review ▆▆▆; teleconfernece ▆▆▆▆; review ▆▆▆ | 1.50 | 750.00 |
| 04/12/06 | MHT | Telephone conference with client regarding status; telephone conference with LBAO. | 0.50 | 250.00 |
| 04/13/06 | MHT | Review ▆▆▆▆▆ | 1.50 | 750.00 |
| 04/14/06 | MHT | Preparation ▆▆▆▆ | 1.00 | 500.00 |
| 04/14/06 | JMF | Emails ▆▆▆ | 0.25 | 98.75 |
| 04/21/06 | MHT | Preparation ▆▆▆; review ▆▆▆ | 1.25 | 625.00 |
| 04/24/06 | MHT | Review ▆▆▆ | 0.50 | 250.00 |
| 04/25/06 | MHT | Review ▆▆▆ | 0.50 | 250.00 |
| 04/27/06 | JMF | Meeting ▆▆▆ | 0.25 | 98.75 |
| 04/28/06 | MHT | Teleconference w▆▆▆ teleconference w▆▆▆ review of ▆▆▆ | 0.75 | 375.00 |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113      I.R.S. NO. 74-1183015

Vinson & Elkins LLP  Attorneys at Law  Austin  Beijing  Dallas  Dubai  Houston  London  Moscow  New York  Shanghai  Tokyo  Washington

First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Tel 713.758.2222  Fax 713.758.2346  www.velaw.com

# V&E Invoice

Ramsey, Charles R.  June 12, 2006  Page 3

Payor Code             RAM245
Client/Matter Number   RAM245 13000
Invoice Number         25187151
Billing Attorney       Mark H. Tuohey

Re:   Barham v. Ramsey et al.; Chang v. United States et al.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/02/06 | MHT | Review ▮▮▮; teleconference ▮▮▮ | 1.00 | 500.00 |
| 05/08/06 | MHT | Review ▮▮▮ | 0.50 | 250.00 |
| 05/08/06 | JMF | Review ▮▮▮; email to ▮▮▮ | 0.75 | 296.25 |
| 05/09/06 | MHT | Teleconference ▮▮▮; conference ▮▮▮ | 1.50 | 750.00 |
| 05/09/06 | JMF | Telephone conference ▮▮▮ email ▮▮▮ | 1.00 | 395.00 |
| 05/10/06 | MHT | Teleconference ▮▮▮ review of ▮▮▮ | 0.50 | 250.00 |
| 05/11/06 | RCSA | Telconference ▮▮▮ | 0.25 | 156.25 |
| 05/16/06 | MHT | Review ▮▮▮ | 0.50 | 250.00 |
| 05/18/06 | MHT | Telephone ▮▮▮ telephone conference ▮▮▮ | 0.50 | 250.00 |
| **Total** | | | **53.75** | **$26,171.25** |

**Disbursements and other charges posted through May 31, 2006:**

| Description | Amount |
|---|---|
| Miscellaneous | 92.16 |
| Photocopy | 1.20 |
| Postage | 0.63 |
| **Total** | **$93.99** |

**Total Invoice**                                                                 $26,265.24

**Ramsey, Charles R. 0.00% Proportionate Share of Total Invoice**                      $0.00

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113                I.R.S. NO. 74-1183015

Vinson & Elkins LLP  Attorneys at Law  Austin  Beijing  Dallas  Dubai     First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Houston  London  Moscow  New York  Shanghai  Tokyo  Washington             Tel 713.758.2222  Fax 713.758.2346  www.velaw.com

# V&E Invoice

Ramsey, Charles R.   June 12, 2006          Page 4

Payor Code              RAM245
Client/Matter Number    RAM245 13000
Invoice Number          25187151
Billing Attorney        Mark H. Tuohey

Re:   Barham v. Ramsey et al.; Chang v. United States et al.

**Summary of Services**

| Initials | Name              | Hours | Eff. Rate | Amount      |
|----------|-------------------|-------|-----------|-------------|
| JMF      | John M. Faust     | 7.00  | 395.00    | 2,765.00    |
| RCSA     | Richard C. Sauer  | 0.25  | 625.00    | 156.25      |
| MHT      | Mark H. Tuohey    | 46.50 | 500.00    | 23,250.00   |
| **Total**|                   | 53.75 |           | **$26,171.25** |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113          I.R.S. NO. 74-1183015

Vinson & Elkins LLP   Attorneys at Law   Austin  Beijing  Dallas  Dubai          First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Houston  London  Moscow  New York  Shanghai  Tokyo  Washington                   Tel 713.758.2222  Fax 713.758.2346  www.velaw.com

# Vinson&Elkins

# Invoice

June 12, 2006

**Ramsey, Charles R.**
702 Capitol Square Place, S.W.
Washington, DC 20024

| | |
|---|---|
| **Payor Code** | RAM245 |
| **Client/Matter Number** | RAM245 13000 |
| **Invoice Number** | 25187151 |
| **Billing Attorney** | Mark H. Tuohey |

Re: Barham v. Ramsey et al.; Chang v. United States et al.

---

REMITTANCE COPY

---

**Total Invoice** $0.00

| | Wiring Instructions | ACH Payment Instructions |
|---|---|---|
| Bank | JPMorgan Chase Bank, N.A.<br>601 Travis Street, 18th Floor, TX2-C095<br>Houston, Texas 77002<br>United States of America | JPMorgan Chase Bank, N.A.<br>601 Travis Street, 18th Floor, TX2-C095<br>Houston, Texas 77002<br>United States of America |
| ABA Number | 021000021 | 113000609 |
| SWIFT Code | CHASUS33TEX | CHASUS33TEX |
| Account Name | Vinson & Elkins L.L.P. Domestic Account<br>First City Tower<br>1001 Fannin Street, Suite 2300<br>Houston, Texas 77002-6760<br>United States of America | Vinson & Elkins L.L.P. Domestic Account<br>First City Tower<br>1001 Fannin Street, Suite 2300<br>Houston, Texas 77002-6760<br>United States of America |
| Account Number | 001-01687987 | 001-01687987 |
| Reference | Invoice No. 25187151<br>Billing Attorney: Mark H. Tuohey | Invoice No. 25187151<br>Billing Attorney: Mark H. Tuohey |
| Please send confirmation of payment including invoice number to: WWW.PAYMENTS@VELAW.COM | | |

Please return this page with your payment

Total amount (payable in U.S. dollars) due by July 12, 2006

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113

I.R.S. NO. 74-1183016

Vinson & Elkins LLP  Attorneys at Law  Austin  Beijing  Dallas  Dubai
Houston  London  Moscow  New York  Shanghai  Tokyo  Washington

First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Tel 713.758.2222  Fax 713.758.2346  www.velaw.com

# Vinson&Elkins

# Invoice

June 12, 2006

Ramsey, Charles R.
702 Capitol Square Place, S.W.
Washington, DC 20024

| | |
|---|---|
| Payor Code | RAM245 |
| Client/Matter Number | RAM245 13000 |
| Invoice Number | 25187151 |
| Billing Attorney | Mark H. Tuohey |

Re: Ramsey, Charles R.

Re: Barham v. Ramsey et al.; Chang v. United States et al.

**Invoice Proportionate Share**

| | |
|---|---|
| Office of the Attorney General, District 100.00% | $26,265.24 |
| **Total** | **$26,265.24** |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113

I.R.S. NO. 74-1183015

Vinson & Elkins LLP  Attorneys at Law  Austin  Beijing  Dallas  Dubai
Houston  London  Moscow  New York  Shanghai  Tokyo  Washington

First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Tel 713.758.2222  Fax 713.758.2346  www.velaw.com