# Vinson&Elkins

# Invoice

March 17, 2006

**Ramsey, Charles R.**
702 Capitol Square Place, S.W.
Washington, DC 20024

| | |
|---|---|
| Payor Code | RAM245 |
| Client/Matter Number | RAM245 13000 |
| Invoice Number | 25177096 |
| Billing Attorney | Mark H. Tuohey |

Re: Ramsey, Charles R.

Re: Barham v. Ramsey et al.; Chang v. United States et al.

**Fees for services posted through February 28, 2006:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/05 | JMF | Review ▮ | 0.50 | 197.50 |
| 12/01/05 | JMSH | Review ▮ ; assess ▮ and conferences ▮ ; email conferences ▮ | 0.50 | 147.50 |
| 12/02/05 | JMSH | Review ▮ | 0.25 | 73.75 |
| 12/06/05 | MHT | Review ▮ telephone conference | 0.25 | 125.00 |
| 12/07/05 | MHT | Telephone conference ▮ | 0.25 | 125.00 |
| 12/07/05 | JMSH | Review ▮ | 0.75 | 221.25 |
| 12/09/05 | MHT | Review of emails ▮ | 0.50 | 250.00 |
| 12/09/05 | JMSH | Review ▮ ; research ▮ email conference ▮ | 1.75 | 516.25 |
| 12/10/05 | JMSH | Review ▮ | 0.75 | 221.25 |
| 12/11/05 | JMSH | Review briefing ▮ | 1.25 | 368.75 |
| 12/12/05 | JMSH | Analyze ▮ ; review ▮ email ▮ ; review ▮ ffice conference ▮ | 3.25 | 958.75 |
| 12/13/05 | MHT | Review of discovery report. | 0.50 | 250.00 |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.C. BOX 200113, HOUSTON, TEXAS 77216-0113

I.R.S. NO. 74-1183015

**Vinson & Elkins LLP  Attorneys at Law**  Austin  Beijing  Dallas  Dubai
Houston  London  Moscow  New York  Shanghai  Tokyo  Washington

First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Tel 713.758.2222  Fax 713.758.2346  www.velaw.com

Payor Code　　　　　　RAM245
Client/Matter Number　RAM245 13000
Invoice Number　　　　25177096
Billing Attorney　　　　Mark H. Tuohey

Re:　Barham v. Ramsey et al.; Chang v. United States et al.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/13/05 | KWKL | Review ▓▓▓ | 0.50 | 87.50 |
| 12/13/05 | JMSH | Conferences ▓▓▓; review ▓▓▓; review o▓▓▓; review ▓▓▓ research and review ▓▓▓ review ▓▓▓ and review ▓▓▓ | 2.75 | 811.25 |
| 12/14/05 | JMSH | Review ▓▓▓ revise letter ▓▓▓; review | 2.00 | 590.00 |
| 12/15/05 | JMF | Conference ▓▓▓ | 0.25 | 98.75 |
| 12/15/05 | JMSH | Revise letter ▓▓▓ conference ▓▓▓ and email conference ▓▓▓ email conference ▓▓▓ | 1.25 | 368.75 |
| 12/16/05 | MHT | Review ▓▓▓ | 0.75 | 375.00 |
| 12/16/05 | JMSH | Review ▓▓▓ | 1.00 | 295.00 |
| 12/19/05 | MHT | Telephone conference ▓▓▓ telephone conference ▓▓▓ | 0.50 | 250.00 |
| 12/19/05 | KWKL | Compare ▓▓▓ | 0.50 | 87.50 |
| 12/20/05 | JMSH | Review ▓▓▓ and email conference ▓▓▓ office conference with ▓▓▓ | 0.25 | 73.75 |
| 12/21/05 | KWKL | ▓▓▓ | 0.75 | 131.25 |
| 12/21/05 | JMSH | Review ▓▓▓ review ▓▓▓; review ▓▓▓ | 1.75 | 516.25 |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113　　　　I.R.S. NO. 74-1183015

**Vinson & Elkins LLP**　Attorneys at Law　Austin Beijing Dallas Dubai　First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Houston London Moscow New York Shanghai Tokyo Washington　Tel 713.758.2222　Fax 713.758.2346　www.velaw.com

# V&E Invoice

Ramsey, Charles R.    March 17, 2006    Page 3

Payor Code            RAM245
Client/Matter Number  RAM245 13000
Invoice Number        25177096
Billing Attorney      Mark H. Tuohey

