UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BARHAM, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 02-2283 (EGS)(AK) |
| ) | |
| CHIEF CHARLES H. RAMSEY, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| RAYMING CHANG, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 02-2010 (EGS) |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Federal Defendants in the above-captioned case.

Dated: February 25, 2009
    Washington, D.C.

                    Respectfully submitted,

                     /s/
                    BRIAN P. HUDAK
                    Assistant United States Attorney
                    Civil Division
                    555 4th Street, NW
                    Washington, DC 20530
                    (202) 514-7143
                    brian.hudak@usdoj.gov