**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
RAYMING CHANG, et al.,         )
                               )
          Plaintiffs,          )
                               )   Civ. Action No. 02-2010 (EGS)
     v.                        )
                               )
UNITED STATES, et al.,         )
                               )
          Defendants.          )
_____)
                               )
JEFFREY BARHAM, et al.,        )
                               )
          Plaintiffs,          )
                               )   Civ. Action No. 02-2283 (EGS)
     v.                        )
                               )
CHARLES RAMSEY, et al.,        )
                               )
          Defendants.          )
_____)
```

**ORDER**

On August 19, 2009, the Court received (via electronic mail) unsolicited correspondence from former Councilmember Kathleen Patterson.  This correspondence relates to the Council of the District of Columbia Committee on the Judiciary's investigation of the Metropolitan Police Department handling of demonstrations in Pershing Park in September 2002, and, more specifically, to the Declaration of Peter J. Nickles filed in the above actions on August 12, 2009.  Because it does not appear that all counsel of record in these actions received copies of this correspondence, and because Ms. Patterson is not a party to this litigation, the Court is of the opinion that all counsel of record should receive

copies of the correspondence.  Moreover, the Court is inclined to post this correspondence on the public docket and to provide the parties an opportunity to respond publicly.  Accordingly, it is by the Court

**ORDERED** that the Clerk of the Court shall forthwith provide copies of Ms. Patterson's correspondence to counsel of record in these actions; and it is

**FURTHER ORDERED** that any objections to posting this correspondence on the public docket shall be filed by no later than **August 26, 2009 at 12:00 p.m.**; and it is

**FURTHER ORDERED** that any responses to the correspondence shall be filed by no later than **September 4, 2009**.  In the event that the correspondence has not been posted on the public docket by that time, any responses shall be filed with the Court under seal.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          August 20, 2009**

Notice to:
Kathleen Patterson (via electronic mail)

2