**V&E Invoice**

Ramsey, Charles R.   March 30, 2007   Page 5

Payor Code            RAM245
Client/Matter Number  RAM245 13000
Invoice Number        25218866
Billing Attorney      Mark H. Tuohey

Re:   Barham v. Ramsey et al.; Chang v. United States et al.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/21/07 | MHT | Review ▓▓▓ | 1.75 | 875.00 |
| 02/22/07 | MHT | Review ▓▓▓ | 1.50 | 750.00 |
| 02/22/07 | STM | Review, ▓▓▓ | 1.50 | 375.00 |
| 02/23/07 | STM | Review ▓▓▓ | 1.00 | 250.00 |
| 02/26/07 | MHT | Review ▓▓▓ | 1.50 | 750.00 |
| 02/27/07 | MHT | Preparation for deposition; review ▓▓▓ | 1.50 | 750.00 |
| 02/27/07 | STM | ▓▓▓ | 0.75 | 187.50 |
| **Total** | | | 141.25 | $57,611.25 |

**Disbursements and other charges posted through February 28, 2007:**

| Description | Amount |
|---|---|
| Travel | 17.00 |
| Business Meals | 86.38 |
| Photocopy | 725.10 |
| Telefax | 0.50 |
| Postage | 0.39 |
| Outside Professional Services | 366.49 |
| Long Distance Telephone | 20.67 |
| **Total** | **$1,216.53** |

**Total Invoice**                                                              $58,827.78

**Ramsey, Charles R. 0.00% Proportionate Share of Total Invoice**              $0.00

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO: P.O. BOX 200113, HOUSTON, TEXAS 77216-0113       I.R.S. NO. 74-1183015

Vinson & Elkins LLP  Attorneys at Law   Austin  Beijing  Dallas  Dubai      First City Tower, 1001 Fannin St., Suite 2500, Houston, TX 77002-6760
Hong Kong  Houston  London  Moscow  New York  Shanghai  Tokyo  Washington   Tel 713.758.2222  Fax 713.758.2346  www.velaw.com