UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEFFREY BARHAM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-2283 (EGS) |
| | ) | |
| CHIEF CHARLES H. RAMSEY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CONSENT MOTION FOR A BRIEF ENLARGEMENT OF TIME
TO RESPOND TO THE COURT'S ORDER OF JULY 30, 2009**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1), Defendant Federal Bureau of Investigation ("FBI"), by and through its undersigned counsel, respectfully moves for a brief enlargement of time to respond to the Court's Order of July 30, 2009. Specifically, based upon unforeseen events detailed below, the FBI requests that the Court extend its time for responding to the Court's Order granting Plaintiff's motion to compel further searches of certain FBI records and information systems from September 15, 2009, to September 18, 2009 -- a three (3) day extension of time. Barham Plaintiffs, through their counsel, have graciously consented to the relief sought by this Motion. The grounds for this Motion are set forth below.

Earlier this year, Barham Plaintiffs moved to compel the FBI to conduct further searches of certain FBI records and information systems using the Named Plaintiffs' names as search criteria in response to their Rule 30(b)(6) deposition of the FBI regarding, in part, the maintenance, use and dissemination of information regarding the arrests at issue in this litigation. At the July 29, 2009, status conference, the Court granted Barham Plaintiffs' motion to compel and ordered the FBI to conduct the requested searches and provide a response by September 30,

2009.  Subsequently, the Court amended its oral Order through its written Order of July 30, 2009, and set September 15, 2009, as the date by which the FBI was to respond.

Promptly after the July 29, 2009, status conference, undersigned counsel met with Agency counsel and other Agency representatives to discuss the searches required by the Court's Order and requested by Barham Plaintiffs.  Specifically, on July 29, 2009, undersigned counsel communicated the requirements of the Court's Order to the FBI, and just a few days later the FBI and undersigned counsel conducted a conference call to discuss what steps needed to be taken in response to the Order.  Thereafter, the FBI, through its Criminal Justice Information Services, the Washington Field Office, and other components, diligently undertook to investigate, search and report on the results of the searches required by the Court's Order of July 30, 2009.  For example, when the FBI concluded that further personally identifying information regarding the Named Plaintiffs was necessary to search one or more of the relevant systems, the FBI, through counsel, requested such information from Barham Plaintiffs' counsel, who promptly responded with the requested information.  The FBI completed the last of its searches last week.

The FBI understands that at the July 29, 2009, status conference, the Court expressed a strong disfavor for any further extension requests in this action, and therefore the FBI had worked diligently, with the involvement of numerous individuals, to meet the Court's September 15th deadline.  The FBI, however, respectfully requests this brief extension request, with Barham Plaintiffs' consent, due to unforeseen personal matters.  Despite the above described diligent efforts to comply with the Court's Order by September 15, 2009, Agency counsel who has coordinated the FBI's response to the Court's Order was out of the office nearly all of last week due to travel based upon family reasons.  Further, upon his return to the office, such counsel was out of the office for a portion of time due to illness.  Although the FBI has drafted its response

(in the form of declarations), given the above unforeseen circumstances it requires a brief three day extension to finalize its response.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter.  This motion represents the FBI's first request for an extension of this deadline.  No other pending deadlines will be affected by granting the requested extension.  Allowing the FBI a small amount of additional time to finalize its response to the Court's Order granting the Barham Plaintiffs' motion to compel, serves the interests of the parties and the Court by ensuring that the FBI has the time needed to provide a thorough response to the Court's Order of July 30, 2009.

*　　*　　*

WHEREFORE, based on the foregoing, the FBI respectfully requests that the Court extend its deadline for responding to the Court's Order regarding the FBI's additional searches from September 15, 2009, to September 18, 2009.  A proposed order is attached and a courtesy copy of this filing is being sent to chambers, as per the Court's direction.

Dated: September 15, 2009
        Washington, DC

                                        Respectfully submitted,


                                        _____
                                        CHANNING D. PHILLIPS, D.C. Bar #415793
                                        Acting United States Attorney


                                        _____
                                        RUDOLPH CONTRERAS, D.C. Bar #434122
                                        Assistant United States Attorney


                                               /s/
                                        _____
                                        MARINA UTGOFF BRASWELL, D.C. Bar # 416587
                                        BRIAN P. HUDAK
                                        Assistant United States Attorneys
                                        555 4th Street, NW
                                        Washington, DC 20530
                                        (202) 514-7143

                                        *Attorneys for Defendant FBI*