UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAYMING CHANG, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. Action No. 02-02010 (EGS)(AK) |
| UNITED STATES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| JEFFREY BARHAM, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civ. Action No. 02-02283 (EGS)(AK) |
| CHARLES H. RAMSEY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## **REQUEST FOR CLARIFICATION**

On September 29, 2009, the Court ordered that discovery be resumed in both the *Barham* and *Chang* matters for a period of six months. (*See* Minute Order dated September 29, 2009). In issuing the minute order, the Court did not explicitly incorporate its prior determination made at the July 29, 2009 hearing that all fees and costs during the resumption of discovery would be paid by the District. (*See, e.g.*, Tr. of July 29, 2009 Hearing at 15, 29, 43). The purpose of this Request is to clarify that the resumed discovery will be at the expense of the District of Columbia.

At the July 29, 2009 hearing, this Court stated that "I'm going to give the Plaintiff discovery – the additional discovery they want and the City is going to pay every penny of what their cost will be for the additional discovery. I can tell you that's one sanction I'm going to

impose today." (*Id*. at 15).  Further, the Court stated, in reference to the discovery requested by the Plaintiffs, "[t]his is not going to cost you any money because the City is going to pay for it." (*Id*. at 29).  Later, the Court stated that the District would be "responsible for all costs associated with future discovery, future discovery that's required as a result of the discovery problems." (*Id*. at 43).

To avoid any later confusion or needless motions practice, Plaintiffs request that the Court enter the attached clarifying order which explicitly provides that the District be responsible for the fees and costs associated with the resumption of discovery.  In addition, as discussed in the July hearing, Plaintiffs believe that the fees and costs should be handled in a fashion similar to the reimbursement of the attorneys for former Chief Ramsey and Assistant Chief Newsham, by which the Plaintiffs would submit statements for their costs and legal fees to the Court on a monthly basis and the District would be required to pay those statements, as approved, within ten days.  This was outlined in the Proposed Orders submitted by the Plaintiffs on August 12, 2009 and is again contained in the attached proposed order.  (*See* Dkt No 491 in *Chang*; 502 in *Barham*).[1]

Although the Plaintiffs have requested that the District recognize the Court's decision to order the District to pay the reasonable fees and costs associated with the resumed discovery, and consent to the proposed procedure for such payment, the District has failed to respond, despite requesting and receiving from Plaintiffs two extensions of time within which to respond to Plaintiffs' request.

---

[1]  While the counsel for these individuals submit their fees first to the District, such an approach is not appropriate for adverse parties.  The District is free to oppose any fees in these monthly filings, though we hope that the District will not continue its practice of challenging every filing under "the scorched earth" tactics that have drawn out this litigation.

Respectfully submitted,

/s/ Daniel C. Schwartz  
Daniel C. Schwartz (D.C. Bar No. 017749)  
P.J. Meitl (D.C. Bar No. 502391)  
BRYAN CAVE LLP  
1155 F Street, N.W., Suite 700  
Washington, D.C. 20004  
(202) 508-6000  

/s/ Jonathan Turley  
Jonathan Turley (D.C. Bar No. 417674)  
2000 H Street, N.W.  
Washington, D.C. 20052  
(202) 994-7001  

Counsel for the *Chang* Plaintiffs

/s/ Carl Messineo  
Carl Messineo (D.C. Bar No. 450033)  
Mara Verheyden-Hilliard (D.C. Bar No. 450031)  
Radhika Miller (D.C. Bar No. 984306)  
PARTNERSHIP FOR CIVIL JUSTICE  
617 Florida Avenue, N.W.  
Washington, D.C. 20001  
(202) 232-1180 (tel)  
(202) 747-7747 (fax)  

Counsel for the *Barham* Plaintiffs

Dated: October 2, 2009