**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFREY BARHAM, et al., )<br>  )<br>         Plaintiffs, )<br>  )<br>v. )<br>  )<br>CHARLES RAMSEY, et al., )<br>  )<br>         Defendants. ) | Case No.: 02-CV-2283 (EGS)(AK) |

**NOTICE OF FILING OF EXHIBIT UNDER SEAL**

The Barham class hereby provides notice that they will file in the Clerk's Office, under seal, Exhibit 2 to Plaintiffs' Rule 26(b)(5)(B) Disclosure and Request for Expedited Relief (Doc. No. 545), filed on November 2, 2009.

The documents will be filed under seal on November 3, 2009.

November 3, 2009              Respectfully submitted,

                                                   /s/
                                       Carl Messineo [450033]
                                       Mara Verheyden-Hilliard [450031]
                                       Radhika Miller [984306]
                                       PARTNERSHIP FOR CIVIL JUSTICE
                                       617 Florida Avenue, N.W.
                                       Washington, D.C. 20001
                                       (202) 232-1180
                                       (202) 747-7747(facsimile)

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2009, the foregoing Notice of Filing of Exhibit Under Seal was filed through electronic filing with the Courts which will serve copies on:

Ellen Efros
Chad Copeland
Monique Pressley
Shana Frost
Office of the Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia and*
*Defendants Charles H. Ramsey and Peter Newsham*
 *in their official capacities*

Marina Braswell
Brian Hudak
Office of the U.S. Attorney
For the District of Columbia
555 4th Street, N.W., Room 10-413
Washington, D.C. 20530
*Counsel for Federal Defendants*

Robert E. Deso, Esq.
1828 L Street, N.W., Suite 600
Washington, D.C. 20004
*Counsel for Defendant Peter Newsham*

Mark H. Tuohey III
John M. Faust
Vinson & Elkins LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-1008
*Counsel for Defendant Charles Ramsey*

 /s/ Carl Messineo
Carl Messineo [450033]