UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BARHAM, et al., ) ) ) Plaintiffs, ) ) ) ) CHARLES RAMSEY, et al., ) ) ) Defendants. ) | Case No.: 02-CV-2283 (EGS)(JMF) |

**SUBMISSION OF NAMES OF POTENTIAL FORENSIC EVALUATION EXPERTS, FILED JOINTLY BY THE BARHAM PLAINTIFFS AND THE DISTRICT OF COLUMBIA DEFENDANTS, AS REQUIRED PURSUANT TO DECEMBER 18, 2009 COURT ORDER**

By Order Dated December 18, 2009, the Court "ordered that by no later than noon on January 5, 2010, the parties shall submit the names of three forensic evaluation experts to be considered by the Court for appointment to address and respond to the issues raised in the report of retired Unites States District Court Judge Stanley Sporkin, along with projected estimates of time and expense for each potential expert." Minute Order Dated December 18, 2009 (entered in each of the Barham and Chang cases).

The Court required the filing to be joint, unless there was not agreement on the names of the three proposed forensic evaluation experts.

The filing parties have sought to identify and substantively evaluate multiple experts. However, this is a very specialized area of practice and while there are ample forensic accounting examiners, for example, forensic examination firms with dedicated resources and a primary purpose of providing services in the area of expertise in digital and investigative

1

examination appear to be few. The filing parties recommend only one firm as properly and well qualified for the appointment, which is the forensic investigation firm of Stroz Friedberg. They have identified one other firm that has significant expertise in an area at issue in this matter, but is not suited for overall appointment.

The submitted names are:

| Stroz Friedberg | **Recommended**. This firm is qualified to conduct and oversee the forensic examination as a whole and in all of its components. |
|---|---|
| Owl Investigations | **Qualified to examine radio runs, but not recommended for overall appointment**. This is a one person organization, that of expert witness Tom Owen. Mr. Owen is qualified to conduct one component of the forensic investigation, the examination of the Dictaphone-system recorded police communications. |

The firm of Stroz Friedberg met for two hours with the litigants in both <u>Barham</u> and <u>Chang</u> on January 4, 2010 and engaged in a detailed and thoughtful discussion regarding the matter at hand. They recognize that it is not realistic to present to the Court a detailed financial proposal without there first being the conduct of a preliminary examination to account for computer systems, components, backup policies, informal or formal practices in which redundant copies may have been maintained but overlooked, etc.

Stroz Friedberg has proposed that its team conduct "Phase I" of their services which would consist of two days of expert examination to locate existing data related to the relevant radio runs and running resume. They have agreed to conduct this examination for the discounted rate of $15,000 as a flat fee.

Their proposal, submitted by e-mail after the extensive conference with the parties, is as follows:

Based upon our conversations this morning, here is a proposal of tasks we can do if ordered by the Court and our estimated costs associated with each task:

Phase I:
To locate existing data relating to the relevant radio runs and running resume. Given that we have not taken part in any engagements relating to this litigation and given that we have limited knowledge or experience with the recordkeeping capabilities of the District of Columbia Metropolitan Police Department, we do not believe we can adequately address the feasibility, cost or likelihood of success of a forensic examination without first conducting a preliminary review of the situation. To obtain a preliminary and initial assessment of this situation, our team will likely need to spend two days reviewing background information provided by the parties and conducting field work at the appropriate District of Columbia facilities; We can offer to do this initial two days of work, together with an oral report of our findings, if any, at a discounted rate of $15,000. At the conclusion of this preliminary phase, we would be happy to present our view as to whether further investigation of any kind would be fruitful, together with the estimated costs associated with any further investigation, written report, testimony, etc.

Phase II:
To extract, image and analyze accessible existing data (if any) pertaining to the relevant radio runs and running resume and complete any other tasks assigned by the court (including for example: a thorough and focused examination and accounting of the hardware used to create the original media, the practices with respect to backups and copy maintenance and/or examination to establish what happened to the data; and a forensic examination to make findings that relate to any assignment of responsibility or guilt for the loss, destruction or modification of the data). The costs associated with these tasks would be charged at standard hourly rates which are $365 to $470 per hour for Forensic Examiners and Consultants; $525 to $700 per hour for Engagement Managers, including Co-Presidents, Executive and other Managing Directors, and Vice Presidents; and $90 to $205 per hour for administrative staff. Unfortunately, it is just not possible for us to estimate the time required for this phase -- however, before beginning each task, we will provide a good faith estimate of the expected duration and cost of all associated work, and will provide weekly updates to the Court on the costs incurred for this phase (or we could provide more frequent updates if the Court wishes).

Specific Team Rates:
With respect to our specific billable rates, they are:
Jessica Smith: $445 per hour
Bret Padres: $470 per hour
John Stark: $650 per hour

Ex. 1, E-mail Dated January 4, 2010 from John Stark.

The Barham plaintiffs and the District of Columbia defendants have communicated professionally in efforts to submit a joint recommendation, if possible. We are in concurrence

regarding the recommendation. We have worked to maintain transparency in this process and avoided one-sided communications with potential experts to ensure neutrality of any appointed examiner. The District and the Barham class have divergent perspectives and approaches as to the breadth and nature of the forensic examination protocol and recognize that these issues will be addressed by the Court. The differences in view were apparent in the meeting with Stroz Friedberg. However, we have sought to ensure that the examiner is competent to carry out the duties that either side feels should be required.

On December 23, 2009 counsel for the four Chang plaintiffs advised that they would make their filing separately. The parties understand that there are other firms that may be proposed by the Chang plaintiffs, however the other parties were excluded from discussion and communication with those firms prior to their proposals being presented to the Chang plaintiffs and were not timely provided with contact information in order to communicate with those firms so that they could also have substantive evaluation, despite request for such information. Further, completed proposals from those firms to Chang were submitted to the other parties only yesterday, as late as last night.

Respectfully submitted,

| | |
|---|---|
| PETER J. NICKLES<br>Attorney General for the District of Columbia |      /s/<br>Carl Messineo [450033]<br>Mara Verheyden-Hilliard [450031] |
| GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division | Radhika Miller [984306]<br>PARTNERSHIP FOR CIVIL<br>JUSTICE FUND<br>617 Florida Avenue, NW |
| /s/Monique A. Pressley<br>MONIQUE A. PRESSLEY [464432]<br>Senior Assistant Attorney General<br>Equity Section I | Washington, DC 20001<br>(202) 232-1180<br>(202) 747-7747 fax<br><br>*Attorneys for Barham Plaintiffs* |

441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6610
Fax: (202) 741-0424
monique.pressley@dc.gov

/s/ Shana L. Frost
SHANA L. FROST [458021]
Assistant Attorney General

/s/ Chad Copeland
CHAD COPELAND [982119]
Assistant Attorney General
Equity Section I

*Attorneys for Defendant District of Columbia*

Dated: January 5, 2010