**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| JEFFREY BARHAM<br>      et al., | ) | |
| | ) | |
|             Plaintiffs, | ) | Case No.: 02-CV-2283 (EGS)(JMF) |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES RAMSEY,<br>      et al., | ) | |
| | ) | |
|             Defendants. | ) | |
| | ) | |

**ORDER**

On consideration of the parties' Joint Motion for Preliminary Approval of Proposed Class

Settlement, Notice to Class, and Notice of Fairness Hearing, it is by the Court hereby

**ORDERED** that the parties' motion is **GRANTED**; and it is further

**ORDERED** that the proposed Settlement Agreement is preliminarily approved pending

further consideration at a fairness hearing. The proposed notice, use of an abbreviated notice,

Proof of Claim form, and response deadlines stated in these documents are approved (**July 15,**

**2010** as deadline to file a Proof of Claim form, request exclusion, and/or submit any objection).

The Court also approves the proposed firm of Gilardi & Co., L.L.C. as Class Administrator. On

or before **April 30, 2010**, the Class Administrator will: (a) mail the notice and Proof of Claim

form by first class mail to the last known address of each class member, and (b) post the notice

and Proof of Claim form on a website associated with the class settlement administration. By that

same date and continuing through July 15, 2010, the District of Columbia shall publish a link to

the Notice and Proof of Claim Form on the front page of the Metropolitan Police Department's

web site (www.mpdc.dc.gov) and on the front page of the D.C. Office of the Attorney General's

web site (www.oag.dc.gov), and the Partnership for Civil Justice Fund shall publish the same on

the front page of its web site (www.justiceonline.org). A modified and shortened form of Class

Notice shall be published in the *Washington Post* once a week for two consecutive weeks,

including at least once in a Sunday edition; in two consecutive weekly editions of the

*Washington City Paper;* and twice each in no less than three regional or national

periodicals/media outlets to be selected based on the expectation that the subject matter of the

periodical/media outlet is either of general interest or corresponds to perceived subject matter

interests of the protestors or protest groups who, or whose constituents, participated in the

demonstration that was subject to the mass arrest.

The Class Administrator shall file its report with the Court by **August 1, 2010.**

The parties shall file responses to any objections by no later than **September 1, 2010**.

A fairness hearing will be held on **September 17, 2010 at 10:00 a.m.** in Courtroom 24A

before Judge Emmet G. Sullivan.

**SO ORDERED.**

**Signed:**          **Emmet G. Sullivan**
                    **United States District Judge**
                    **March 30, 2010**