## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEFFREY BARHAM, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 02-02283 (EGS)(JMF) |
| CHARLES RAMSEY, *et al.*, | : |
| Defendants | : |

### DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO INFORM THE COURT WHETHER THE PARTIES HAVE REACHED A RESOLUTION REGARDING [309] AND [401] MOTIONS FOR ATTORNEY'S FEES

Defendant District of Columbia ("District") respectfully requests an enlargement of time up to and including Friday, June 18, 2010, to inform the Court whether the parties have reached a resolution regarding pending motions for attorney's fees, pursuant to the Court's April 30, 2010 Minute Order.

This enlargement is requested because negotiations to date between plaintiff's counsel and counsel for the District of Columbia to resolve the claims presented by [301] and [409] are ongoing, but because of the press of other matters, they have not been concluded.

Pursuant to LCvR 7(m), counsel for the District has requested the plaintiffs' consent to the relief requested hereby and plaintiffs have consented to the requested relief. No party will be prejudiced by the requested relief

                Respectfully submitted,

                PETER J. NICKLES
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE

Deputy Attorney General
Civil Litigation Division

s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity Section I
441 Fourth Street, NW, Sixth Floor South
Washington, D.C. 20001
(202) 442-9886
ellen.efros@dc.gov

*Counsel for District of Columbia Defendants*