UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEFFREY BARHAM, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 02-02283 (EGS)(JMF) |
| CHARLES RAMSEY, *et al.*, | : |
| Defendants. | : |

**JOINT STATUS REPORT TO INFORM THE COURT THAT THE PARTIES HAVE REACHED A RESOLUTION REGARDING [309] AND [401] MOTIONS FOR ATTORNEY'S FEES**

Pursuant to this Court's June 11, 2010, Minute Order, counsel for the parties hereby inform the Court that they have reached a resolution regarding the motions for attorneys' fees [309 and 401]. The parties need to prepare and execute the necessary paperwork relating to such resolution and anticipate that within the next thirty (30) days, they should be in a position to make the necessary filings with the Court to withdraw these motions.

Respectfully submitted,

_____/s/_____
Carl Messineo, [450033]
Mara Verheyden-Hilliard [450031]
Radhika Miller [984306]
PARTNERSHIP FOR CIVIL JUSTICE
617 Florida Avenue, NW
Washington, D.C. 20001
(202) 232-1180
(202) 747-7747 fax

Counsel for Plaintiffs

PETER J. NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity Section I
441 Fourth Street, NW, Sixth Floor South
Washington, D.C. 20001
(202) 442-9886
ellen.efros@dc.gov

*Counsel for District of Columbia Defendants*