# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEFFREY BARHAM<br>    et al., )<br><br>        Plaintiffs, )<br><br>    v. )<br><br>CHARLES RAMSEY,<br>    et al., )<br><br>        Defendants. ) | Case No.: 02-CV-2283 (EGS)(JMF) |

**PRAECIPE NOTIFYING THE COURT THAT THE PARTIES HAVE RESOLVED COSTS AND FEES LITIGATION (DOCS. NO. 309 and 401) AND WITHDRAWING MOTION FOR ATTORNEYS' FEES**

Plaintiffs Jeffrey Barham, Laury Saligman, Brian McAteer, and Miles Swanson respectfully notify the Court that the parties have resolved the outstanding fees and costs litigation as indicated in the parties' Joint Status Report filed on June 16, 2010 (Doc. No. 615), and as such plaintiffs are withdrawing their pending motion for attorneys' fees (Docs. No. 309 and 401).

The parties will file a stipulation of dismissal with prejudice upon plaintiffs' receipt of payment pursuant to the agreement.

July 20, 2010

Respectfully submitted,

/s/
Carl Messineo [450033]
Mara Verheyden-Hilliard [450031]
Radhika Miller [984306]
PARTNERSHIP FOR CIVIL JUSTICE
617 Florida Avenue, NW
Washington, DC 20001
(202) 232-1180
(202) 747-7747 fax

1