UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEFFREY BARHAM, *et al.*, ) | ) |
| Plaintiffs, ) | ) |
| ) | Civil Action No. 02-2283 (EGS)(JMF) |
| v. ) | ) |
| CHARLES H. RAMSEY, *et al.*, ) | ) |
| Defendants. ) | ) |

**CLASS' RESPONSE TO THE DEFENDANT DISTRICT OF COLUMBIA'S MOTION
TO STRIKE LETTER FROM KRISTOPHER K. BAUMANN AND ATTACHED
<u>MATERIALS FROM THE DOCKET</u>**

The representations and materials submitted by Fraternal Order of Police Chairperson Kristopher K. Baumann[1] appear to be submitted in connection with the subject matter of the Special Master appointment.

Plaintiffs understand that the submission of materials may not be specifically relevant to the particular claims-driven party-litigant interests of any party.

With respect to the Special Master proceedings, the Class Counsel views those as to be conducted particularly through the independent judgment and determination of Special Master and Magistrate Judge John M. Facciola, as well as Judge Emmet G. Sullivan. In those proceedings, the civil litigants have less of a role than in the course of ordinary litigation matters. <u>See</u>, <u>e.g.</u>, August 13, 2010 Order [<u>Chang</u> Dkt. No. 675] ("decisions on how the Special Master's investigation will be conducted are not the District's, or any other party's, to make.")

---

[1] Baumann in his capacity as the top officer in the police union has a broad and unique vantage point from which to observe and advocate regarding internal and public police operations. <u>See</u>, <u>e.g.</u>, Hearing Examiner's Report and Recommendations, PERB Cons. Case Nos. 09-U-52; 09-U-53 (September 25, 2010) (finding Respondents, including Chief Cathy Lanier and MPD General Counsel Terrance Ryan retaliated against Baumann for his "assertive activism" including by the MPD's retaliatory revocation of his police powers, confiscation of his service weapon, badge, identification cards and numeric plate on his cap, and placing him on no-contact status).

The Special Master may, of course, take into consideration any evidence or information relevant to the discharge of his duties. These proceedings regarding accountability of public office and officials transcend the particular interests of any party litigants.

If these materials are relied upon by the Special Master, their disclosure on the public record is clearly appropriate.

Plaintiffs also understand the Court's interest in maintaining transparency regarding communication with the Court on related matters, including as may pertain to the Special Master proceedings.

In furtherance of the latter interests, whether these materials should remain on the docket of a particular case, or whether the materials and submission thereof should be publicly disclosed or released in the context of the Special Master proceedings and subsequent findings or reports, is a matter regarding which the class does not maintain a position.

October 11, 2010                                    Respectfully submitted,

                                                  /s/  Carl Messineo
Carl Messineo [450033]
Mara Verheyden-Hilliard [450031]
PARTNERSHIP FOR CIVIL
JUSTICE FUND
617 Florida Avenue, NW
Washington, D.C. 20001
(202) 232-1180