UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEFFREY BARHAM, *et al.*,  )<br> )<br> Plaintiffs,  )<br> )<br>v.  )<br> )<br>CHIEF CHARLES H. RAMSEY, *et al.*  )<br> )<br> Defendants.  )<br> ) | Civil Action No. 02-2283 (EGS) |

## JOINT MOTION TO EXTEND MEDIATION

The Parties herein respectfully move the Court to extend the mediation period approximately two weeks and move the status hearing currently scheduled for September 30, 2014.

Counsel for the Plaintiffs and counsel for the federal Defendants have been actively working with the assistance of mediator Cornish F. Hitchcock to attempt to resolve this matter. Mediation is scheduled to end today, September 12, 2014. The parties seek to extend mediation to up until September 30, 2014.

As such, the Parties also propose that the status report currently scheduled for September 15, 2014 be due October 1, 2014 and that the hearing set for September 30, 2014 be rescheduled to October 16 or 17, 2014 or a date convenient for the Court's calendar.

Dated: September 12, 2014
        Washington, DC

Respectfully submitted,

| | |
|---|---|
| */s/ Mara Verheyden-Hilliard* | |
| Carl Messineo, D.C. Bar #450033 | RONALD C. MACHEN JR., D.C. Bar #447889 |
| Mara Verheyden-Hilliard, D.C. Bar #450031 | United States Attorney |
| PARTNERSHIP FOR CIVIL JUSTICE | |
| 617 Florida Avenue, NW | DANIEL F. VAN HORN, D.C. Bar #924092 |
| Washington, DC 20001 | Chief, Civil Division |
| (202) 232-1180 | |
| | |
| *Attorneys for Plaintiffs* | By:       */s/ Marina Utgoff Braswell* |
| | MARINA UTGOFF BRASWELL, D.C. Bar # 416587 |
| | BRIAN P. HUDAK |
| | Assistant United States Attorneys |
| | 555 Fourth Street, NW |
| | Washington, DC 20530 |
| | (202) 252-2561 |
| | |
| | *Attorneys for Federal Defendants* |