UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BARHAM, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 02-2283 (EGS) |
| | ) |
| CHIEF CHARLES H. RAMSEY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

JOINT MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Pursuant to the telephone conference call held with the Court on September 24, 2014, counsel for plaintiffs and federal defendants hereby request that the document referred to in that call and attached hereto be placed under seal by this Court.

Respectfully Submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

DANIEL F. VAN HORN,
D.C. Bar #924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
*MARINA UTGOFF BRASWELL*, D.C. Bar # 416587
BRIAN P. HUDAK
Assistant U.S. Attorneys
U.S. Attorney's Office – Civil Division
555 4th St., N.W.
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

*Counsel for Federal Defendants*

>*/s/ Mara Verheyden-Hilliard*
>Carl Messineo (#450033)
>  cm@justiceonline.org
>Mara Verheyden-Hilliard (#450031)
>  mvh@justiceonline.org
>PARTNERSHIP FOR CIVIL JUSTICE FUND
>617 Florida Avenue, NW
>Washington, D.C. 20001
>(202) 232-1180
>(202) 747-7747 (fax)
>
>*Counsel for Plaintiffs*

```
                      UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA

JEFFREY BARHAM, et al.,           )
                                  )
          Plaintiffs,             )
                                  )
          v.                      ) Civil Action No. 02-2283 (EGS)
                                  )
CHIEF CHARLES H. RAMSEY, et al.,  )
                                  )
          Defendants.             )
                                  )
```

                                    ORDER

Upon consideration of the Joint Motion for Leave to File Document Under Seal; and the entire record in this case, and it appearing to the Court the grant of this motion is just and proper; it is hereby

ORDERED that the Joint Motion for Leave to File Document Under Seal is granted; and it is further

ORDERED that the document accompanying the Joint Motion For Leave to File Document Under Seal shall be filed under seal.

                                    _____
                                    UNITED STATES DISTRICT JUDGE