UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BARHAM, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHIEF CHARLES H. RAMSEY, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 02-2283 (EGS) |

## JOINT STATUS REPORT OF PLAINTIFFS AND FEDERAL DEFENDANTS

Plaintiffs and Federal Defendants in the above captioned matter, by and through their counsel, respectfully submit this joint status report to apprise the Court of the parties' settlement discussions.

The parties are continuing in their settlement negotiations in this case. If the Court would like additional information about this process, the parties request that the Court schedule a telephone conference call.

The parties recommend that they file another status report with the Court on December 5, 2014, and that this Court reschedule the status hearing currently set for November 13, 2014, to December 11, 2014, or a date soon thereafter.

Respectfully submitted,

*/s/ Carl Messineo*
Carl Messineo, D.C. Bar #450033
Mara Verheyden-Hilliard, D.C. Bar #450031
PARTNERSHIP FOR CIVIL JUSTICE
617 Florida Avenue, NW
Washington, DC 20001
(202) 232-1180

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

- 2 -

|  |  |
|---|---|
| *Attorneys for Plaintiff Class* | By:    */s/ Marina Utgoff Braswell*<br>BRIAN P. HUDAK<br>MARINA UTGOFF BRASWELL,<br>   D.C. Bar #416587<br>Assistant United States Attorneys<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252-2561<br><br>*Attorneys for Federal Defendants* |

Dated: October 31, 2014