UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JEFFREY BARHAM, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 02-2283 (EGS) |
| CHIEF CHARLES H. RAMSEY, *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT STATUS REPORT OF PLAINTIFFS AND FEDERAL DEFENDANTS

Plaintiffs and Federal Defendants in the above captioned matter, by and through their counsel, respectfully submit this joint status report to apprise the Court of the parties' settlement discussions.

The parties are actively continuing in their settlement negotiations in this case and are now seeking final approval of an agreement in principle.  If the Court would like additional information about this process, the parties request that the Court schedule a telephone conference call.

The parties recommend that they file another status report with the Court on February 25, 2015, and that this Court reschedule the status hearing currently set for January 28, 2015, or a date soon thereafter.

Respectfully submitted,

| | |
|---|---|
| */s/ Carl Messineo* | RONALD C. MACHEN JR., D.C. Bar #447889 |
| Carl Messineo, D.C. Bar #450033 | United States Attorney |
| Mara Verheyden-Hilliard, D.C. Bar #450031 | |
| PARTNERSHIP FOR CIVIL JUSTICE | DANIEL F. VAN HORN, D.C. Bar #924092 |
| 617 Florida Avenue, NW | Chief, Civil Division |

- 2 -

Washington, DC 20001
(202) 232-1180

*Attorneys for Plaintiff Class*

By:      */s/ Marina Utgoff Braswell*

    BRIAN P. HUDAK
MARINA UTGOFF BRASWELL,
   D.C. Bar #416587
Assistant United States Attorneys
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2561

*Attorneys for Federal Defendants*

Dated: January 15, 2015

- 2 -