UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEFFREY BARHAM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHIEF CHARLES H. RAMSEY, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 02-2283 (EGS)<br>)<br>)<br>)<br>)<br>) |

# JOINT STATUS REPORT OF PLAINTIFFS AND FEDERAL DEFENDANTS

Plaintiffs and Federal Defendants in the above captioned matter, by and through their counsel, respectfully submit this joint status report to apprise the Court of the parties' settlement discussions.

The parties are nearing completion of their efforts to achieve final approval of an agreement in principle. The parties look forward to meeting with the Court tomorrow at the status hearing set for 12:00 pm.

Respectfully submitted,

| | |
|---|---|
| */s/ Carl Messineo*<br>Carl Messineo, D.C. Bar #450033<br>Mara Verheyden-Hilliard, D.C. Bar #450031<br>PARTNERSHIP FOR CIVIL JUSTICE<br>617 Florida Avenue, NW<br>Washington, DC 20001<br>(202) 232-1180<br><br>*Attorneys for Plaintiff Class* | RONALD C. MACHEN JR., D.C. Bar #447889<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:    */s/ Marina Utgoff Braswell*<br>       BRIAN P. HUDAK<br>       MARINA UTGOFF BRASWELL,<br>          D.C. Bar #416587<br>       Assistant United States Attorneys<br>       555 Fourth Street, NW |

- 2 -

                                          Washington, DC 20530
                                          (202) 252-2561

                                        *Attorneys for Federal Defendants*

Dated: February 23, 2015

- 2 -