UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BARHAM, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CHIEF CHARLES H. RAMSEY, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 02-2283 (EGS) |

## JOINT STATUS REPORT OF PLAINTIFFS AND FEDERAL DEFENDANTS

Plaintiffs and Federal Defendants in the above captioned matter, by and through their counsel, respectfully submit this joint status report to apprise the Court of the parties' settlement discussions.

The parties are moving forward with their efforts to finalize the agreement in principle reached between the parties. The parties have exchanged draft settlement documents and anticipate being able to finalize them for filing in the near future.

Respectfully submitted,

| | |
|---|---|
| */s/ Carl Messineo*<br>Carl Messineo, D.C. Bar #450033<br>Mara Verheyden-Hilliard, D.C. Bar #450031<br>PARTNERSHIP FOR CIVIL JUSTICE<br>617 Florida Avenue, NW<br>Washington, DC 20001<br>(202) 232-1180<br><br>*Attorneys for Plaintiff Class* | RONALD C. MACHEN JR., D.C. Bar #447889<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:   */s/ Marina Utgoff Braswell*<br>    BRIAN P. HUDAK<br>    MARINA UTGOFF BRASWELL,<br>       D.C. Bar #416587<br>    Assistant United States Attorneys<br>    555 Fourth Street, NW |

- 2 -

                                        Washington, DC 20530
                                        (202) 252-2561

                                        *Attorneys for Federal Defendants*

Dated:  March 24, 2015