# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEFFREY BARHAM, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 02-2283 (EGS) |
| CHARLES RAMSEY, et al., ) | |
| Defendants. ) | |

## ORDER

On consideration of the parties' Joint Motion for Preliminary Approval of Proposed Class Settlement, Notice to Class, and Notice of Fairness Hearing, it is by the Court hereby

**ORDERED** that the parties' motion is **GRANTED**; and it is further

**ORDERED** that the proposed Settlement Agreement is preliminarily approved pending further consideration at a fairness hearing. The proposed notice, use of the proposed short-form postcard notice, Proof of Claim form, and response deadlines stated in these documents are approved (**June 15, 2015** as the deadline to file a Proof of Claim form, request exclusion, and/or submit any objection). The Court also approves the proposed firm of Gilardi & Co., L.L.C. as Class Administrator.

On or before **May 15, 2015**, the Class Administrator will mail and e-mail the short-form Postcard Notice to the last known physical and electronic mail addresses of (1) all eligible and participating Class members identified through the District of Columbia settlement process, (2) each of the approximately five (5) such persons who may be class members but who came forward after the District deadline had elapsed and did not file a timely claim in connection with the District Settlement, and (3) to the last known address of potential class members to whom

1

notice of the District of Columbia settlement was transmitted and whose notice was *not* returned as undeliverable to the specified address.

By that same date, the Class Administrator shall post the long-form Detailed Notice and Proof of Claim form on the website associated with the class settlement administration (www.PershingParkSettlement.com).

By that same date, the parties shall contact the Court's staff by telephone at (202) 354-3260 to make arrangements to post a copy of the long-form Detailed Notice on the Court's website.

By that same date and continuing through **June 15, 2015**, the National Park Service and the Partnership for Civil Justice Fund shall publish on each's respective website a link to the class settlement website.

A modified and shortened form of the Class Notice shall be published for two consecutive weeks in *The Washington City Paper*.

The Class Administrator shall file its report with the Court by no later than **June 18, 2015**.

The parties shall file responses to any objections by no later than **June 18, 2015**.

The Court will hold a fairness hearing on **June 22, 2015 at 10:30 a.m.** in Courtroom 24A.

**SO ORDERED.**

Signed:  **Emmet G. Sullivan**
         **United States District Judge**
         **May 11, 2015**

2