UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JEFFREY BARHAM, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 02-2283 (EGS) |
| CHIEF CHARLES H. RAMSEY, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

### JOINT MOTION FOR FINAL APPROVAL OF
### PROPOSED CLASS SETTLEMENT

Pursuant to Fed. R. Civ. P. 23, by and through their undersigned counsel, the class representatives in this action ("Class Representatives")[1] and the certified class of Plaintiffs (collectively, the "Plaintiff Class" or "Plaintiffs") and the United States of America; Sally Jewell, U.S. Secretary of the Interior, in her official capacity; Loretta E. Lynch, the U.S. Attorney General, in her official capacity; and former-Major Richard Murphy ("Major Murphy") of the U.S. Park Police (the "Park Police") in his individual and official capacities (collectively, the "Federal Defendants") respectfully move the Court for final approval of the Settlement Agreement Between Federal Defendants and the Class Representatives on Behalf of the Plaintiff Class ("Settlement Agreement").

The parties rely on the representations and materials submitted in their Joint Motion for Preliminary Approval of Proposed Class Settlement, Notice to Class and Notice of Fairness Hearing (ECF No. 1034), the Notice of Filing of Declaration of the Class Administrator (ECF No. 1036), the Notice That No Objections Have Been Received To the Proposed Class

---

[1] The Class Representatives are Mary Canales, William Durham, Noah Falk, Jorge Garcia-Spitz, Mark Allan Jackson, Casey Legler, Charlcie Legler, Sally A. Norton, John Passacantando, Joseph Phelan, Nicole Prichard, Morgan Ress, Macdonald Scott, Jeri Wohlberg, Lesley Wood, Samantha Young, and Stephen Zimmerman.

Settlement with Federal Defendants (ECF No. 1037), the representations of the parties, counsel and the judicial findings and reasoning of the Court as stated in Open Court at the Fairness Hearing held in this matter on June 22, 2015.

At the Fairness Hearing the Court found, among other things,

> Upon consideration of the record and reasons set forth in Court "and upon consideration of the monetary and nonmonetary terms of the proposed settlement, the Court finds that the settlement is fair, reasonable and adequate and not the product of collusion between the parties, and the Court also finds that the attorney's fees in the proposed settlement are fair and reasonable."

June 22, 2015 Transcript of Fairness Hearing Proceedings Before the Honorable Emmet G. Sullivan, United States District Court, 22:18 – 23.

As found during the Fairness Hearing, final approval of the Settlement Agreement and the award of attorneys fees is appropriate and justified. A proposed order is enclosed herewith.

July 1, 2015

Respectfully submitted,

| | |
|---|---|
| /s/ | VINCENT H. COHEN, JR., D.C. Bar #471489 |
| Carl Messineo, D.C. Bar #450033 | Acting United States Attorney |
| Mara Verheyden-Hilliard, D.C. Bar #450031 | |
| PARTNERSHIP FOR CIVIL JUSTICE | DANIEL F. VAN HORN, D.C. Bar #924092 |
| 617 Florida Avenue, NW | Chief, Civil Division |
| Washington, DC 20001 | |
| (202) 232-1180 | By: /s/ |
| | MARINA UTGOFF BRASWELL, |
| *Attorneys for the Plaintiff Class* | D.C. Bar #416587 |
| | BRIAN P. HUDAK |
| | Assistant United States Attorneys |
| | 555 Fourth Street, NW |
| | Washington, DC 20530 |
| | (202) 252-2561 |
| | |
| | *Attorneys for the Federal Defendants* |