UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BARHAM, *et al.*, <br><br>     Plaintiffs, <br><br> v. <br><br> CHIEF CHARLES H. RAMSEY, *et al.* <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 02-2283 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of the Joint Motion for Final Approval of Proposed Class Settlement and Payment Distribution, and for the reasons stated in open court at the Fairness hearing held on June 22, 2015, it is this ____ day of _____, 2015, hereby

ORDERED that the motion is GRANTED.

The Court finds that the Settlement Agreement Between Federal Defendants and the Class Representatives on Behalf of the Plaintiff Class (hereinafter "Settlement Agreement"), the disposition and dismissal and compromise of claims are fair, reasonable, and adequate, Fed. R. Civ. P. 23(e)(2), and that the award for attorney's fees and nontaxable costs is reasonable, Fed. R. Civ. P. 32(h), and therefore, the Settlement Agreement is hereby APPROVED in its entirety.

SO ORDERED this _____ day of July 2015.

_____
EMMET G. SULLIVAN
United States District Judge