Re: Barham v. Ramsey et al.; Chang v. United States et al.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ▓; review ▓ ▓eview li▓ ▓, and conference ▓ conference ▓ | | |
| 12/22/05 | MHT | Review ▓gs; telephone conference ▓, telephone conference ▓ | 1.00 | 500.00 |
| 12/22/05 | JMSH | Email conference ▓g; email conferences ▓ email conference ▓ | 0.25 | 73.75 |
| 12/23/05 | JMSH | Email conferences ▓ 12/26/05: Email conference ▓ | 0.25 | 73.75 |
| 12/26/05 | MHT | Respond ▓; telephone conference ▓. | 0.50 | 250.00 |
| 12/28/05 | MHT | Review ▓ | 0.75 | 375.00 |
| 12/29/05 | JMSH | Office conference ▓ nd email conference ▓ ▓; telephone conference ▓ | 0.25 | 73.75 |
| 12/30/05 | MHT | Telephone conference ▓ response t▓ | 0.75 | 375.00 |
| 12/30/05 | JMSH | Review ▓; review ▓, and email conference w▓; review letter ▓ conference with ▓ | 1.00 | 295.00 |
| 01/02/06 | MHT | Review of new discovery request and response. | 0.50 | 250.00 |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113

I.R.S. NO. 74-1183015

Vinson & Elkins LLP  Attorneys at Law  Austin  Beijing  Dallas  Dubai
Houston  London  Moscow  New York  Shanghai  Tokyo  Washington
First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Tel 713.758.2222  Fax 713.758.2346  www.velaw.com

# V&E Invoice

Ramsey, Charles R.  March 17, 2006  Page 4

**Payor Code** RAM245
**Client/Matter Number** RAM245 13000
**Invoice Number** 25177096
**Billing Attorney** Mark H. Tuohey

Re: Barham v. Ramsey et al.; Chang v. United States et al.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/06 | MHT | Review of motions response. | 1.00 | 500.00 |
| 01/04/06 | MHT | Review of discovery pleadings; telephone conference ▮ | 0.75 | 375.00 |
| 01/04/06 | JMSH | Telephone conference ▮ conference call with ▮ conference ▮ conferences ▮ telephone conference ▮; email conferences ▮ | 1.25 | 368.75 |
| 01/05/06 | MHT | Telephone conference ▮ | 0.25 | 125.00 |
| 01/06/06 | MHT | Conference ▮ | 0.50 | 250.00 |
| 01/10/06 | JMSH | Review ▮ email conferences ▮ | 0.25 | 73.75 |
| 01/11/06 | MHT | Review ▮; telephone conference ▮ | 0.75 | 375.00 |
| 01/11/06 | JMSH | Office conference ▮ telephone conference ▮, and email conference ▮, email conferences with ▮ review ▮; conference ▮ | 1.00 | 295.00 |
| 01/12/06 | MHT | Preparation for meeting ▮ | 0.75 | 375.00 |
| 01/13/06 | MHT | Review ▮; conference ▮ | 1.50 | 750.00 |
| 01/13/06 | JMF | Review ▮ | 1.00 | 395.00 |
| 01/13/06 | JMSH | Review ▮; assess ▮; review ▮ conference ▮ | 1.50 | 442.50 |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113

I.R.S. NO. 74-1183015

Vinson & Elkins LLP  Attorneys at Law  Austin  Beijing  Dallas  Dubai  Houston  London  Moscow  New York  Shanghai  Tokyo  Washington

First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Tel 713.758.2222  Fax 713.758.2346  www.velaw.com

# V&E Invoice

Payor Code: RAM245
Client/Matter Number: RAM245 13000
Invoice Number: 25177096
Billing Attorney: Mark H. Tuohey

Re: Barham v. Ramsey et al.; Chang v. United States et al.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/16/06 | MHT | Meeting ▓▓▓ | 1.25 | 625.00 |
| 01/16/06 | JMF | Meeting ▓▓▓ | 1.50 | 592.50 |
| 01/16/06 | JMSH | Office conference ▓▓▓ email conference ▓▓▓ review | 2.50 | 737.50 |
| 01/17/06 | MHT | Review ▓▓▓ review ▓▓▓ | 1.25 | 625.00 |
| 01/17/06 | KWKL | Organize documents to be filed; obtain ▓▓▓ | 3.00 | 525.00 |
| 01/17/06 | JMSH | Email and telephone conferences ▓▓▓ and telephone conferences ▓▓▓ draft ▓▓▓, and office conference w ▓▓▓ prepare correspondence ▓▓▓; conferences ▓▓▓ review ▓▓▓ | 1.75 | 516.25 |
| 01/18/06 | JMSH | Revise notes ▓▓▓ | 0.25 | 73.75 |
| 01/18/06 | JMSH | Revise notes re ▓▓▓ | 0.25 | 73.75 |
| 01/19/06 | JMSH | Organize files; office conference w ▓▓▓ review ▓▓▓ | 1.50 | 442.50 |
| 01/20/06 | MHT | Review ▓▓▓ review ▓▓▓; telephone conference w ▓▓▓ | 0.50 | 250.00 |
| 01/20/06 | JMSH | Review ▓▓▓; email ▓▓▓ | 3.00 | 885.00 |
| 01/23/06 | JMSH | Email conferences ▓▓▓ conference ▓▓▓ email conference w ▓▓▓ | 0.25 | 73.75 |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113

I.R.S. NO. 74-1183015

Vinson & Elkins LLP  Attorneys at Law  Austin  Beijing  Dallas  Dubai  Houston  London  Moscow  New York  Shanghai  Tokyo  Washington

First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Tel 713.758.2222  Fax 713.758.2346  www.velaw.com

# V&E Invoice

Ramsey, Charles R.  March 17, 2006  Page 6

**Payor Code** RAM245
**Client/Matter Number** RAM245 13000
**Invoice Number** 25177096
**Billing Attorney** Mark H. Tuohey

Re: Barham v. Ramsey et al.; Chang v. United States et al.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/24/06 | JMF | Review ▓▓▓; email ▓▓▓; telephone call ▓▓▓ | 3.50 | 1,382.50 |
| 01/24/06 | JMSH | Email conferences ▓▓▓ prepare discovery requests ▓▓▓ conference ▓▓▓ office conference ▓▓▓ | 1.25 | 368.75 |
| 01/24/06 | NDBO | Meeting ▓▓▓ | 1.75 | 551.25 |
| 01/25/06 | JMSH | ▓▓▓ revise memorandum ▓▓▓ review | 1.25 | 368.75 |
| 01/25/06 | NDBO | Review ▓▓▓ review ▓▓▓ | 2.50 | 787.50 |
| 01/26/06 | JMSH | Revise letter ▓▓▓ conference ▓▓▓ | 1.75 | 516.25 |
| 01/27/06 | JMSH | Revise memorandum ▓▓▓ | 0.50 | 147.50 |
| 01/31/06 | MHT | Telephone conferences ▓▓▓ | 0.75 | 375.00 |
| 01/31/06 | JMF | Conference ▓▓▓ | 0.25 | 98.75 |
| 01/31/06 | NDBO | Review ▓▓▓ review ▓▓▓ meeting with ▓▓▓ | 2.25 | 708.75 |
| 02/01/06 | NDBO | Review ▓▓▓ | 4.75 | 1,496.25 |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113

I.R.S. NO. 74-1183015

Vinson & Elkins LLP  Attorneys at Law  Austin  Beijing  Dallas  Dubai
Houston  London  Moscow  New York  Shanghai  Tokyo  Washington

First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Tel 713.758.2222  Fax 713.758.2346  www.velaw.com

# V&E Invoice

Ramsey, Charles R.  March 17, 2006  Page 7

Payor Code: RAM245
Client/Matter Number: RAM245 13000
Invoice Number: 25177096
Billing Attorney: Mark H. Tuohey

Re: Barham v. Ramsey et al.; Chang v. United States et al.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ▬▬▬ review ▬▬▬ review ▬▬▬; draft informed ▬▬▬ | | |
| 02/08/06 | MHT | Review ▬▬▬ review ▬▬▬ | 1.50 | 750.00 |
| 02/09/06 | MHT | Review ▬▬▬ | 1.25 | 625.00 |
| 02/09/06 | JMF | Work on ▬▬▬ revise ▬▬▬ | 2.00 | 790.00 |
| 02/10/06 | MHT | Review of ▬▬▬ review ▬▬▬ | 4.00 | 2,000.00 |
| 02/10/06 | JMF | Prepare for meeting ▬▬▬ review ▬▬▬ brief research ▬▬▬ meeting w ▬▬▬ | 2.50 | 987.50 |
| 02/10/06 | NDBO | Review and revise ▬▬▬; review ▬▬▬ meeting w ▬▬▬ meeting w ▬▬▬ | 4.25 | 1,338.75 |
| 02/13/06 | MHT | Preparation for meeting ▬▬▬ revise memo; teleconference ▬▬▬ review ▬▬▬ | 1.75 | 875.00 |
| 02/13/06 | JMF | Draft letter ▬▬▬; revise ▬▬▬ work on ▬▬▬; review Klein ▬▬▬ | 5.75 | 2,271.25 |
| 02/13/06 | NDBO | Draft ▬▬▬ review ▬▬▬ | 1.00 | 315.00 |
| 02/14/06 | MHT | Preparation for meeting ▬▬▬ follow-up email, ▬▬▬ review of ▬▬▬ | 2.75 | 1,375.00 |
| 02/14/06 | JMF | Meeting ▬▬▬ | 1.50 | 592.50 |
| 02/14/06 | NDBO | Meeting with ▬▬▬ | 1.50 | 472.50 |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113

I.R.S. NO. 74-1183015

Vinson & Elkins LLP  Attorneys at Law  Austin  Beijing  Dallas  Dubai
Houston  London  Moscow  New York  Shanghai  Tokyo  Washington

First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Tel 713.758.2222  Fax 713.758.2346  www.velaw.com

# V&E Invoice

Ramsey, Charles R.    March 17, 2006    Page 8

Payor Code    RAM245
Client/Matter Number    RAM245 13000
Invoice Number    25177096
Billing Attorney    Mark H. Tuohey

Re:    Barham v. Ramsey et al.; Chang v. United States et al.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/15/06 | MHT | Review ████ | 2.50 | 1,250.00 |
| 02/16/06 | MHT | Review ████ prepare ████; prepare ████ | 4.50 | 2,250.00 |
| 02/16/06 | JMF | Meetings ████ | 5.00 | 1,975.00 |
| 02/17/06 | MHT | Review ████ teleconference ████ | 1.50 | 750.00 |
| 02/18/06 | MHT | Review ████ | 2.50 | 1,250.00 |
| 02/20/06 | MHT | Review of issues ████ | 3.50 | 1,750.00 |
| 02/21/06 | MHT | Review ████ | 2.25 | 1,125.00 |
| 02/22/06 | MHT | Review ████ | 1.50 | 750.00 |
| 02/24/06 | MHT | Prepare ████ | 2.50 | 1,250.00 |
| 02/25/06 | MHT | Review ████ | 1.50 | 750.00 |
| 02/26/06 | MHT | Review ████ | 1.50 | 750.00 |
| 02/27/06 | MHT | Review ████ | 2.25 | 1,125.00 |
| 02/28/06 | MHT | Telephone conference ████ review ████ | 3.25 | 1,625.00 |
| **Total** | | | **140.00** | **$54,945.00** |

Disbursements and other charges posted through February 28, 2006:

| Description | Amount |
|---|---|
| Miscellaneous | 41.44 |
| Travel | 14.49 |
| Computer Legal Research | 429.23 |
| Photocopy | 252.60 |
| Courier Services | 7.68 |
| Postage | 1.50 |
| Outside Professional Services | 419.85 |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113    I.R.S. NO. 74-1183015

Vinson & Elkins LLP   Attorneys at Law   Austin   Beijing   Dallas   Dubai   Houston   London   Moscow   New York   Shanghai   Tokyo   Washington
First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Tel 713.758.2222   Fax 713.758.2346   www.velaw.com

# V&E  Invoice

Ramsey, Charles R.    March 17, 2006    Page 9

Payor Code            RAM245
Client/Matter Number  RAM245 13000
Invoice Number        25177096
Billing Attorney      Mark H. Tuohey

Re:    Barham v. Ramsey et al.; Chang v. United States et al.

| Description | Amount |
|---|---|
| Total | $1,166.79 |

| | |
|---|---|
| **Total Invoice** | **$56,111.79** |
| Ramsey, Charles R. 0.00% Proportionate Share of Total Invoice | $0.00 |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113              I.R.S. NO. 74-1183015

Vinson & Elkins LLP  Attorneys at Law  Austin Beijing Dallas Dubai    First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Houston London Moscow New York Shanghai Tokyo Washington              Tel 713.758.2222  Fax 713.758.2346  www.velaw.com

| | | Payor Code | RAM245 |
| | | Client/Matter Number | RAM245 13000 |
| | | Invoice Number | 25177096 |
| | | Billing Attorney | Mark H. Tuohey |

Re: Barham v. Ramsey et al.; Chang v. United States et al.

**Summary of Services**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| NDBO | Nashiba D. Boyd | 18.00 | 315.00 | 5,670.00 |
| JMF | John M. Faust | 23.75 | 395.00 | 9,381.25 |
| KWKL | Katherine W. Klein | 4.75 | 175.00 | 831.25 |
| JMSH | Justin M. Shellaway | 37.50 | 295.00 | 11,062.50 |
| MHT | Mark H. Tuohey | 56.00 | 500.00 | 28,000.00 |
| **Total** | | **140.00** | | **$54,945.00** |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113                I.R.S. NO. 74-1183015

Vinson & Elkins LLP  Attorneys at Law  Austin  Beijing  Dallas  Dubai      First City Tower, 1001 Fannin St., Suite 2300, Houston, TX 77002-6760
Houston  London  Moscow  New York  Shanghai  Tokyo  Washington             Tel 713.758.2222  Fax 713.758.2346  www.velaw.com